B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**World Marketing Chicago, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**47-1722032** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1301 W. Canal Street**<br>**Suite 100**<br>**Milwaukee, WI**                    ZIP Code **53233** | Street Address of Joint Debtor (No. and Street, City, and State):                    ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Milwaukee** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                    ZIP Code | Mailing Address of Joint Debtor (if different from street address):                    ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):     **7950 Joliet Rd.**<br>**McCook, IL 60525-3482** | |

| **Type of Debtor**<br>(Form of Organization) (Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>  *See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>  check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>  in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7         ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9            of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12       ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13          of a Foreign Nonmain Proceeding |

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

| **Filing Fee** (Check one box) | Check one box:  **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                                                                          THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities
| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **World Marketing Chicago, LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor:  - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ <br> Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **World Marketing Chicago, LLC** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X /s/ JEFFREY C. DAN**
Signature of Attorney for Debtor(s)

**JEFFREY C. DAN 06242750**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705**
**135 South LaSalle Street**
**Chicago, IL 60603-4297**

Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**September 28, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Robert W. Kraft**
Signature of Authorized Individual

**Robert W. Kraft**
Printed Name of Authorized Individual

**President of the Manager of Debtor's Manager**
Title of Authorized Individual

**September 28, 2015**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B1 (Official Form 1)(04/13) — Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **World Marketing Chicago, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X *[signed]* Jeffrey C. Dan
Signature of Attorney for Debtor(s)

**JEFFREY C. DAN 06242750**
Printed Name of Attorney for Debtor(s)

**Crane, Heyman, Simon, Welch & Clar**
Firm Name

**Suite 3705
135 South LaSalle Street
Chicago, IL 60603-4297**
Address

**312-641-6777  Fax: 312-641-7114**
Telephone Number

**September 28, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *[signed]*
Signature of Authorized Individual

**Robert W. Kraft**
Printed Name of Authorized Individual

**President of the Manager of Debtor's Manager**
Title of Authorized Individual

**September 28, 2015**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **World Marketing Chicago, LLC**                        Case No.
                              Debtor(s)                         Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Advance Mailing Services, Inc.<br>1130 Carolina Drive<br>Unit A<br>West Chicago, IL 60185 | Advance Mailing Services, Inc.<br>1130 Carolina Drive<br>Unit A<br>West Chicago, IL 60185 | | | 11,263.06 |
| Alternative Staffing, Inc.<br>5620 West Cermak Road<br>Cicero, IL 60804 | Alternative Staffing, Inc.<br>5620 West Cermak Road<br>Cicero, IL 60804 | | | 65,803.00 |
| Bell & Howell, LLC<br>7049 Solution Center<br>Chicago, IL 60677-7000 | Bell & Howell, LLC<br>7049 Solution Center<br>Chicago, IL 60677-7000 | | | 11,346.30 |
| Continental Envelope<br>1700 Averill Rd.<br>Geneva, IL 60134-1688 | Continental Envelope<br>1700 Averill Rd.<br>Geneva, IL 60134-1688 | | | 26,860.00 |
| Continuous Printing Solutions, Inc.<br>P.O. Box 824477<br>Philadelphia, PA 19182-4477 | Continuous Printing Solutions, Inc.<br>P.O. Box 824477<br>Philadelphia, PA 19182-4477 | | | 25,472.00 |
| Dahlgren Buckley Dement<br>7224 W. 60th Street<br>Summit Argo, IL 60501 | Dahlgren Buckley Dement<br>7224 W. 60th Street<br>Summit Argo, IL 60501 | | | 8,779.25 |
| Essentra<br>10950 Belcher Road S.<br>Largo, FL 33777 | Essentra<br>10950 Belcher Road S.<br>Largo, FL 33777 | | | 8,823.00 |
| General Electric Capital Corp<br>P.O. Box 740441<br>Atlanta, GA 30374-0441 | General Electric Capital Corp<br>P.O. Box 740441<br>Atlanta, GA 30374-0441 | | | 6,882.06 |
| Integrated Print & Graphics, Inc.<br>645 Stevenson Road<br>South Elgin, IL 60177 | Integrated Print & Graphics, Inc.<br>645 Stevenson Road<br>South Elgin, IL 60177 | | | 76,837.48 |
| Jet Lithocolor, Inc.<br>Multi Packaging Co<br>75 Remittance Dr., Suite 3111<br>Chicago, IL 60675-3111 | Jet Lithocolor, Inc.<br>Multi Packaging Co<br>75 Remittance Dr., Suite 3111<br>Chicago, IL 60675-3111 | | | 30,587.16 |

B4 (Official Form 4) (12/07) - Cont.

In re   **World Marketing Chicago, LLC**                               Case No.  _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Label Source, Inc.**<br>1150 Enterprise Drive, #200<br>P.O. Box 859<br>Coppell, TX 75019-9998 | Label Source, Inc.<br>1150 Enterprise Drive, #200<br>P.O. Box 859<br>Coppell, TX 75019-9998 | | | 16,206.36 |
| **Landsberg Chicago**<br>25794 Network Place<br>Chicago, IL 60673-1257 | Landsberg Chicago<br>25794 Network Place<br>Chicago, IL 60673-1257 | | | 16,954.45 |
| **Lindenmeyr Munroe**<br>112 Alexandra Way<br>Carol Stream, IL 60188 | Lindenmeyr Munroe<br>112 Alexandra Way<br>Carol Stream, IL 60188 | | | 17,621.08 |
| **MCS Inc.**<br>8101 Cessna Ave.<br>Gaithersburg, MD 20879 | MCS Inc.<br>8101 Cessna Ave.<br>Gaithersburg, MD 20879 | | | 52,286.74 |
| **Pitney Bowes**<br>Accounts Receivable Dept.<br>P.O. Box 371896<br>Pittsburgh, PA 15250-7896 | Pitney Bowes<br>Accounts Receivable Dept.<br>P.O. Box 371896<br>Pittsburgh, PA 15250-7896 | | | 21,287.92 |
| **RR Donnelley Logistics Presort Solutions**<br>P.O. Box 730440<br>Dallas, TX 75373-0440 | RR Donnelley Logistics Presort Solutions<br>P.O. Box 730440<br>Dallas, TX 75373-0440 | | | 322,537.24 |
| **RR Donnelley Presort Solutions**<br>1020 Frontenac Road<br>Naperville, IL 60563 | RR Donnelley Presort Solutions<br>1020 Frontenac Road<br>Naperville, IL 60563 | | | 29,331.98 |
| **Think Ink**<br>P.O. Box 822763<br>Philadelphia, PA 19182-2763 | Think Ink<br>P.O. Box 822763<br>Philadelphia, PA 19182-2763 | | | 9,299.60 |
| **Window Book, Inc.**<br>300 Franklin St.<br>Cambridge, MA 02139-3781 | Window Book, Inc.<br>300 Franklin St.<br>Cambridge, MA 02139-3781 | | | 6,500.00 |
| **Xerox Corporation**<br>P.O. Box 802555<br>Chicago, IL 60680-2555 | Xerox Corporation<br>P.O. Box 802555<br>Chicago, IL 60680-2555 | | | 28,418.75 |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **World Marketing Chicago, LLC**                                    Case No.
                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the President of the Manager of Debtor's Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 28, 2015**          Signature   **/s/ Robert W. Kraft**
                                                    **Robert W. Kraft**
                                                    **President of the Manager of Debtor's Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B4 (Official Form 4) (12/07) - Cont.

In re **World Marketing Chicago, LLC**                                    Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the Manager of Debtor's Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **September 28, 2015**           Signature  _____
                                                Robert W. Kraft
                                                President of the Manager of Debtor's Manager

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Northern District of Illinois

In re: **World Marketing Chicago, LLC**, Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **World Marketing Holdings, LLC**<br>**1301 W Canal St.**<br>**Suite 100**<br>**Milwaukee, WI 53233** | **Member** | **100%** | **Membership** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the Manager of Debtor's Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 28, 2015**        Signature **/s/ Robert W. Kraft**
                                                                **Robert W. Kraft**
                                                                **President of the Manager of Debtor's Manager**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**    continuation sheets attached to List of Equity Security Holders

## United States Bankruptcy Court
### Northern District of Illinois

In re   World Marketing Chicago, LLC                                Case No. _____

                                         Debtor

                                                                    Chapter     11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| World Marketing Holdings, LLC<br>1301 W Canal St.<br>Suite 100<br>Milwaukee, WI 53233 | Member | 100% | Membership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the Manager of Debtor's Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   September 28, 2015           Signature  _____
                                               Robert W. Kraft
                                               President of the Manager of Debtor's Manager

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

0   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re  **World Marketing Chicago, LLC**                                        Case No.
                                    Debtor(s)                                   Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                **93**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **September 28, 2015**                    **/s/ Robert W. Kraft**
                                                    **Robert W. Kraft**/**President of the Manager of Debtor's Manager**
                                                    Signer/Title

# United States Bankruptcy Court
## Northern District of Illinois

In re: __World Marketing Chicago, LLC__  
Debtor(s)

Case No: _____  
Chapter __11__

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: __95__

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: __September 28, 2015__

_____  
Robert W. Kraft, President of the Manager of Debtor's Manager  
Signer/Title

| | | |
|---|---|---|
| ADP, Inc.<br>P.O. Box 78415<br>Phoenix, AZ 85062-8415 | Allegiance Mechanical Services, Inc.<br>3733 N. Ventura Dr.<br>Arlington Heights, IL 60004-7952 | Allstate Insurance Thomas<br>P.O. Box 37601<br>Philadelphia, PA 19101-0 |
| Advance Mailing Services, Inc<br>1130 Carolina Drive<br>Unit A<br>West Chicago, IL 60185 | Automated Scale Corp.<br>202 W. Fay Ave.<br>Addison, IL 60101 | ComEd<br>Bill Payment Ctr<br>P.O. Box 6111<br>Carol Stream, IL 60197-6 |
| Agera Energy<br>P.O. Box 20277<br>Waco, TX 76702 | Bell & Howell, LLC<br>7049 Solution Center<br>Chicago, IL 60677-7000 | Con-Way Central Express<br>P.O. Box 5160<br>Portland, OR 97208-5160 |
| Alternative Staffing, Inc.<br>5620 West Cermak Road<br>Cicero, IL 60804 | Busse's Flowers<br>100 E. Northwest Hwy<br>Mount Prospect, IL 60056 | Continental Envelope<br>1700 Averill Rd.<br>Geneva, IL 60134-1688 |
| American Heritage Life Ins Co<br>P.O. Box 650514<br>Dallas, TX 75265-0514 | Canon Business Solutions<br>15004 Collections Ctr Dr.<br>Chicago, IL 60693 | Continuous Printing Solu<br>P.O. Box 824477<br>Philadelphia, PA 19182-4 |
| Amerigas-Cicero<br>P.O. Box 371473<br>Pittsburgh, PA 15250-7473 | Canon Financial Services Inc.<br>14904 Collections Ctr Dr<br>Chicago, IL 60693-0149 | Converged Digital Networ<br>2047 Ogden Ave.<br>Downers Grove, IL 60515- |
| Anchor Computer<br>1700 S. Dixie Hwy<br>Suite 200<br>Boca Raton, FL 33432 | Cenveo<br>P.O. Box 802035<br>Chicago, IL 60680-2035 | Cook County Collector<br>CK Cnty Dept of Revenue<br>25831 Network Place<br>Chicago, IL 60673-1258 |
| Arrow Messenger Service<br>1322 W. Walton<br>Chicago, IL 60642 | Chicago Glue Machine<br>750 N. Baker Drive<br>Itasca, IL 60143 | Craig Spiller |
| Associated Bank, N.A.<br>330 E. Kilbourn Ave.<br>Suite 200<br>Milwaukee, WI 53202 | Collins Inc.<br>1201 Edison<br>Cincinnati, OH 45216 | Dahlgren Buckley Dement<br>7224 W. 60th Street<br>Summit Argo, IL 60501 |
| AT&T<br>P.O. Box 5080<br>Carol Stream, IL 60197-5080 | Combined Sales Co.<br>4419 S. Tripp Ave.<br>Chicago, IL 60632 | Delivery Net<br>Ben Del Duca<br>45 Mural Street, Unit 3<br>Richmond Hill, ON    L4 |

| | | |
|---|---|---|
| Deluxe Business Forms & Mfg. Co<br>P.O. Box 88042<br>Chicago, IL 60680-1042 | Ferns/Jacobs Inc<br>P.O. Box 219468<br>Kansas City, MO 64121-9468 | Jet Lithocolor, Inc.<br>Multi Packaging Co<br>75 Remittance Dr., Suite 3<br>Chicago, IL 60675-3111 |
| Direct Mail Equipment Service<br>205 D Edison Drive<br>New Lenox, IL 60451 | Galco Industrial Electronics<br>26010 Pinehurst Drive<br>Madison Heights, MI 48071 | John Sieger<br>Katten Muchin Rosenman LL<br>525 W. Monroe<br>Chicago, IL 60661 |
| Ennis, Inc.<br>P.O. Box 841741<br>Dallas, TX 75284-1741 | General Electric Capital Corp<br>P.O. Box 740441<br>Atlanta, GA 30374-0441 | Jorson & Carlson Inc<br>1501 Pratt Blvd.<br>P.O. Box 796<br>Elk Grove Village, IL 60 |
| ERC Delivery Service<br>481 W. Fullerton Ave.<br>Elmhurst, IL 60126 | Gentry Parts, Inc.<br>147 Radio Avenue<br>Miller Place, NY 11764 | Label Source, Inc.<br>1150 Enterprise Drive, #2<br>P.O. Box 859<br>Coppell, TX 75019-9998 |
| Essentra<br>10950 Belcher Road S.<br>Largo, FL 33777 | Grainger<br>Dept. 863169801<br>Palatine, IL 60038-0001 | Landsberg Chicago<br>25794 Network Place<br>Chicago, IL 60673-1257 |
| Fairrington Transportation Co<br>6730 Eagle Way<br>Chicago, IL 60678-1067 | Groot Industries, Inc.<br>P.O. Box 92257<br>Elk Grove Village, IL 60009-2257 | Liftow<br>P.O. Box 8092, STN A<br>Toronto, ON M5W 3W5 |
| FedEx<br>P.O. Box 94515<br>Palatine, IL 60094-4515 | Hassett Express, LLC<br>877 S. Route 83<br>Elmhurst, IL 60126-4740 | Lindenmeyr Munroe<br>112 Alexandra Way<br>Carol Stream, IL 60188 |
| First Edge<br>1301 West Canal Street<br>Milwaukee, WI 53233 | Illinois Paper Company<br>6 Territorial Ct.<br>Bolingbrook, IL 60440 | MCMaster-Carr Supply Co.<br>P.O. Box 7690<br>Chicago, IL 60680-7690 |
| Fluid-Aire Dynamics<br>530 Albion Ave.<br>Schaumburg, IL 60193 | Integrated Print & Graphics, Inc.<br>645 Stevenson Road<br>South Elgin, IL 60177 | MGS Inc.<br>8101 Cessna Ave.<br>Gaithersburg, MD 20879 |
| Frank Winne & Son, Inc.<br>507 Mill Street<br>Coraopolis, PA 15108 | ITR Systems/Div of Aanevco Inc<br>2737 Curtiss Street<br>Downers Grove, IL 60515 | Midwest Industrial Rubber<br>P.O. Box 771280<br>Saint Louis, MO 63177-22 |

| | | |
|---|---|---|
| Motion Industries<br>P.O. Box 504606<br>Saint Louis, MO 63150-4606 | Robert W. Kraft<br>1470 E. Tripoli Ave.<br>Milwaukee, WI 53217 | Trinity Processing Center<br>P.O. Box 742592<br>Cincinnati, OH 45274-259 |
| Mutual of Omaha<br>Payment Processing Center<br>P.O. Box 2147<br>Omaha, NE 68103-2147 | RR Donnelley Logistics<br>Presort Solutions<br>P.O. Box 730440<br>Dallas, TX 75373-0440 | Think Ink<br>P.O. Box 822763<br>Philadelphia, PA 19182-2 |
| Nicor Gas<br>P.O. Box 5407<br>Carol Stream, IL 60197-5407 | RR Donnelley Presort Solutions<br>1020 Frontenac Road<br>Naperville, IL 60563 | Thompson Direct Inc.<br>2397 Von Esch Rd., Unit K<br>Plainfield, IL 60586 |
| NMHG Financial Services<br>P.O. Box 643749<br>Pittsburgh, PA 15264-3749 | Ryder Transportation Services<br>P.O. Box 96723<br>Chicago, IL 60693-6723 | Three Z Printing Company<br>902 West Main Street<br>Teutopolis, IL 62467 |
| OCC Health & Immediate Care of Macneal<br>6645 Paysphere Circle<br>Chicago, IL 60674 | Safety-Kleen Systems, Inc.<br>P.O. Box 382066<br>Pittsburgh, PA 15250-8066 | Time Definite Services, I<br>1360 Madeline Lane, Suite 3<br>Elgin, IL 60124 |
| Open Works America Inc.<br>4742 North 24th Street<br>Phoenix, AZ 85016 | Shamrock Cartage Inc.<br>2140 Maxim Drive<br>Rockdale, IL 60436 | Twist Office Products<br>P.O. Box 101<br>Wood Dale, IL 60191 |
| Packsmart Inc.<br>775 W. Belden Ave., Suite F<br>Addison, IL 60101-4944 | Shred-It USA<br>P.O. Box 101007<br>Pasadena, CA 91189-1007 | Uline<br>P.O. Box 88741<br>Chicago, IL 60680-1741 |
| Pitney Bowes<br>Accounts Receivable Dept.<br>P.O. Box 371896<br>Pittsburgh, PA 15250-7896 | Sonitrol Chicagoland North<br>Dept. 9512<br>P.O. Box 30516<br>Lansing, MI 48909-8060 | United Parcel Service<br>P.O. Box 894820<br>Los Angeles, CA 90189-48 |
| Pitney Bowes<br>Global Financial Services, LLC<br>P.O. Box 371887<br>Pittsburgh, PA 15250-7887 | Staples Advantage, Inc.<br>Dept ATL<br>P.O. Box 405386<br>Atlanta, GA 30384-5386 | USA Roller and Supply LL<br>P.O. Box 385<br>Somers, WI 53171 |
| Print Xcel<br>4444 N. Detroit Ave.<br>Toledo, OH 43612 | Tape Products Company<br>P.O. Box 644917<br>Pittsburgh, PA 15264-4917 | Village of McCook<br>Water Dept.<br>5000 Glencoe Avenue<br>McCook, IL 60525 |

Voss Equipment, Inc.
P.O. Box 757
Bedford Park, IL 60499-0757

Window Book, Inc.
300 Franklin St.
Cambridge, MA 02139-3781

Xerox Corporation
P.O. Box 802555
Chicago, IL 60680-2555