02/2012

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:

**World Marketing Chicago, LLC**

Case No:   **15-32968**

Chapter:   **11**

Debtor

## Certification of Relatedness

The undersigned attorney certifies that:

1. (a) _____ cases are being filed under Chapter _____ that are related to each other; and/or

   (b) __X__ cases are being filed under Chapter __11__ that are related to case(s) now pending, and

2. The cases are related because:

   ☐ the debtors are husband and wife; or
   ☐ the debtor was a debtor in a previous case under Chapter 11; or
   ☑ the cases involve persons or entities that are affiliates as defined in § 101(2) of the Bankruptcy Code.

The undersigned attorney requests that the cases be assigned to the same judge.

World Marketing Atlanta, LLC     Case No. 15-32975

World Marketing Dallas, LLC     Case No. 15-32977

Date of certification: **September 28, 2015**     Attorney's signature: _____