IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 Case |
| | ) | |
| | ) | |
| **WORLD MARKETING CHICAGO, LLC,** | ) | **Case No. 15-32968** |
| | ) | **(Jointly Administered)** |
| | ) | |
| | ) | |
| Debtors. | ) | Hon. Timothy A. Barnes |

## NOTICE OF FILING

To:  See Attached Service List

    PLEASE TAKE NOTICE that on October 15, 2015, the United States Trustee by his attorney, Kathryn Gleason, caused a copy of the **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** to be filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto and herewith served upon you.


                                                      By: /s/ Kathryn M. Gleason
                                                             Kathryn M. Gleason, Trial Attorney
                                                              Office of the U.S. Trustee
                                                              219 S. Dearborn St., Room 873
                                                              Chicago, IL 60604
                                                              312-886-3327

## CERTIFICATE OF SERVICE

I, Kathryn Gleason, an attorney, state that pursuant to Local Rule 9013-1(D) the above **NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS** was filed on October 15, 2015, and served on all persons identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via Electronic Mail, as indicated, before 5:00 p.m. on October 15, 2015.

/S/     *Kathryn Gleason*

**SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Jeffrey C. Dan, jdan@cranheyman.com
Brian P. Welch, bwelch@craneheyman.com
David K. Welch, dwelch@craneheyman.com

**Parties Served via Electronic Mail:**

Tom Dubin, tdubin@mni.net
Jeffrey Golly, jgoly@lindenmeyr.com
Christopher Gorski, cgorski@ipandginc.com
Ken Kanji, accounting@acprinting.com
Rick Pane, rick.pane@bhmginc.com
Duane Polodna, duane.polodna@bhmginc.com
Kenneth Murphy, murphyk@kwmstables.com
Robert Rottner, bobrottner@sullgraphics.com
Jeffrey Schwartz, jschwartz@muchshelist.com
Chuck Mack, cmack@msiworldwidemail.com
Lesley Melin, LesleyMelin@essentra.com
Daniel R. Pevonka, dan.pevonka@rrd.com
Hamid Rafatjoo, hrrafatjoo@venable.com
Gregg Szilagyi , gs@tailserv.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 Case |
| | ) | |
| **WORLD MARKETING CHICAGO, LLC,** | ) | **Case No. 15-32968** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | Hon. Timothy A. Barnes |
| | ) | |

**NOTICE OF APPOINTMENT OF COMMITTEE
OF UNSECURED CREDITORS**

The following persons, selected from unsecured creditors who are willing to serve, are hereby appointed as the Creditors' Committee in this case:

CREDITOR/REPRESENTATIVE
Robert Larsen/Daniel Pevonka
RR Donnelley & Sons Company*

Christopher Gorski
Integrated Print & Graphics

Robert Rottner
Sull Graphics, Inc.

Jeffrey Schwartz
Alternative Staffing, Inc.

Tim McHale/Hamid Rafatjoo
American Funds Service Company

 *Interim Creditors' Committee Chairman

                                          RESPECTFULLY SUBMITTED,
                                          PATRICK S. LAYNG
                                          UNITED STATES TRUSTEE

DATE: October 15, 2015            By:  */s/   Kathryn Gleason*
                                                    Kathryn Gleason
                                                    Attorney for the U.S. Trustee