UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: ) | BK No.:   15-32968 |
| WORLD MARKETING CHICAGO, LLC ) | (Jointly Administered) |
| ) | Chapter:  11 |
| ) | Honorable Timothy A. Barnes |
| ) | |
| Debtor(s) ) | |

**ORDER AUTHORIZING USE OF CASH COLLATERAL**

This matter coming to be heard upon the Debtors' Motion For Authority to Use Cash Collateral and Related Relief; due and proper notice having been given; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that Debtor World Marketing Chicago, LLC is authorized to use cash collateral to pay $71,259.76 for rent for October 2015 and Debtor World Marketing Dallas, LLC is authorized to use cash collateral to pay $70,113.19 for rent for October 2015.

Enter:

United States Bankruptcy Judge

Dated:

Prepared by OCT 2 1 2015
DEBTOR'S COUNSEL:
JEFFREY C. DAN, ESQ. (Atty. No. 06242750)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 South LaSalle, Suite 3705
Chicago, Illinois  60603
(312) 641-6777
W:\Jeff\World Marketing\Cash Collateral - Jointly Administered.ORD

Rev: 20130104_bko