IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 15-32968 |
| WORLD MARKETING CHICAGO, LLC, et al. | ) Chapter 11 |
| | ) Judge Timothy A. Barnes |
| | ) (Jointly Administered) |
| Debtors/Debtors-in-Possession. | ) |

**NOTICE OF MOTION**

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 9th day of December, 2015 at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Timothy A. Barnes, Bankruptcy Judge, in the room usually occupied by him as courtroom 744 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion to Employ Auctioneer and For Other Relief**, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Jeffrey C. Dan
Crane, Heyman, Simon, Welch & Clar
l35 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(3l2) 64l-6777

**CERTIFICATE OF SERVICE**

The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the foregoing Notice and attached Motion to be served via the Court's Electronic Filing System (ECF), and via First Class Mail, properly addressed and postage pre-paid, on all the parties listed on the attached Service List on the 3rd day of December, 2015.

/s/Jeffrey C. Dan

Document    Page 2 of 5

## SERVICE LIST

United States Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604

Kathryn M. Gleason
Office of the U.S. Trustee
219 S. Dearborn St., #873
Chicago, IL 60604

Associated Bank, N.A.
330 E. Kilbourn Ave., #200
Milwaukee, WI 53202

John P. Sieger, Esq.
Paul T. Musser, Esq.
Katten Muchin Rosenman, LLP
525 W. Monroe St.
Chicago, IL 60661

Ryan P. Dahl, Esq.
Devon M. Largio, Esq.
Kirkland & Ellis, LLP
300 N. LaSalle Street
Chicago, IL 60654

Joseph M. Olstein
Olstein Law LLC
10450 S. Western Ave.
Chicago, IL 60643

Mark S. Melickian
Aaron L. Hammer
Michael A. Brandess
Jonathan Friedland
Sugar Felsenthal Grais & Hammer LLP
30 N. LaSalle St., Suite 3000
Chicago, IL 60602

Mark Stromberg
8750 N. Central Expy., Suite 625
Dallas, TX 75231

Craig C. Westfall
Nigro, Westfall & Gryska, PC
1793 Bloomingdale Road
Glendale Hts. IL 60139

Courtney J. Hull
Kimberly A. Walsh
Bankruptcy & Collections
Division MC 008
P.O. Box 12548
Austin, TX 12548

Barbara L. Young
Golan & Christie, LLP
70 W. Madison Street, #1500
Chicago, IL 60602

Sheryl A. Fyock
Tejal S. Desai
Latimer LeVay Fyock LLC
55 W. Monroe St., #1100
Chicago, IL 60603

Jeremy C. Kleinman
FrankGecker LLP
325 N. LaSalle St., #625
Chicago, IL 60654

Jason J. DeJonker
Seyfarth Shaw, LLP
131 S. Dearborn St., Suite 2400
Chicago, IL 60603

Marianne Dickson
Seyfarth Shaw, LLP
560 Mission St., 31st Floor
San Francisco, CA 94105-2930

Jarom J. Yates
Autumn D. Highsmith
John W. Guzzardo
Haynes and Boone, LLP
2323 Victory Ave, Suite 700
Dallas, TX 75219

Aaron B. Chapin
Reed Smith, LLP
10 S. Wacker, 40th Fl.
Chicago, IL 60606

Jennifer A. Brust
Bean, Kinney & Korman, PC
2300 Wilson Blvd.
Arlington, VA 22201

Alex Mazer
PPL Group
105 Revere Drive, Suite C
Northbrook, IL 60062

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| WORLD MARKETING CHICAGO, LLC ) | Case No. 15-32968 |
| ) | Judge Timothy A. Barnes |
| ) | (Jointly Administered) |
| Debtors/Debtors-in-Possession. ) | |

**MOTION TO EMPLOY AUCTIONEER AND FOR OTHER RELIEF**

WORLD MARKETING CHICAGO, LLC, WORLD MARKETING DALLAS, LLC, and WORLD MARKETING ATLANTA, LLC, Wisconsin limited liability companies, Debtors/Debtors-in-Possession herein ("Debtors"), by and through their Attorneys, make their Motion pursuant to Section 327 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure for Employment of Auctioneer and For Other Relief, and in support thereof, state as follows:

**Introduction**

1. On September 28, 2015, the Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code ("Petition Date").

2. The Debtors are operating their businesses and managing their financial affairs as Debtors-in-Possession. A committee of unsecured creditors has been appointed to serve in these reorganization cases.

3. On October 14, 2015, this Court entered orders jointly administering all three bankruptcy cases.

4. The Debtors wish to employ PPL Group ("PPL") as their auctioneer, to auction off the Debtors' assets.

5. This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334.

6. This matter constitutes a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A)(N) and (O).

7. The statutory predicates for the relief requested in this Motion are Section 327 of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure.

**Relevant Factual Background**

8. The Debtors are providers of direct mail, fulfillment and critical document solutions that provides processing, fulfillment, lettershop, data and list solutions. The Debtors have clients in the retail, financial services, nonprofit, travel and technology industries.

9. The Debtors were acquired from BH Media Group in September, 2014. The failure to obtain sufficient capital and long-term financing to continue to operate and turn around the business, as well as certain setoffs made by the Lender, caused the Debtors to file these Chapter 11 cases.

10. Associated Bank, N.A. (The "Lender") asserts first position liens on all of the assets of the Debtors, which purportedly secure an indebtedness in excess of $1,600,000.00. The Lender is in favor of the sale of the Debtors' assets.

**Employment of Auctioneer and Other Relief**

11. The Debtors have selected PPL for the reason that PPL has considerable experience in matters of this nature and are well qualified to perform the services as required herein.

12. The Debtors further state that it is necessary for them to employ and have the aid of auctioneers in auctioning off essentially all of the Debtors' property, outside the ordinary course of business. The Debtors have been unable to sell the companies as going concerns and at this time it is in the best interests of the Debtors, their creditors and these estates to sell the Debtors' machinery, equipment and other property at an auction to achieve the highest value for the assets in order to pay creditors.

13. The duties that will be performed by PPL are outlined in the Guarantee Auction Agreement attached hereto as **Exhibit A.** The auctioneer will market the property being sold and will conduct an auction no later than sixty (60) days from the date of the entry of the order approving this motion.

14. By this Motion, the Debtors also seek authority to have PPL proceed with an auction of the Debtors' property pursuant to the Guarantee Auction Agreement attached to this motion as Exhibit A.

15. To the best of the Debtors' knowledge and pursuant to the Affidavit of Alex Mazer attached hereto as **Exhibit B** and incorporated by reference herein, PPL does not hold any interest adverse to the Debtors or these estates in the matters upon which it is to be engaged herein.

WHEREFORE, WORLD MARKETING CHICAGO, LLC, WORLD MARKETING DALLAS, LLC, and WORLD MARKETING ATLANTA, LLC, Debtors/Debtors-in-Possession herein, request the entry of an Order authorizing the employment of PPL Group, as their auctioneer to conduct an auction within sixty (60) days of the entry of the order approving this Motion, with compensation subject to the agreement set forth in Exhibit A to the motion and for such other relief as may be just and appropriate.

> World Marketing Chicago, LLC, World Marketing Dallas, LLC, and World Marketing Atlanta, LLC
> Debtors/Debtors-in-Possession
>
> By: /s/ Jeffrey C. Dan
>      One of Its Attorneys

**DEBTORS' COUNSEL**:
JEFFREY C. DAN, ESQ. (Atty. No. 06242750)
DAVID K. WELCH, ESQ. (Atty. No. 06183621)
BRIAN P. WELCH, ESQ. (Atty. No. 6307292)
CRANE, HEYMAN, SIMON, WELCH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\Jeff\World Marketing\Employ Auctioneer.MOT.wpd