UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 15bk32968 |
| WORLD MARKETING ) | (Jointly Administered) |
| CHICAGO, LLC ) | Chapter 11 |
| ) | |
| Debtor. ) | Honorable Timothy A. Barnes |
| ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO AEG PARTNERS, FINANCIAL ADVISORS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE AND PAYMENT OF FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 16,610.00 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ 536.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 16,074.00 | TOTAL COSTS ALLOWED: | $ 0.00 |

**TOTAL FEES AND COSTS ALLOWED: $ 16,074.00**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the right of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    Improper Time Increments for Billing – TOTAL of disallowed amounts (10% of affected entries): $ 536.00**

The court may impose a ten percent penalty for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour." *In re Wildman*, 72 B.R. 700, 726 (Bankr. N.D. Ill. 1987) (Schmetterer, J.). This penalty will be imposed where time increments other than one-tenth of an hour are being used.

In this case, the applicant used various time increments – sometimes one-tenth, sometimes quarter-hour increments, sometimes one-one-hundredth.

Dated: February 17, 2016

_____
Timothy A. Barnes
United States Bankruptcy Judge

# Invoice 

YOUR UNFAIR ADVANTAGE

FEIN: 36-4342564

| Bill To |
|---|
| World Marketing LLC - Chicago |
| World Marketing LLC - Atlanta |
| World Marketing LLC - Dallas |

| Date | Invoice # |
|---|---|
| 1/22/2016 | AEG20161462 |

| Terms |
|---|
| Due on receipt |

| Description | Amount |
|---|---|
| Professional Services Rendered - AEG Partners - First Interim Fee Statement for the period November 12 thru December 31, 2015<br>Phil Van Winkle: 32.62 hours @ $650/hr | 21,203.00 |
| Adjustment of fee based on per hour cap rate of $500/hr. | -4,893.00 |

Please Wire Payment to:
The Private Bank - Chicago, IL
ABA Number:
Account Number:
AEG Partners

| Total Due | $16,310.00 |
|---|---|

AEG Partners LLC | 200 W. Madison Street, Suite 2410 | Chicago, IL 60606 | T 312.948.5600  F 312.948.5639 | aegpartners.com

| Date | Hours | Weekly Sub Total | | Notes | |
|---|---|---|---|---|---|
| 11/16/2015 | 3.83 | | | Draft and review case pleadings (0.6) | |
| | | | | telephone conference with professional working group (0.4); further review case pleadings and draft cash collateral budget (0.5) | |
| | | | | prepare for and attend 341 meeting (2.33) | (1) Incorrect time increment |
| 11/17/2015 | 3.75 | | | Telephone conference with committee (0.8); substantively amend AEG retention application (1.3); review case documents (0.9) | |
| | | | | Develop information request list (0.75). | (1) Incorrect time increment |
| 11/18/2015 | 2.00 | | | Review and substantively revise AEG retention application (1.6); attention to debtors' records (0.4). | |
| 11/19/2015 | 2.25 | | | Telephone conference with Kevin Seiberlich regarding case status and information request (0.9) | |
| | | | | revise information request list based upon Kevin Seiberlich following discussion (1.1) | |
| | | | | review notes following telephone conference with Kevin Seiberlich (0.25) | (1) Incorrect time increment |
| | | 11.83 | | | |
| 11/24/2015 | 2.00 | | | Multiple conferences with professional working group regarding status of information request (1.3); multiple e-mail correspondence with Kevin Seiberlich regarding same (0.7) | |
| 11/25/2015 | 1.00 | | | Multiple telephone conferences with Michael Brandess and Jonathan Friedland regarding trustee motion (1.0) | |
| | | 3.00 | | | (1) Incorrect time increment |
| 11/29/2015 | 1.25 | | | Review and comment on trustee motion and budget (1.25) | |
| 11/30/2015 | 2.65 | | | Provide substantive comment regarding revised trustee motion and budget (2.25); telephone conference with professional working group regarding case status (0.4) | (1) Incorrect time increment |
| 12/1/2015 | 0.35 | | | E-mail correspondence with Jeffrey Dan regarding access to Tyrone Jeffcoat (0.25); telephone conference with Michael Brandess regarding trustee motion (0.1). | (1) Incorrect time increment |
| 12/2/2015 | 1.75 | | | Prepare for and attend hearing on cash collateral and retention of AEG (1.75) | (1) Incorrect time increment |
| 12/3/2015 | 3.00 | | | Telephone conference with Tyrone Jeffcoat regarding debtors' operations (1.4); draft summary regarding same (0.8); telephone conference with professional working group regarding same (0.8). | |

AEG Partners LLC | 200 W. Madison Street, Suite 2410 | Chicago, IL 60606 | T 312.948.5600  F 312.948.5639 | aegpartners.com

| Date | Hours | Weekly Sub Total | | Notes | |
|---|---|---|---|---|---|
| 12/4/2015 | 1.43 | | | Draft memorandum regarding operational deficiencies (0.9); telephone conference with professional working group regarding same (0.3) Telephone conference with Michael Brandess regarding Atlanta warehouse lease rejection (0.23). | (1) Incorrect time increment |
| | | 10.43 | | | |
| 12/7/2015 | 1.00 | | | Telephone conference with Jonathan Friedland regarding trustee motion (0.2); telephone conference with Elizabeth Vandesteeg regarding deposition preparation (0.1) | |
| | | | | draft proposal for compromise chapter 11 trustee motion (0.3). Participate in committee conference call (0.4). | |
| 12/8/2015 | 0.50 | | | Participate in committee conference call (0.4); e-mail correspondence with professional working group regarding debtors' response to trustee settlement offer (0.1). | |
| 12/9/2015 | 0.50 | | | Prepare bi-weekly meeting agenda with Tyrone Jeffcoat (0.5) | |
| 12/10/2015 | 0.25 | | | Telephone conference with Elizabeth Vandesteeg regarding bi-weekly meetings and hearing outcome (0.25) | (1) Incorrect time increment |
| | | 2.25 | | | |
| 12/14/2015 | 2.83 | | | Prepare and participate in telephone conference with Tyrone Jeffcoat and Kevin Seiberlich regarding debtors' operations (1.4) | |
| | | | | Telephone conference with Alex Mazer regarding auction process and issues (0.3) | |
| | | | | Review current accounts receivable run (0.73); telephone conference with Michael Brandess and Jonathan Friedland regarding First Edge removal of assets (0.4) | (1) Incorrect time increment |
| 12/17/2015 | 1.58 | | | Telephone conference with Michael Brandess regarding 12/16 hearing (0.4); reviewrevised budget (0.5); telephone conference with Tyrone Jeffcoat and Kevin Seiberlich regarding debtors' operations (0.68) | (1) Incorrect time increment |
| | | 4.41 | | | |
| 12/21/2015 | 0.60 | | | Review updated accounts receivable and potential offsets (0.1); review updated budget and compare to actual (0.1) | |
| | | | | exchange-mail correspondence with Alex Mazer regarding auction status(0.1); telephone conference with Tyrone Jeffcoat and Kevin Seiberlich regarding debtors' operations (0.3) | |
| 12/23/2015 | 0.10 | | | Attention to e-mial correspondence from Alex Mazer regarding leased equipment. | |
| | | 0.70 | | | |
| | | | 32.62 | TOTAL | |



# Invoice

YOUR UNFAIR ADVANTAGE

FEIN: 36-4342564

| Bill To |
|---|
| World Marketing LLC - Chicago |

| Date | Invoice # |
|---|---|
| 1/22/2016 | AEG2016463 |

| Terms |
|---|
| Due on receipt |

| Description | Amount |
|---|---|
| Professional Services Rendered - AEG Partners - First Interim Fee Statement Phil Van Winkle: .60 hours @ $650/hr - RR Donnelley issue - World Marketing LLC - Chicago - pro-rata share = .30 @ $650/hr | 195.00 |
| Adjustment of fee based on per hour cap rate of $500/hr | -45.00 |

Please Wire Payment to:
The Private Bank - Chicago, IL
ABA Number:
Account Number:
AEG Partners

| Total Due | $150.00 |
|---|---|

AEG Partners LLC | 200 W. Madison Street, Suite 2410 | Chicago, IL 60606 | T 312.948.5600 F 312.948.5639 | aegpartners.com



| Date | Hours | Weekly Sub Total | Notes |
|---|---|---|---|
| 11/30/2015 | .60 | .60 | Prepare RR Donnelley set-off analysis |



# Invoice

YOUR UNFAIR ADVANTAGE

FEIN: 36-4342564

| Bill To |
|---|
| World Marketing LLC - Atlanta |

| Date | Invoice # |
|---|---|
| 1/22/2016 | AEG20161464 |

| Terms |
|---|
| Due on receipt |

| Description | Amount |
|---|---|
| Professional Services Rendered - AEG Partners - First Interim Fee Statement Phi VanWinkle: .60 hours @ $650/hr - RR Donnelley issue - World Marketing LLC - Atlanta - one-half pro-rata share =.30 @ $650/hr | 195.00 |
| Adjustment of fee based on per hour cap rate @$500/hr | -45.00 |

Please Wire Payment to:
The Private Bank - Chicago, IL
ABA Number:
Account Number:
AEG Partners

| Total Due | $150.00 |
|---|---|

AEG Partners LLC | 200 W. Madison Street, Suite 2410 | Chicago, IL 60606 | T 312.948.5600 F 312.948.5639 | aegpartners.com



| Date | Hours | Weekly Sub Total | Notes |
|---|---|---|---|
| 11/30/2015 | .60 | .60 | Prepare RR Donnelley set-off analysis |