## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Case No. 15bk32968** |
| **WORLD MARKETING** | ) | |
| **CHICAGO, LLC,** *et al.* | ) | **Chapter 11** |
| | ) | |
| Debtors. | ) | **Honorable Timothy A. Barnes** |
| | ) | |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO OPTIMUS FINANCIAL SERVICES, LLC, FINANCIAL ADVISORS FOR DEBTORS, FOR ALLOWANCE AND PAYMENT OF FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 114,660.00 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ 13,779.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 100,881.00 | TOTAL COSTS ALLOWED: | $ 0.00 |

### TOTAL FEES AND COSTS ALLOWED: $ 100,881.00

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

### (1)    Insufficient Description – TOTAL of disallowed amounts: $ 13,500.00

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted]  Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

In this case, entries for reading emails or conversations without descriptions of how the email related to the case are not compensable.

### (2)    Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 264.00

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted].  Each type of service should be listed with the corresponding specific time allotment.").

**(3)      Improper Time Increments for Billing – TOTAL of disallowed amounts: $ 15.00**

The court may impose a ten percent penalty for using improper time increments for billing.
"Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for
increments in excess of one-tenth of an hour." *In re Wildman*, 72 B.R. 700, 726 (Bankr. N.D. Ill.
1987) (Schmetterer, J.). This penalty will be imposed where time increments larger than one-tenth
of an hour are being used. For example, applicants who bill time using quarter-hour increments risk
the ten percent penalty.

In this case, many of the entries in this category and other categories appear to have been
billed in quarter-hour increments.

Dated:  March 2, 2016

_____
Timothy A. Barnes
United States Bankruptcy Judge

# Invoice

Optimus Financial Services, LLC
W172 N7844 Shady Lane
Menomonee Falls, WI 53051
EIN: 20-2397776

| Date | Invoice # |
|------|-----------|
| 12/30/2015 | 1163 |

| Bill To |
|---------|
| World Marketing Dallas LLC<br>World Marketing Chicago LLC<br>World Marketing Atlanta LLC |

| | P.O. No. | Terms | Project |
|---|----------|-------|---------|
| | | | |

| Hours | Description | Rate | Amount |
|-------|-------------|------|--------|
| 382.2 | Professional advisory services for World Marketing Dallas, LLC. World Marketing Chicago, LLC. and World Marketing Atlanta, LLC. from 9/28/15 to 12/30/15. See spreadsheet of time for summary and details. | 300.00 | 114,660.00 |
| | Less retainer paid on 9/28/15 | -60,000.00 | -60,000.00 |

| | Total | $54,660.00 |
|---|-------|------------|

## *World Marketing Chicago, Atlanta, Dallas*
### Time Summary
OPTIMUS

### WEEK 1

| | In | Out | Total Hours | Notes | | In | Out | Total Hours | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Nick Storniolo** | | | | | **Kevin Seiberlich** | | | | |
| 9/28/2015 | | | 5.30 | Preparation for filing, meetin | 9/28/2015 | | | 8.00 | see detail spreadsheet |
| 9/29/2015 | | | 8.20 | see detail spreadsheet | 9/29/2015 | | | 9.50 | see detail spreadsheet |
| 9/30/2015 | | | 7.80 | see detail spreadsheet | 9/30/2015 | | | 10.50 | see detail spreadsheet |
| 10/1/2015 | | | 6.70 | see detail spreadsheet | 10/1/2015 | | | 8.10 | see detail spreadsheet |
| 10/2/2015 | | | 0.00 | see detail spreadsheet | 10/2/2015 | | | 10.30 | see detail spreadsheet |
| **Total for the week** | | | 28.00 | | **Total for the week** | | | 46.40 | |
| $    300 | | $ | 8,400 | | $    300 | | | $ 13,920 | |

### WEEK 2

| | In | Out | Total Hours | Notes | | In | Out | Total Hours | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Nick Storniolo** | | | | | **Kevin Seiberlich** | | | | |
| 10/5/2015 | | | 7.70 | see detail spreadsheet | 10/5/2015 | | | 7.80 | see detail spreadsheet |
| 10/6/2015 | | | 8.20 | see detail spreadsheet | 10/6/2015 | | | 9.00 | see detail spreadsheet |
| 10/7/2015 | | | 7.60 | see detail spreadsheet | 10/7/2015 | | | 8.10 | see detail spreadsheet |
| 10/8/2015 | | | 10.40 | see detail spreadsheet | 10/8/2015 | | | 8.00 | see detail spreadsheet |
| 10/9/2015 | | | 3.00 | see detail spreadsheet | 10/9/2015 | | | 6.2 | see detail spreadsheet |
| **Total for the week** | | | 36.90 | | **Total for the week** | | | 39.10 | |
| $    300 | | $ | 11,070 | | $    300 | | | $ 11,730 | |

### WEEK 3

| | In | Out | Total Hours | Notes | | In | Out | Total Hours | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Nick Storniolo** | | | | | **Kevin Seiberlich** | | | | |
| 10/12/2015 | | | 4.90 | see detail spreadsheet | 10/12/2015 | | | 7.00 | see detail spreadsheet |
| 10/13/2015 | | | 5.30 | see detail spreadsheet | 10/13/2015 | | | 8.40 | see detail spreadsheet |
| 10/14/2015 | | | 7.20 | see detail spreadsheet | 10/14/2015 | | | 4.70 | see detail spreadsheet |
| 10/15/2015 | | | 6.20 | see detail spreadsheet | 10/15/2015 | | | 4.40 | see detail spreadsheet |
| 10/16/2015 | | | 0.50 | see detail spreadsheet | 10/16/2015 | | | 4.60 | see detail spreadsheet |
| **Total for the week** | | | 24.10 | | **Total for the week** | | | 29.10 | |
| $    300 | | $ | 7,230 | | $    300 | | | $ 8,730 | |

### WEEK 4

| | In | Out | Total Hours | Notes | | In | Out | Total Hours | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Nick Storniolo** | | | | | **Kevin Seiberlich** | | | | |
| 10/19/2015 | | | 6.60 | see detail spreadsheet | 10/19/2015 | | | 4.40 | see detail spreadsheet |
| 10/20/2015 | | | 6.50 | see detail spreadsheet | 10/20/2015 | | | 4.60 | see detail spreadsheet |
| 10/21/2015 | | | 7.60 | see detail spreadsheet | 10/21/2015 | | | 2.00 | see detail spreadsheet |
| 10/22/2015 | | | 7.60 | see detail spreadsheet | 10/22/2015 | | | 2.40 | see detail spreadsheet |
| 10/23/2015 | | | 1.50 | see detail spreadsheet | 10/23/2015 | | | 1.00 | see detail spreadsheet |
| **Total for the week** | | | 29.80 | | **Total for the week** | | | 14.40 | |
| $    300 | | $ | 8,940 | | $    300 | | | $ 4,320 | |

### WEEK 5

| | In | Out | Total Hours | Notes | | In | Out | Total Hours | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Nick Storniolo** | | | | | **Kevin Seiberlich** | | | | |
| 10/26/2015 | | | 7.10 | see detail spreadsheet | 10/26/2015 | | | 3.40 | see detail spreadsheet |
| 10/27/2015 | | | 5.90 | see detail spreadsheet | 10/27/2015 | | | 3.80 | see detail spreadsheet |
| 10/28/2015 | | | 4.10 | see detail spreadsheet | 10/28/2015 | | | 2.40 | see detail spreadsheet |
| 10/29/2015 | | | 4.30 | see detail spreadsheet | 10/29/2015 | | | 3.40 | see detail spreadsheet |
| 10/30/2015 | | | 0.40 | see detail spreadsheet | 10/30/2015 | | | 2.70 | see detail spreadsheet |

### World Marketing Chicago, Atlanta, Dallas

**Time Summary**

OPTIMUS

| | | | |
|---|---|---|---|
| Total for the week | | | 21.80 |
| $ | 300 | $ | 6,540 |

| | | | |
|---|---|---|---|
| Total for the week | | | 15.70 |
| $ | 300 | $ | 4,710 |

| WEEK 6 | In | Out | Total Hours | Notes | | In | Out | Total Hours | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Nick Storniolo** | | | | | **Kevin Seiberlich** | | | | |
| 11/2/2015 | | | 4.40 | see detail spreadsheet | 11/2/2015 | | | 3.50 | see detail spreadsheet |
| 11/3/2015 | | | 0.10 | see detail spreadsheet | 11/3/2015 | | | 3.50 | see detail spreadsheet |
| 11/4/2015 | | | 4.20 | see detail spreadsheet | 11/4/2015 | | | 1.70 | see detail spreadsheet |
| 11/5/2015 | | | 3.00 | see detail spreadsheet | 11/5/2015 | | | 1.70 | see detail spreadsheet |
| 11/6/2015 | | | 0.00 | see detail spreadsheet | 11/6/2015 | | | 1.00 | see detail spreadsheet |
| **Total for the week** | | | **11.70** | | **Total for the week** | | | **11.40** | |
| $ | 300 | $ | 3,510 | | $ | 300 | $ | 3,420 | |

| WEEK 7 | In | Out | Total Hours | Notes | | In | Out | Total Hours | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Nick Storniolo** | | | | | **Kevin Seiberlich** | | | | |
| 11/9/2015 | | | 0.10 | see detail spreadsheet | 11/9/2015 | | | 1.60 | see detail spreadsheet |
| 11/10/2015 | | | 2.60 | see detail spreadsheet | 11/10/2015 | | | 2.40 | see detail spreadsheet |
| 11/11/2015 | | | 0.00 | see detail spreadsheet | 11/11/2015 | | | 1.10 | see detail spreadsheet |
| 11/12/2015 | | | 0.00 | see detail spreadsheet | 11/12/2015 | | | 1.80 | see detail spreadsheet |
| 11/13/2015 | | | 0.00 | see detail spreadsheet | 11/13/2015 | | | 2.60 | see detail spreadsheet |
| **Total for the week** | | | **2.70** | | **Total for the week** | | | **9.50** | |
| $ | 300 | $ | 810 | | $ | 300 | $ | 2,850 | |

| WEEK 8 | In | Out | Total Hours | Notes | | In | Out | Total Hours | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Nick Storniolo** | | | | | **Kevin Seiberlich** | | | | |
| 11/16/2015 | | | 0.00 | out on vacation | 11/16/2015 | | | 1.30 | see detail spreadsheet |
| 11/17/2015 | | | 0.00 | out on vacation | 11/17/2015 | | | 2.90 | see detail spreadsheet |
| 11/18/2015 | | | 0.00 | out on vacation | 11/18/2015 | | | 0.00 | see detail spreadsheet |
| 11/19/2015 | | | 0.00 | out on vacation | 11/19/2015 | | | 2.30 | see detail spreadsheet |
| 11/20/2015 | | | 0.00 | out on vacation | 11/20/2015 | | | 1.80 | see detail spreadsheet |
| **Total for the week** | | | **0.00** | | **Total for the week** | | | **8.30** | |
| $ | 300 | $ | - | | $ | 300 | $ | 2,490 | |

| WEEK 9 | In | Out | Total Hours | Notes | | In | Out | Total Hours | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Nick Storniolo** | | | | | **Kevin Seiberlich** | | | | |
| 11/23/2015 | | | 1.75 | see detail spreadsheet | 11/23/2015 | | | 0.00 | out on vacation |
| 11/24/2015 | | | 4.10 | see detail spreadsheet | 11/24/2015 | | | 5.40 | see detail spreadsheet |
| 11/25/2015 | | | 0.25 | see detail spreadsheet | 11/25/2015 | | | 3.50 | see detail spreadsheet |
| 11/26/2015 | | | 0.25 | see detail spreadsheet | 11/26/2015 | | | 0.00 | out on vacation |
| 11/27/2015 | | | 0.10 | see detail spreadsheet | 11/27/2015 | | | 2.30 | see detail spreadsheet |
| **Total for the week** | | | **6.45** | | **Total for the week** | | | **11.20** | |
| $ | 300 | $ | 1,935 | | $ | 300 | $ | 3,360 | |

| WEEK 10 | In | Out | Total Hours | Notes | | In | Out | Total Hours | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Nick Storniolo** | | | | | **Kevin Seiberlich** | | | | |
| 11/30/2015 | | | 0.00 | see detail spreadsheet | 11/30/2015 | | | 3.30 | see detail spreadsheet |
| 12/1/2015 | | | 1.50 | see detail spreadsheet | 12/1/2015 | | | 2.40 | see detail spreadsheet |

## World Marketing Chicago, Atlanta, Dallas
### Time Summary
OPTIMUS

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 12/2/2015 | | | 0.00 see detail spreadsheet | 12/2/2015 | | | 2.80 see detail spreadsheet |
| | 12/3/2015 | | | 0.00 see detail spreadsheet | 12/3/2015 | | | 0.30 see detail spreadsheet |
| | 12/4/2015 | | | 1.50 see detail spreadsheet | 12/4/2015 | | | 0.70 see detail spreadsheet |

| Total for the week | | 3.00 | | Total for the week | | 9.50 |
|---|---|---|---|---|---|---|
| $  300 | $  900 | | | $  300 | $  2,850 | |

### WEEK 11

| | In | Out | Total Hours | Notes | | In | Out | Total Hours | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Nick Storniolo** | | | | | **Kevin Seiberlich** | | | | |
| 12/7/2015 | | | 0.00 | see detail spreadsheet | 12/7/2015 | | | 0.70 | see detail spreadsheet |
| 12/8/2015 | | | 0.50 | see detail spreadsheet | 12/8/2015 | | | 2.70 | see detail spreadsheet |
| 12/9/2015 | | | 0.00 | see detail spreadsheet | 12/9/2015 | | | 2.00 | see detail spreadsheet |
| 12/10/2015 | | | 0.25 | see detail spreadsheet | 12/10/2015 | | | 3.00 | see detail spreadsheet |
| 12/11/2015 | | | 0.00 | see detail spreadsheet | 12/11/2015 | | | 2.30 | see detail spreadsheet |

| Total for the week | | 0.75 | | Total for the week | | 10.70 |
|---|---|---|---|---|---|---|
| $  300 | $  225 | | | $  300 | $  3,210 | |

### WEEK 12

| | In | Out | Total Hours | Notes | | In | Out | Total Hours | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Nick Storniolo** | | | | | **Kevin Seiberlich** | | | | |
| 12/14/2015 | | | 0.00 | see detail spreadsheet | 12/14/2015 | | | 2.00 | see detail spreadsheet |
| 12/15/2015 | | | 0.50 | see detail spreadsheet | 12/15/2015 | | | 3.00 | see detail spreadsheet |
| 12/16/2015 | | | 0.00 | see detail spreadsheet | 12/16/2015 | | | 1.00 | see detail spreadsheet |
| 12/17/2015 | | | 0.25 | see detail spreadsheet | 12/17/2015 | | | 1.40 | see detail spreadsheet |
| 12/18/2015 | | | 0.00 | see detail spreadsheet | 12/18/2015 | | | 0.00 | see detail spreadsheet |

| Total for the week | | 0.75 | | Total for the week | | 7.40 |
|---|---|---|---|---|---|---|
| $  300 | $  225 | | | $  300 | $  2,220 | |

### WEEK 13

| | In | Out | Total Hours | Notes | | In | Out | Total Hours | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Nick Storniolo** | | | | | **Kevin Seiberlich** | | | | |
| 12/21/2015 | | | 0.00 | see detail spreadsheet | 12/21/2015 | | | 0.50 | see detail spreadsheet |
| 12/22/2015 | | | 0.25 | see detail spreadsheet | 12/22/2015 | | | 0.70 | see detail spreadsheet |
| 12/23/2015 | | | 0.00 | see detail spreadsheet | 12/23/2015 | | | 0.00 | see detail spreadsheet |
| 12/24/2015 | | | 0.00 | see detail spreadsheet | 12/24/2015 | | | 0.30 | see detail spreadsheet |
| 12/25/2015 | | | 0.00 | see detail spreadsheet | 12/25/2015 | | | 0.00 | see detail spreadsheet |

(1) Insufficient description - no supporting description given

| Total for the week | | 0.25 | | Total for the week | | 1.50 |
|---|---|---|---|---|---|---|
| $  300 | $  75 | | | $  300 | $  450 | |

### WEEK 14

| | In | Out | Total Hours | Notes | | In | Out | Total Hours | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **Nick Storniolo** | | | | | **Kevin Seiberlich** | | | | |
| 12/28/2015 | | | 0.00 | see detail spreadsheet | 12/28/2015 | | | 0.80 | see detail spreadsheet |
| 12/29/2015 | | | 0.00 | see detail spreadsheet | 12/29/2015 | | | 0.50 | see detail spreadsheet |
| 12/30/2015 | | | 0.00 | see detail spreadsheet | 12/30/2015 | | | 0.50 | see detail spreadsheet |
| 12/31/2015 | | | 0.00 | holiday | 12/31/2015 | | | 0.00 | holiday |
| 1/1/2016 | | | 0.00 | holiday | 1/1/2016 | | | 0.00 | holiday |

| Total for the week | | 0.00 | | Total for the week | | 1.80 |
|---|---|---|---|---|---|---|
| $  300 | $  - | | | $  300 | $  540 | |

| | | |
|---|---|---|
| Total Billable Time | $  114,660 | invoiced on 12/31/15 |
| Less retainer | $  60,000 | paid 9/28/15 |
| Net owed to Optimus | $  54,350 | |

*Optimus Kevin Seiberlich*
**9/29/15 Hours**

8 Preparation for filing, meetings with management, review of budget for court     (2) Lumping
8 Total

**9/29/15 Hours  Notes of time spent**

2 Meeting with management on process, filings
1 Prelim call with liquidators on process
0.5 Call with Todd Beja/Andres on for loan with WM Holdings
1 Call with Manny/Investor on potential agreement for all locations, equip, customers
1.5 Review of numerous emails from management and Jeff Dan     (1) Insufficient
0.5 Review of emails for process going forward interanly     Description
0.5 Call and clarification with Tyrone on customer request for product post petition and process
1 Final review of budget internally
1 Call with Bayview Funding & Machicnaw Comm Credit on potential DIP finance, if needed
0.5 call with group and advice on calls from press on communication
9.5 Total

**9/30/15 Hours  Notes of time spent**

2 Meeting with management on process, questions and task list
1.2 Conf call with Tyrone and other management on questions
1.2 Get understanding of all cash accounts and review of cash forecast and daily cash sheet an
0.8 Reviewed ongoing task list for Optimus/Nick
0.4 Conf call with Jeff Dan about suppliers materials, emailed clarification to Tyrone, called Tyrc     (2) Lumping
0.2 Call with Jeff Dan on DIP accts and process for existing operating and postage accts
0.4 Clarified payroll, payroll process and reviewed emailed to be sent to employees     (2) Lumping
0.5 Call with Bobby Kraft on North American Mailer and Andres
1 Call with Dan Quirk of Gordon Brothers on potential outcomes of liquidation or bulk buy
0.4 Admin tasks     (1) Insufficient
0.8 Discussion with Manny/NAM on bulk buy     Description
1.4 Conf call with controllers at Chi, Atl, Dallas on process going forward, collections, payroll, DI
0.2 Review of ADP/payroll and how it will work and instructions for Sandy
10.5 Total

**10/01/15 Hours Notes of time spent**

1 Investor list of contacts
1 Calls with investors for equipment and potential bulk/location sale and how process will work
0.8 Review of equipment list for completeness
0.8 Discussions with Controllers on potential of close of month end and issues
0.5 Review of AR Aging with postage liability and non postage liability
1.3 Call with Gordan Brother head of liquidation on quote
0.4 Customers and AR vs. unfunded postage liability and process and discussion on indiviual ca
0.5 Admin tasks     (1) Insufficient
1 Meeting with John W. on cash balanaces, beg balances, etc.     Description
0.6 Review of Schedules for Jeff with John W.
0.2 Call to RR Donnelly, Dave on potential purchase
8.1 Total

**10/02/15 Hours Notes of time spent**

1.4 Meeting with management (Lisa) on questions and further information
2 Met with Gene Arenson with HyperAMS on liquidation and getting quote
0.2 Admin     (1) Insufficient
    Description

0.2 unbilled jobs review
1 Discussion with Tyrone on operations and customers and jobs going out and ATL Direct ma
1 Discussion with Sandra and Tyrone on cash forecast vs. Assoc, Payroll Pre & Post Petition
0.8 Meeting with Management and John W. on new budget
0.4 Discussion with Jeff Dan on filling in Schedules
0.5 Meeting with Tyrone and John on finalizing budget for court
0.6 Discussion with Visual Graphics, Doug Powell on going concern buy
0.7 Finalization of 9/14-9/28 payroll for Jeff
0.7 Discussion with HR and Sandra on pulling payroll from 9/14-9/28 for Jeff.
    Need Name, address, total amount owed, total state taxes owed and all other taxes owed.
0.8 Discussion with Tribune Direct, Lou on going concern buy
10.3 Total

**10/05/15 Hours Notes of time spent**
0.3 Review of cash sheets
0.7 Review of payroll for prepetition cash motion on Oct 6th
0.7 Discussion with Doug Powell on Chicago location
0.5 Discussion with Dave, RR on Chicago location
0.5 Discussion with Sandra and Nick on AR and collections priority
0.5 Discussion with Bayview funding on potentials
0.8 Discussion with John Barber owner of Summit for Dallas facility
1.2 Discussion with head of liquidation for Gordan Brothers, Mike Guelfo on selling of assets
1 Meeting with HyperAMS on Proposal for selling assets or bulk bid
0.5 Review of interim cash collaterol motion
0.6 Discussion with Jim Trelevan on potential going concern buyers
0.5 Discussion with management on creditor comm, financial reporting for Assoc Bank
7.8 Total

**10/06/15 Hours Notes of time spent**
1.4 Discussion with Tyrone on ATL going concern buyer that he has and other management iss
0.8 Discussion with NS on cash and budget vs actual, reviewed final sheet
1.7 Review of schedules
0.3 Bridgeport as a creditor and emails
1.4 Initial discussions with Superior DM, Chi Mailing Service, Darwell, Direct Mail Services, Arar
0.8 Discussion with Dave Henkel, Pres Johnson & Quan
0.8 Discussion with Manny from NAM
0.3 Review of emails and admin items
1.2 Discussion with Doug Powell on WM bid and process and details, not going to bid
0.3 Admin items
9 Total

(1) Insufficient
Description

**10/07/15 Hours Notes of time spent**
0.7 Discussion with Brandon, Pres of Darwill, sent NDA and bid process
0.5 Review of emails on payroll, operations for Tyrone
0.5 Compiled template for NDA
0.3 Emails to John at Summit for NDA and bid process
0.8 Numerous discussions with Thaddeus Fryer, potential buyer, sent NDA discussed bid proce
0.4 Email to Dave & Tony, CFO at Johnson & Quan for NDA and bid process
0.6 Discussion with Ken Lickner, CFO of Cal Mark Group, potential Chi buyer, sent NDA discus:
1.8 Compiled Equipment list and financials per location to send to going concern buyers that sig
0.2 Sent NDA to RR Donnelly, Dave
0.6 Sent NDA to Mike Gordon Brothers and had discussion that they should submit a bulk bid o

0.5 Reply to Tyrone's emails concerning internal issues
0.5 Discussion with Jim Trelevan on going concern buyers, MicroDynamics, Tom Harter, CEO &
0.7 Review of email from Jiri, Assoc on reporting and meeting with NS and management
8.1 Total

**10/08/15 Hours Notes of time spent**
1.5 Review of Sept financials, revenue questions, discussed with NS and Sandra
0.2 Review of NDA from GB sent to John for signature on changes
1.6 Discussion with HyperAMS/Thomas Ind on bulk bid and further questions on equipment
0.5 Discussion with Thaddeus on purchase of all 3 plants and how to
0.3 Coordination of GB inspecting equipment at ATL
0.5 Review of emails and discussion about revenue decrease
0.8 Discussion with NS about financials for Assoc Bank and how to present
0.4 review of AP and discussion about St. Louis
0.3 NDA from RR Donnelly review sent to Jeff for ok
0.4 Sent Chi info to Brandon, Pres of Darwill Direct Mail, rec NDA
0.3 Received update AR vs Unfunded postage aging from Sandra reviewed and will send to AR
0.8 Discussion with John Barber on Asset Purchase agreement in details
0.4 Email to Thaddeus on Asset Purchase Agreement and info to help process
8 Total

**10/09/15 Hours Notes of time spent**
0.6 Discussion with Jeff on purchase agreements and potentials, sent list going concerns buyers
0.6 discussion with John Barber from Summit offer and NDA – Dallas
0.4 Email to Brandon on CHI
0.7 Review of emails for Assoc Bank
0.6 Emails to Gordon Brothers and HyperAMS on AR
0.3 Admin tasks
1.2 call to Larkin on potential purchase, followed up after discussed with partners
1.4 Discussion with Adam Meier of Centiv/BrandMuscle if interest as going concern
0.4 Followed up with Rick of SG 360, not interested
6.2 Total

(1) Insufficient
Description

**10/12/15 Hours Notes of time spent**
0.7 Discussion with Management on going concerns and buyers
1.1 live Discussion with Thaddeus on purchase agreement, and left message on specifics for qu
0.3 RRD emails rec NDA
0.8 Review of cash sheet, financials and AR , discussion with NS
1 Peakstone Group, Eric D. interested in all 3 plants, discussion about process and sent NDA
0.7 Discussion with Gene A about bulk bid and bidding on AR
0.7 Another Discussion with Thaddeus on purchase agreement
0.8 Discussion with John W., Scott and Robert on update of going concern buyers, potential offe
0.9 Review of schedules and discussion with NS
7 Total

**10/13/15 Hours Notes of time spent**
0.7 Review of cash, AR, open jobs, etc.
0.5 Discussion with Tyrone/management on operations and status of jobs, discussed billings/co
0.2 Emails from Eric and John on status update
0.5 Discussion with Jake of Butler Label on potential going concern bid
0.2 Discussion with Gene HyperAMS on going to Chicago and ATL location with Thomas Indust
0.3 Emails to Thomas Harter, CEO of MicroDynamics Group, NDA, intro, etc.

0.6 Discussion with Thomas Harter on going concern bid process and other questions
1.2 Discussion with John Barber of Summit on their offer, liquidating equipment they do not
    want but will buy and rent questions and timing for removing
0.2 Email on rent for Dallas and breakout, get to John Barber
0.9 Discussion with John W. of potential offers and timing of Invoicing/Collections and resource
0.4 Eric from PeakStone / ID Commerce & Logistics, NDA and emails on info
  1 Review of email and instr doc from Jeff on creditor meeting and US Trustee Compl Req
1.1 Review of offer from Thaddeus Fryer with Tyrone and some questions
0.3 Review of equipment list for purchase agreements with NS
0.3 Discussion with Jeff Dan on questions for agreements, timing, etc.
  0
8.4 Total

**10/14/15 Hours Notes of time spent**
0.3 Emails to facilitate Brandon from Darwill to visit Chicago plant today
0.7 Creditor Comm conference call
0.7 Conf call with Jeff on US Trustee's operating instructions and reporting requirements
1.2 Follow up calls to most interested going concern buyers
0.7 Follow up call to Gordon Brothers and HyperAMS/Thomas Industries on bulk bid for assets
0.4 Conf call with Robert Kraft Sr.
0.7 Call with Dean Cherry former exec RR Donnelly, potential buyer
4.7 Total

**10/15/15 Hours Notes of time spent**
1.8 Emails and calls to all interested going concern buyers that we received 2 bids thus far urgir
0.3 review of cash balances, AR and unbilled jobs, discussed with Tyrone and NS, need to colle
0.1 email to Jeff on Optimus Agreement
0.4 Discussion with Hyper/Thomas on bulk buy and they will wait to see stalking horse bid, then
1.4 Discussion with Thad on purchase agreement
0.4 Discussion update with Bob on progress
  0
4.4 Total

**10/16/15 Hours Notes of time spent**
0.4 Review of emails from Sandra
0.3 Admin tasks
0.5 Final purchase offer from Thaddeus sent to Jeff
1.8  follow up on bids
0.8 Conf Call with Eric and Dan from PeakStone/ID Commerce & Logistics and following up em
0.3 Email summary of potential outcomes sent to management and Jeff
0.5 Emails to Jeff on cash position and creditor committee questions
4.6 Total

(1) Insufficient
Description on
both entries

**10/19/15 Hours Notes of time spent**
0.3 review of emails from Sandra
0.3 review of emails and discussion from Gordon Brothers
0.5 final changes for Thaddeus's offer
0.7 NDA and discussion with Infinity Asset Solutions Joel Goldsmith, sent info 3 plants
0.7 follow up with some potentials
0.3 Answer emails from Jim T. MicroDynamics
0.2 Admin tasks
0.3 Call with Jeff on changes for Thaddeus agreement

(1) Insufficient
Description

(1) Insufficient
Description

0.4 Call with John Widmer on update and potential issues
0.7 Numerous call with Tyrone on changes and walk through the verbage
4.4 Total

**10/20/15 Hours Notes of time spent**
1 review of final offer from Thaddeus with changes, sent back and forth, get signatures and se
0.5 discussion with NS on budget and items need to resolve
0.5 discussion with Norb S. of North Mill Capital
0.9 discussion on 2nd offer from John Barber of Summit, $350k to $527k, verbalized to Jeff
0.2 admin task                                                           (1) Insufficient
0.8 discussion with Bob on final offer and questions                      Description
0.7 discussion on Andreas $500k with Bobby Jr., need to talk with Bob/john
4.6 Total

**10/21/15 Hours Notes of time spent**
0.2 review of emails                                                     (1) Insufficient
0.6 discussion with Bill T. of Graphics National in regards to going concern offer, sent NDA    Description
0.2 discussion with Joel from Infinitey Asset Sol in regards to going concern offer and stalking h
1 Discussion and review of schedules with NS
2 Total

**10/22/15 Hours Notes of time spent**
0.3 review of emails, bank bounced rent checks, investigate
0.7 discussion with Bruce F. of Hallmark Cards in regards to going concern offer
0.7 received Affidavit from Jeff, had notarized and signed and sent to Jeff
0.5 discussion with John W. & NS on Andries $500k loan/equity
0.2 email in regards to suppliers picking up materials and getting credit to offset AP
0
2.4 Total

**10/23/15 Hours Notes of time spent**
0.4 emailed Bruce of Hallmark equipment and Bill from Graphics and did follow ups
0.4 review of emails, bank, schedules, etc. finalize creditor list
0.2 admin tasks
0                                                                       (1) Insufficient
1 Total                                                                  Description

**10/26/15 Hours Notes of time spent**
1.1 discussion with PPL Shawn Carver on process/update, sent NDA
0.7 discussion with John W on offers
0.8 review of emails on Schedules and leases, etc.
0.8 review of AR Agings to put a more aggressive plan together, discuss with NS
3.4 Total

**10/27/15 Hours Notes of time spent**
0.5 review of motion to sell assets
0.7 follow up with Mike at Gordon Brother on Equip and AR bid(s), going to provide separate bid
0.7 follow up with Shawn at PPL on equip, AR and DIP finance
0.2 review of emails on cash position and bank requirements
0.5 discussions with Sandra, Tyrone and NS on internal issues
0.4 follow up with management on motion to sell, get wire info for escrow and get final date for t
0.5 emailed Thaddeus earnest money wire instructions and called, text, talked with Tyrone to ge

0.3 emails to wire $15k per debtor to creditor comm account for their retainer, Sandra will do wi
0
3.8 Total

**10/28/15 Hours Notes of time spent**
0.5 discussion with Joel from Infinity on equipment inspection and bid of $2.350
0.3 review of emails                                                    (1) Insufficient
0.3 discussion with Doug P of Vision Graphics on equipment purchases     Description
0.1 email Eric from Peakstone on motion for $2.350
0.2 email Shawn from PPL/Big Shoulders on equipment and bid for $2.350
0.5 discussion with Tyrone on Thadeus
0.5 several attempts to contact Thaddeus
2.4 Total

**10/29/15 Hours Notes of time spent**
0.5 Discussion with John W. on Thaddeus offer and no response to earnest money
0.7 Discussion with John W. and Tyrone on Thaddeus offer and ideas to move it forward
0.2 email and discussion with Jeff Dan on Thad situation
1.8 discussion with Tyrone and Sandra on financials and questions
0.2 admin items                                                        (1) Insufficient
0                                                                       Description
3.4 Total

**10/30/15 Hours Notes of time spent**
0.8 convienced HyperAMS/Thomas Ind to go and inspect assets and put in a bid,
    set up meeting times to inspect discussed with Tyrone
0.6 discussions with Sandra, Tyrone and NS on internal issues
0.3 emailed and called Thad cell, texted and called home #
0.2 discussion with John on HyperAMS and Thad
0.3 read emails from Sandra on class action law suit and other claims
0.5 follow up with Sandra on info needed to finalize schedules
0
2.7 Total

**11/02/15 Hours Notes of time spent**
0.3 discussion with John and Jeff on Thad offer and plan going forward
2 follow up emails and calls to going concern buyers on motion to sell and taking back up bids
0.4 discussion with John and Jeff on marketing approach due to Thad
0.3 admin items, discussed with Jeff new retainer going forward
0.5 called Thads attorney and called Thad to figure out situation, no answers attorney to follow u
0
3.5 Total

**11/03/15 Hours Notes of time spent**
1.2 meeting on process going forward internally
1.2 follow up with PPL, Infinity and Gordon Brothers (liquidators) on going to see assets and giv
0.3 discussions with Sandra and NS on internal issues
0.5 discussion with HyperAMS on Chi and Atl asset inspections and getting to Dallas asap to ge
0.1 sent tom harter email per location financials
0.2 sent leased equipment to liquidators
0
3.5 Total

**11/04/15 Hours Notes of time spent**
- 0.2 emails to Tom Harter on equipment and sale
- 0.1 review emails on budget and rent pay
- 0.2 discussed with Joel of Infinity liquidator that we need a back up bid
- 0.4 coordinate dallas onsite visit Thomas with Gaglardie and Tyrone
- 0.8 discussion with John W on issues         (1) Insufficient Description
-   0

1.7 Total

**11/05/15 Hours Notes of time spent**
- 0.7 Discussion with Shawn and Alex of PPL/Big shoulders to get out to inspect assets and timin
- 0.2 read emails for budget and AR
- 0.4 discussion with John W on budget and employees
- 0.4 Talked with Sid from Kmart in regards to assets and inventory
-   0

1.7 Total

**11/06/15 Hours Notes of time spent**
- 0.8 emails and calls to coordinate times to inspect assets with Tyrone, PPL and Gordon Brother
- 0.2 called and emailed Thaddeus to follow up on offer
-   0

1 Total

**11/09/15 Hours Notes of time spent**
- 0.3 prep for creditor comm conf call
- 0.4 creditor comm call on marketing of the business and sale process
- 0.2 Eric from Peakstone, coordinate Dallas inspect
- 0.4 Discussion with PPL on inspecting going 11/16 to facilities
- 0.3 call and emails to Tyrone to assure facilities will be open and resources

1.6 Total

**11/10/15 Hours Notes of time spent**
- 0.4 creditor comm call on marketing of the business and sale process
- 0.4 discussion with John W. and Jeff D on Thad/Court hearing and moved out to Dec 2nd and b
- 0.2 Eric from Peakstone, coordinate Dallas inspect
- 0.6 Discussion with HyperAMS on timing of bid and concerns, inspected last facility Dallas
- 0.3 Discussion with Jeff D on Jiri message about $2.350 offer and go forward back up bids
- 0.5 called Jiri on status update on Thads offer

2.4 Total

**11/11/15 Hours Notes of time spent**
- 0.1 emailed creditor comm equipment
- 0.4 discussion with HyperAMS on template for offer
- 0.2 cooridante with Eric Peakstone dallas, inspect today
- 0.4 cooridante with Alex on final inspections and timing

1.1 Total

**11/12/15 Hours Notes of time spent**
- 0.5 discussion with Jiri, Assoc Bank on update
- 0.3 discussion with Thad's attorney, Jeff needs to contact
- 0.4 discussion with John W on update and back up bid potential

0.6 discussion with Mike Wagy of Global Mailing and Printing Equipment, Inc. on back up bid
0
1.8 Total

**11/13/15 Hours Notes of time spent**
1.3 received verbal offer from Tom P at HyperAMS, discussed details of APA,
having them write it up and follow up throughout day
0.5 reviewed Assoc Bank WMI required documents and sent to Jiri at AB
0.2 gave Jeff D verbal offer
0.6 gave John W verbal offer and update on collections
0
2.6 Total

**11/16/15 Hours Notes of time spent**
0.5 discussion with Bob Kraft on update (Saturday)
0.2 sent Mike Wagy equipment list
0.6 discussion with Mike Wagy on potential purchase, only interested in some pieces of equipm
0
1.3 Total

**11/17/15 Hours Notes of time spent**
1 review of APA from HyperAMS/Thomas Industries, inquired with questions on some section
0.1 sent APA to Jeff, John and Bob
0.4 review of cash and AR positions
0.6 review of APA with John on questions, review total costs vs offer
0.5 review of weekly reports for Assoc Bank and sent to Jiri
0.3 review of emails                                                    (1) Insufficient
2.9 Total                                                                Description

**11/19/15 Hours Notes of time spent**
1.1 discussion with Phil Van Winkle (unsecured creditor prof financial advisor) on questions and
0.5 talked with Tom P on APA update
0.3 discussion with Jeff Dan on Phil meeting and any other updates
0.4 discussion with John W. on questions and update
0
2.3 Total

**11/20/15 Hours Notes of time spent**
0.2 admin items                                                         (1) Insufficient
0.5 review of Assoc Bank required docs and sent to Jiri                 Description
0.3 review of emails from Sandra, AR, budget, etc.
0.4 review of budget updated by Sandra and approved by Tyrone for Dec
0.4 discussion with Sandra on AR collections and issues, significant ones are Grizzard,
0 PSI and RR are in dispute being resolved by Jeff D
1.8 Total

**11/24/15 Hours Notes of time spent**
0.7 emails with info for WM to Phil advisor to Creditor Comm and follow up emails
1.7 conf call with group (Bob, Jeff, Tyrone, John) for update and other info
0.4 discussion with John Widmer on PPL potential offer
0.7 discussion with PPL on offer and details of cash guarantee, 45-60 days timing and split of a
1.4 discussion with Tom HyperAMS on cash guarantee offer and details of it

0.3 review of emails for Assoc Bank and cash position
0.2 review of Dec / Jan budget
5.4 Total

**11/25/15 Hours Notes of time spent**

1.2 review and discussion of NEW offer from HyperAMS/Thomas Industries, cash guarantee, sp
0.7 discussion of offers from PPL
0.8 discussion/emails with group on offers and how to proceed
0.4 discussion with Mike Wagy on buying some equipment before auction
0.4 discussion and emails with Lisa Sanregret on buying some equipment before auction
0
3.5 Total

**11/27/15 Hours Notes of time spent**

1.1 discussion and emails from Tom at HyperAMS on questions for offer
0.9 review of offers from PPL and discussion/emails about it and questions
0.3 read through emails and admin items          (1) Insufficient
0                                     Description
2.3 Total

**11/30/15 Hours Notes of time spent**

0.2 update with Tom from HyperAMS
0.3 emailed John/Bob and Jeff summary of offers and that we need to choose one and move to
1.4 conf call with group (John, Jeff, Tyrone, Bob, Sandra) on update and which offer option to go
0.8 call with Alex to final min guarantee offer and then conf call with Jeff Dan and Alex PPL on
0.6 received min guarantee offer from HyperAMS, reviewed and sent to group
0
3.3 Total

**12/01/15 Hours Notes of time spent**

0.2 emailed PPL on questions
0.8 review of AR and emailed for status, review of collection notes
1 review of asset list sent with PPL's agreement
0.2 discussed with PPL asset list specifically 2 pieces of equipment if they included or not
0.2 call with Sandy to confirm lease expiration dates of those 2 pieces
0
2.4 Total

**12/02/15 Hours Notes of time spent**

1.3 finalized asset list and agreement changes with Alex and Renee at PPL
0.4 review of 2 leases and exp dates to finalize asset list, call with Sandra
0.7 discussion with Renee/Alex PPL on finalizing agreement (incr min guarantee due to 1 piece
equipment not leased but owned by WM) sign and get affidavate signed and sent
0.1 review of emails on payment needed to make for Assoc Bank and split between entities
0.3 emails in regards to finalizing PPL
0
2.8 Total

**12/03/15 Hours Notes of time spent**

0.3 conf call with Alex and Jeff agreement
0
0

0.3 Total

**12/04/15 Hours Notes of time spent**
    0.7 read through emails on motions, read motions
    0
    0
    0.7 Total

**12/07/15 Hours Notes of time spent**
    0.7 read through landlord requests for PPL emails from Jeff and Alex, discussed with Alex PPL
    0
    0
    0.7 Total

**12/08/15 Hours Notes of time spent**
    1 gathered info for Dec 16th motion, sent to Jeff
    0.4 review of AR and collections email
    0.6 review of bank docs and other emails
    0.4 conf call with Jeff Dan and debtors and management on issues and potential motion for trus
    0.3 call with Alex at PPL on leased equipment
    2.7 Total

**12/09/15 Hours Notes of time spent**
    0.7 review of emails on leases for PPL, discussed with Sandra and Alex from PPL
    0.4 review email from Phil and follow up on conf call times and start date
    0.4 discussion with Jeff on motions and order for Phil and other misc items
    0.5 investigate assets in dispute
    2 Total

**12/10/15 Hours Notes of time spent**
    1.2 emails on leases vs owned WM equipment to reconcile to PPL's list, call with Sandy and Ale
    0.8 conf call with Jeff, Sandra and Tyrone on issues and process going forward
    0.5 prep for conf call for Phil's agenda
    0.5 call with Alex on 2 assets in dispute
    3 Total

**12/11/15 Hours Notes of time spent**
    0.7 conf call with Tyrone on issues and any questions for conf call / agenda for Phil
    0.4 review of emails from Sandra and followed up on US Trustee and Bank reporting
    0.5 review of emails from Alex and Johnaton on new agreement with
         discount for assets assumed as WM owned and call with Jeff on solutions
    0.2 review of emails from Jeff
    0.5 conf call with Jeff and Alex on finalizing agreement
    2.3 Total

(1) Insufficient
Description

**12/14/15 Hours Notes of time spent**
    1 conf call with Phil
    0.2 email Alex contacts for pre buying equipment
    0.8 read emails and responded
    0
    2 Total

(1) Insufficient
Description for
both entries

**12/15/15 Hours Notes of time spent**
    1.1 emails on Phil's requests to pull and send, called/emailed to explain items on AR and budge
    0.5 emails to Sandra on questions
    0.3 review email from Alex and Creditors comm
    0.5 review of info for AB, sent required documents
    0.6 call with Alex and Phil on auction process, etc.
    0
    3 Total

(1) Insufficient
Description on
both entries

**12/16/15 Hours Notes of time spent**
    0.4 emails from Sandra and Tyrone on leased equipment and follow up questions
    0.6 review budget email with Sandra and rec Jeff's response
    0
    1 Total

**12/17/15 Hours Notes of time spent**
    0.7 conf call with Phil
    0.2 sent Phil Budget with Actuals other info
    0.5 review emails
    0
    0
    1.4 Total

(1) Insufficient
Description on
both entries

**12/21/15 Hours Notes of time spent**
    0.5 review of emails
    0
    0.5 Total

(1) Insufficient
Description

**12/22/15 Hours Notes of time spent**
    0.7 review of various emails and responded back
    0
    0.7 Total

(1) Insufficient
Description

**12/28/15 Hours Notes of time spent**
    0.5 review of emails, responded back with update to Phil
    0.3 emailed and called Alex on update and significant issues/concerns
    0.8 Total

**12/29/15 Hours Notes of time spent**
    0.5 review of emails
    0
    0.5 Total

(1) Insufficient
Description

**12/30/15 Hours Notes of time spent**
    0.5 review of emails
    0
    0.5 Total

(1) Insufficient
Description

*Optimus Nick Storniolo*

**WEEK 1**

**9/28/15 Notes of time spent**

| | | |
|---|---|---|
| 3.4 – | Pre- Filing Discussions (2) | Conf Calls/Meetings |
| 1.9 – | Meeting at WM Office w/Kraft | Conf Calls/Meetings |

5.3 Total Hours

**9/29/15 Notes of time spent** — **Category**

| | | | |
|---|---|---|---|
| 3 – | Legal Questions w/Atty | Conf Calls/Meetings | (1) Insufficient Description |
| 0.3 – | Contact Associated Bank with Optimus involvement | Misc Item | |
| 0.8 – | Draft & Send out Post Filing Protocol commto office location Controllers | Procedure Communications | |
| 0.5 – | Contact Fidelity to request list of employees and vested/unvested balances as of 9/28 | 401K Plan | |
| 0.4 – | Contact ADP to request payroll run for last 2 week period (ending 9/26) and 9/28. Do not fund, just calc with no deductions and send register to use as documentation of unpaid payroll amounts by employee. | P/R | |
| 0.4 – | Alert ADP that future post-filing payroll processing will be done by them. | P/R | |
| 1 – | Inquire to Atty how/when retained employees will be paid | P/R | |
| 0.3 – | Request a list of authorized "post filing" banks from Atty | Banking | |
| 1 – | Review Daily Cash Flow Tracking | On-Going | |
| 0.5 – | Update Budgets with Actual Cash In/Out | On-Going | |

8.2 Total Hours

**9/30/15 Notes of time spent** — **Category**

| | | | |
|---|---|---|---|
| 2.8 – | Legal Questions w/Atty | Conf Calls/Meetings | (1) Insufficient Description |
| 0.4 – | Follow up on missing overnight packet from Dallas | Misc Item | |
| 0.8 – | Once process is verified, prepare and distribute communication to all | P/R | |
| 0.5 – | Set up 3 post filing bank accounts (Sandy as signer), order checks for ea | Banking | |
| 1.4 – | Obtain a list of WrldMkt office equipment located in Milwaukee | Equipment | |
| 1.3 – | Review Daily Cash Flow Tracking | On-Going | |
| 0.6 – | Update Budgets with Actual Cash In/Out | On-Going | |

7.8 Total Hours

**10/1/15 Notes of time spent** — **Category**

| | | |
|---|---|---|
| 1.5 – | A/R / Postage Analysis | B/S Acct Analysis |
| 1.3 – | A/P Analysis | B/S Acct Analysis |
| 1 – | Prepaid Analysis | B/S Acct Analysis |
| 1.2 – | Review Daily Cash Flow Tracking | On-Going |
| 0.9 – | Revise Daily Cash Flow Tracking | Misc Item |
| 0.8 – | Update Budgets with Actual Cash In/Out | On-Going |

6.7 Total Hours

**10/2/15 Notes of time spent** — **Category**

None

0 Total Hours

**WEEK 2**

**10/5/15 Notes of time spent** — **Category**

| | | |
|---|---|---|
| 2.8 – | Create budget vs Actual reports (3) for Bank Requirement | Reporting Requirements |
| 1.8 – | Create A/R Tracking Spreadsheet | Reporting Requirements |

| | | | |
|---|---|---|---|
| 0.6 – | Discussions with Client Personel | Conf Calls/Meetings | (1) Insufficient |
| 0.8 – | Legal Questions w/Atty | Conf Calls/Meetings | Description on |
| 0.3 – | Review Daily Cash Flow Tracking | On-Going | both entries |
| 0.5 – | Update Budget vs Actual | On-Going | |
| 0.9 – | Review ERP Unbilled Jobs Report and Followup | On-Going | |

7.7 Total Hours

| 10/6/15 Notes of time spent | | Category | |
|---|---|---|---|
| 1 – | Legal Questions w/Atty | Conf Calls/Meetings | (1) Insufficient |
| 1.2 – | Finalize Budget vs Actual report template | Reporting Requirements | Description |
| 2.4 – | Prepare Instructions for Required Bankruptcy Schedules | Procedure Communications | |
| 1.5 – | Assist in Completion of Schedules | Reporting Requirements | |
| 0.8 – | Finalize Prepaid Analysis for Collectibility of unused amounts | B/S Acct Analysis | |
| 0.2 – | Correpondence w Associated Bank on Required Reporting | Reporting Requirements | |
| 0.3 – | Review Daily Cash Flow Tracking | On-Going | |
| 0.3 – | Update Budget vs Actual | On-Going | |
| 0.5 – | Review ERP Unbilled Jobs Report and Followup | On-Going | |

8.2 Total Hours

| 10/7/15 Notes of time spent | | Category | |
|---|---|---|---|
| 0.5 – | Legal Questions w/Atty | Conf Calls/Meetings | (1) Insufficient |
| 3 – | Assist in Completion of Schedules | Misc Item | Description |
| 3 – | Review Completed Bankruptcy Schedules and Follow up | P/R | |
| | | Banking | |
| 0.3 – | Review Daily Cash Flow Tracking | On-Going | |
| 0.3 – | Update Budget vs Actual | On-Going | |
| 0.5 – | Review ERP Unbilled Jobs Report and Followup | On-Going | |

7.6 Total Hours

| 10/8/15 Notes of time spent | | Category | |
|---|---|---|---|
| 1.8 – | Create All Reporting Templates as required by Bank | Reporting Requirements | |
| 4.4 – | Create Sept Projected B/S and P&L | Reporting Requirements | |
| 2.6 – | Populate All Reporting Templates as required by Bank | Reporting Requirements | |
| 0.5 – | Legal Questions w/Atty | Reporting Requirements | (1) Insufficient |
| 0.3 – | Review Daily Cash Flow Tracking | On-Going | Description |
| 0.3 – | Update Budget vs Actual | On-Going | |
| 0.5 – | Review ERP Unbilled Jobs Report and Followup | On-Going | |

10.4 Total Hours

| 10/9/15 Notes of time spent | | Category |
|---|---|---|
| 3 – | Assemble and send Required Reports to Bank | |

3 Total Hours

WEEK 3

| 10/12/1 Notes of time spent | | | |
|---|---|---|---|
| 0 – | | | |
| 0.8 – | Read through/respond to emails | On-Going | (1) Insufficient |
| 0.4 – | Discussions with Client Personel | Conf Calls/Meetings | Description on |
| 0 – | Legal Questions w/Atty | Conf Calls/Meetings | both entries |
| 0.3 – | Review Daily Cash Flow Tracking | On-Going | |

| | | |
|---|---|---|
| 0.3 - | Update/Review Budget vs Actual | On-Going |
| 0.5 - | Review ERP Unbilled Jobs Report and Followup | On-Going |
| 2.6 - | Populate All Reporting Templates as required by Bank | Reporting Requirements |

4.9 Total Hours

| 10/13/1 | Notes of time spent | Category | |
|---|---|---|---|
| 0.8 - | Discussion with Lisa Sanregret re: Bankruptcy Schedule Financial Packe | Reporting Requirements | |
| 0.5 - | Discussion with John re: Lawsuit against Bobby Kraft (s/w sale to WM Hc | Conf Calls/Meetings | |
| **0.5 -** | **Read through/respond to emails** | **On-Going** | (1) Insufficient |
| **0.4 -** | **Discussions with Client Personel** | **Conf Calls/Meetings** | Description on |
| 0 - | **Legal Questions w/Atty** | **Conf Calls/Meetings** | both entries |
| 0.3 - | **Review Daily Cash Flow Tracking** | **On-Going** | |
| 0.3 - | **Update/Review Budget vs Actual** | **On-Going** | |
| 2.5 - | **Assemble and send Required Reports to Bank** | **Reporting Requirements** | |

5.3 Total Hours

| 10/14/1 | Notes of time spent | Category | |
|---|---|---|---|
| 1 - | Read through US Trustee Operating Instructions | Reporting Requirements | |
| 1.2 - | Assemble Required Exhibits to be Completed related to Above | Reporting Requirements | |
| 0.6 - | Phone Discussion Atty re US Trustee Docs | Conf Calls/Meetings | |
| 1.5 - | Prep work on US Trustee filing Docs | Reporting Requirements | |
| 0.8 - | Strategizing timely/accurate reporting of US Trustee Docs | Reporting Requirements | |
| **0.8 -** | **Read through/respond to emails** | **On-Going** | (1) Insufficient |
| **0.5 -** | **Discussions with Client Personel** | **Conf Calls/Meetings** | Description on 3 |
| **0.2 -** | **Legal Questions w/Atty** | **Conf Calls/Meetings** | entries |
| 0.3 - | **Review Daily Cash Flow Tracking** | **On-Going** | |
| 0.3 - | **Update/Review Budget vs Actual** | **On-Going** | |

7.2 Total Hours

| 10/15/1 | Notes of time spent | Category | |
|---|---|---|---|
| 1 - | Prep Work on November/december Budget | Budget | |
| 0.6 - | Prep work on US Trustee filing Docs | Reporting Requirements | |
| 0 - | | | |
| **0.4 -** | **Read through/respond to emails** | **On-Going** | (1) Insufficient |
| **0.5 -** | **Discussions with Client Personel** | **Conf Calls/Meetings** | Description on |
| 0 - | **Legal Questions w/Atty** | **Conf Calls/Meetings** | both entries |
| 0.3 - | **Review Daily Cash Flow Tracking** | **On-Going** | |
| 0.3 - | **Update/Review Budget vs Actual** | **On-Going** | |
| 0.5 - | **Review ERP Unbilled Jobs Report and Followup** | **On-Going** | |
| 2.6 - | **Populate All Reporting Templates as required by Bank** | **Reporting Requirements** | |

6.2 Total Hours

| 10/16/1 | Notes of time spent | Category | |
|---|---|---|---|
| 0 - | | | |
| **0.5 -** | **Read through/respond to emails** | **On-Going** | (1) Insufficient |
| 0 - | **Assemble and send Required Reports to Bank** | **Reporting Requirements** | Description |

0.5 Total Hours

WEEK 4
10/19/1 Notes of time spent

| | | | |
|---|---|---|---|
| 2.8 - | November Budget | Budget | |
| **0.5 -** | **Read through/respond to emails** | **On-Going** | (1) Insufficient |
| **0.6 -** | **Discussions with Client Personel** | **Conf Calls/Meetings** | Description on 3 |
| **0.2 -** | **Legal Questions w/Atty** | **Conf Calls/Meetings** | entries |
| 0.3 - | **Review Daily Cash Flow Tracking** | **On-Going** | |
| 0.3 - | **Update/Review Budget vs Actual** | **On-Going** | |
| 0.1 - | **Review ERP Unbilled Jobs Report and Followup** | **On-Going** | |
| 1.8 - | **Populate All Reporting Templates as required by Bank** | **Reporting Requirements** | |

6.6 Total Hours

| 10/20/1 | Notes of time spent | Category | |
|---|---|---|---|
| 4.2 - | November Budget | Budget | |
| 0 | | **Conf Calls/Meetings** | |
| **0.4 -** | **Read through/respond to emails** | **On-Going** | (1) Insufficient |
| **0.4 -** | **Discussions with Client Personel** | **Conf Calls/Meetings** | Description on |
| **0.4 -** | **Legal Questions w/Atty** | **Conf Calls/Meetings** | 3 entries |
| 0.3 - | **Review Daily Cash Flow Tracking** | **On-Going** | |
| 0.3 - | **Update/Review Budget vs Actual** | **On-Going** | |
| 0.5 - | **Assemble and send Required Reports to Bank** | **Reporting Requirements** | |

6.5 Total Hours

| 10/21/1 | Notes of time spent | Category | |
|---|---|---|---|
| 5.4 - | November Budget  - Revise per Atty | Budget | |
| 0 - | | | |
| **0.2 -** | **Read through/respond to emails** | **On-Going** | (1) Insufficient |
| **1.4 -** | **Discussions with Client Personel** | **Conf Calls/Meetings** | Description on |
| 0 - | **Legal Questions w/Atty** | **Conf Calls/Meetings** | both entries |
| 0.3 - | **Review Daily Cash Flow Tracking** | **On-Going** | |
| 0.3 - | **Update/Review Budget vs Actual** | **On-Going** | |

7.6 Total Hours

| 10/22/1 | Notes of time spent | Category | |
|---|---|---|---|
| 3.2 - | November Budget  - Revise per Atty | Budget | |
| 1.3 - | Update  Bankruptcy Schedules and Follow up | | |
| 0 - | | | |
| **0.4 -** | **Read through/respond to emails** | **On-Going** | (1) Insufficient |
| **0.2 -** | **Discussions with Client Personel** | **Conf Calls/Meetings** | Description on |
| 0 - | **Legal Questions w/Atty** | **Conf Calls/Meetings** | both entries |
| 0.3 - | **Review Daily Cash Flow Tracking** | **On-Going** | |
| 0.3 - | **Update/Review Budget vs Actual** | **On-Going** | |
| 0.1 - | **Review ERP Unbilled Jobs Report and Followup** | **On-Going** | |
| 1.8 - | **Populate All Reporting Templates as required by Bank** | **Reporting Requirements** | |

7.6 Total Hours

| 10/23/1 | Notes of time spent | Category | |
|---|---|---|---|
| 0.8 - | November Budget  - Revise per Atty | Budget | |
| **0.7 -** | **Read through/respond to emails** | **On-Going** | (1) Insufficient |
| 0 - | **Assemble and send Required Reports to Bank** | **Reporting Requirements** | Description |

1.5 Total Hours

WEEK 5

**10/26/1 Notes of time spent**

| | | | |
|---|---|---|---|
| 2.8 - | November Budget Revisions / Final | Budget | |
| 2.6 - | Review Bankruptcy Schedules Prior to Sending to Legal | | |
| 0.5 - | Final Review Bankruptcy Schedules Prior to Signing | | |
| 0.5 - | Read through/respond to emails | On-Going | (1) Insufficient |
| 0.1 - | Discussions with Client Personel | Conf Calls/Meetings | Description on |
| 0 - | Legal Questions w/Atty | Conf Calls/Meetings | both entries |
| 0.3 - | Review Daily Cash Flow Tracking | On-Going | |
| 0.3 - | Update/Review Budget vs Actual | On-Going | |
| 0 - | Review ERP Unbilled Jobs Report and Followup | On-Going | |
| 0 - | Populate All Reporting Templates as required by Bank | Reporting Requirements | |

  7.1 Total Hours

**10/27/1 Notes of time spent**     Category

| | | | |
|---|---|---|---|
| 2.4 - | A/R Analysis | Budget | |
| 1.8 - | Revise Reporting Templates as required by Bank | Reporting Requirements | |
| 0.4 - | Read through/respond to emails | On-Going | (1) Insufficient |
| 0.1 - | Discussions with Client Personel | Conf Calls/Meetings | Description on |
| 0 - | Legal Questions w/Atty | Conf Calls/Meetings | both entries |
| 0.3 - | Review Daily Cash Flow Tracking | On-Going | |
| 0.3 - | Update/Review Budget vs Actual | On-Going | |
| 0.6 - | Assemble and send Required Reports to Bank | Reporting Requirements | |

  5.9 Total Hours

**10/28/1 Notes of time spent**     Category

| | | | |
|---|---|---|---|
| 2.4 - | A/R Collection Strategy | Budget | |
| 0.5 - | Read through/discus Motion to Sell | | |
| 0.4 - | Read through/respond to emails | On-Going | (1) Insufficient |
| 0.2 - | Discussions with Client Personel | Conf Calls/Meetings | Description on |
| 0 - | Legal Questions w/Atty | Conf Calls/Meetings | both entries |
| 0.3 - | Review Daily Cash Flow Tracking | On-Going | |
| 0.3 - | Update/Review Budget vs Actual | On-Going | |

  4.1 Total Hours

**10/29/1 Notes of time spent**     Category

| | | | |
|---|---|---|---|
| 1.5 - | A/R Collection Strategy | Budget | |
| 0.2 - | Read through/respond to emails | On-Going | (1) Insufficient |
| 0.2 - | Discussions with Client Personel | Conf Calls/Meetings | Description on |
| 0 - | Legal Questions w/Atty | Conf Calls/Meetings | both entries |
| 0.3 - | Review Daily Cash Flow Tracking | On-Going | |
| 0.3 - | Update/Review Budget vs Actual | On-Going | |
| 0 - | Review ERP Unbilled Jobs Report and Followup | On-Going | |
| 1.8 - | Populate All Reporting Templates as required by Bank | Reporting Requirements | |

  4.3 Total Hours

**10/30/1 Notes of time spent**     Category

| | | | |
|---|---|---|---|
| 0 | | Budget | |
| 0.4 - | Read through/respond to emails | On-Going | (1) Insufficient |
| 0 - | Assemble and send Required Reports to Bank | Reporting Requirements | Description |

0.4 Total Hours

WEEK 8

**11/2/15 Notes of time spent**

| | | |
|---|---|---|
| 0 - | November Budget | **Budget** |
| **0.2 -** | **Read through/respond to emails** | **On-Going** |
| **0.1 -** | **Discussions with Client Personel** | **Conf Calls/Meetings** |
| 0 - | Legal Questions w/Atty | **Conf Calls/Meetings** |
| 0.1 - | Review Daily Cash Flow Tracking | **On-Going** |
| 3 - | Revise Reporting Templates for NOV Reporting | **On-Going** |
| 1 - | Populate All Reporting Templates as required by Bank | **Reporting Requirements** |

(1) Insufficient Description on both entries

4.4 Total Hours

**11/3/15 Notes of time spent**                                                                 **Category**

| | | |
|---|---|---|
| 0 - | A/R Analysis | **Budget** |
| 0 - | Revise Reporting Templates for NOV Reporting | **Reporting Requirements** |
| **0.1 -** | **Read through/respond to emails** | **On-Going** |
| 0 - | Discussions with Client Personel | **Conf Calls/Meetings** |
| 0 - | Legal Questions w/Atty | **Conf Calls/Meetings** |
| 0 - | Review Daily Cash Flow Tracking | **On-Going** |
| 0 - | Update/Review Budget vs Actual | **On-Going** |
| 0 - | Assemble and send Required Reports to Bank | **Reporting Requirements** |

(1) Insufficient Description

0.1 Total Hours

**11/4/15 Notes of time spent**                                                                 **Category**

| | | |
|---|---|---|
| 1 - | A/R Analysis/Collection | **Budget** |
| 3 - | FINAL Revisions to Reporting Templates for NOV Reporting | |
| **0.2 -** | **Read through/respond to emails** | **On-Going** |
| 0 - | Discussions with Client Personel | **Conf Calls/Meetings** |
| 0 - | Legal Questions w/Atty | **Conf Calls/Meetings** |
| 0 - | Review Daily Cash Flow Tracking | **On-Going** |
| 0 - | Update/Review Budget vs Actual | **On-Going** |

(1) Insufficient Description

4.2 Total Hours

**11/5/15 Notes of time spent**                                                                 **Category**

| | | |
|---|---|---|
| 1 - | A/R Analysis/Collection | **Budget** |
| **0.2 -** | **Read through/respond to emails** | **On-Going** |
| 0 - | Discussions with Client Personel | **Conf Calls/Meetings** |
| 0 - | Legal Questions w/Atty | **Conf Calls/Meetings** |
| 0 - | Review Daily Cash Flow Tracking | **On-Going** |
| 0 - | Update/Review Budget vs Actual | **On-Going** |
| 0 - | Review ERP Unbilled Jobs Report and Followup | **On-Going** |
| 1.8 - | Populate All Reporting Templates as required by Bank | **Reporting Requirements** |

(1) Insufficient Description

3 Total Hours

**11/6/15 Notes of time spent**                                                                 **Category**

| | | |
|---|---|---|
| 0 | | **Budget** |
| 0 - | Read through/respond to emails | **On-Going** |
| 0 - | Assemble and send Required Reports to Bank | **Reporting Requirements** |

0 Total Hours

WEEK 7

**11/9/1£ Notes of time spent**

| | | Budget |
|---|---|---|
| 0 - | November Budget | Budget |
| 0.1 - | Read through/respond to emails | On-Going |
| 0 - | Discussions with Client Personel | Conf Calls/Meetings |
| 0 - | Legal Questions w/Atty | Conf Calls/Meetings |
| 0 - | Review Daily Cash Flow Tracking | On-Going |
| 0 - | Update/Review Budget vs Actual | On-Going |
| 0 - | Populate All Reporting Templates as required by Bank | Reporting Requirements |

(1) Insufficient
Description

0.1 Total Hours

**11/10/1 Notes of time spent**

| | | Category |
|---|---|---|
| 0 - | A/R Analysis | Budget |
| 0.1 - | Read through/respond to emails | On-Going |
| 0 - | Discussions with Client Personel | Conf Calls/Meetings |
| 0 - | Legal Questions w/Atty | Conf Calls/Meetings |
| 0 - | Review Daily Cash Flow Tracking | On-Going |
| 0 - | Update/Review Budget vs Actual | On-Going |
| 1 - | Revise Reporting Templates for Sandy Use | Reporting Requirements |
| 1.5 - | Assemble and send Required Reports to Bank | Reporting Requirements |

(1) Insufficient
Description

2.6 Total Hours

**11/11/1 Notes of time spent**

| | | Category |
|---|---|---|
| 0 - | A/R Analysis/Collection | Budget |
| 0 - | Read through/discuss Motion to Sell | |
| 0 - | Read through/respond to emails | On-Going |
| 0 - | Discussions with Client Personel | Conf Calls/Meetings |
| 0 - | Legal Questions w/Atty | Conf Calls/Meetings |
| 0 - | Review Daily Cash Flow Tracking | On-Going |
| 0 - | Update/Review Budget vs Actual | On-Going |

0 Total Hours

**11/12/1 Notes of time spent**

| | | Category |
|---|---|---|
| 0 - | A/R Analysis/Collection | Budget |
| 0 - | Read through/respond to emails | On-Going |
| 0 - | Discussions with Client Personel | Conf Calls/Meetings |
| 0 - | Legal Questions w/Atty | Conf Calls/Meetings |
| 0 - | Review Daily Cash Flow Tracking | On-Going |
| 0 - | Update/Review Budget vs Actual | On-Going |
| 0 - | Review ERP Unbilled Jobs Report and Followup | On-Going |
| 0 - | Populate All Reporting Templates as required by Bank | Reporting Requirements |

0 Total Hours

**11/13/1 Notes of time spent**

| | | Category |
|---|---|---|
| 0 | | Budget |
| 0 - | Read through/respond to emails | On-Going |
| 0 - | Assemble and send Required Reports to Bank | Reporting Requirements |

0 Total Hours

WEEK On vacation all week

WEEK 9

**11/23/1 Notes of time spent**

| | | |
|---|---|---|
| 0 - | Phone Conv w/ Atty, WMI Exec's | Conf Calls/Meetings |
| 0.75 - | Read through/respond to emails | On-Going |
| 0.5 - | Discussions with Client Personel | Conf Calls/Meetings |
| 0 - | Legal Questions w/Atty | Conf Calls/Meetings |
| 0 - | Review Daily Cash Flow Tracking | On-Going |
| 0.5 - | Review Budget vs Actual | On-Going |
| 0 - | Review Required Reporting to Bank | Reporting Requirements |

(1) Insufficient Description on both entries

1.75 Total Hours

**11/24/1 Notes of time spent** — Category

| | | |
|---|---|---|
| 1.25 - | Phone Conv w/ Atty, WMI Exec's | Conf Calls/Meetings |
| 0.75 - | Read through/respond to emails | On-Going |
| 0 - | Discussions with Client Personel | Conf Calls/Meetings |
| 0 - | Legal Questions w/Atty | Conf Calls/Meetings |
| 0.6 - | Review Dec/Jan Budget | Budget |
| 0.25 - | Review Daily Cash Flow Tracking | On-Going |
| 0.25 - | Review Budget vs Actual | On-Going |
| 1 - | Review Required Reporting to Bank (P&L's, A/R vs Postage) | Reporting Requirements |

(1) Insufficient Description on both entries

(3) Improper Time Increments

4.1 Total Hours

**11/25/1 Notes of time spent** — Category

| | | |
|---|---|---|
| 0 - | A/R Analysis/Collection | Budget |
| 0 - | Read through/discuss Motion to Sell | |
| 0.25 - | Read through/respond to emails | On-Going |
| 0 - | Discussions with Client Personel | Conf Calls/Meetings |
| 0 - | Legal Questions w/Atty | Conf Calls/Meetings |
| 0 - | Review Daily Cash Flow Tracking | On-Going |
| 0 - | Update/Review Budget vs Actual | On-Going |

(1) Insufficient Description

0.25 Total Hours

**11/26/1 Notes of time spent** — Category

| | | |
|---|---|---|
| 0 - | A/R Analysis/Collection | Budget |
| 0.25 - | Read through/respond to emails | On-Going |
| 0 - | Discussions with Client Personel | Conf Calls/Meetings |
| 0 - | Legal Questions w/Atty | Conf Calls/Meetings |
| 0 - | Review Daily Cash Flow Tracking | On-Going |
| 0 - | Update/Review Budget vs Actual | On-Going |
| 0 - | Review ERP Unbilled Jobs Report and Followup | On-Going |
| 0 - | Populate All Reporting Templates as required by Bank | Reporting Requirements |

(1) Insufficient Description

0.25 Total Hours

**11/27/1 Notes of time spent** — Category

| | | |
|---|---|---|
| 0 | | Budget |
| 0.1 - | Read through/respond to emails | On-Going |
| 0 - | Assemble and send Required Reports to Bank | Reporting Requirements |

(1) Insufficient Description

0.1 Total Hours

WEEK 10

**11/30/1 Notes of time spent**

| | | |
|---|---|---|
| 0 - | Phone Conv w/ Atty, WMI Exec's | Conf Calls/Meetings |
| 0 - | Read through/respond to emails | On-Going |
| 0 - | Discussions with Client Personel | Conf Calls/Meetings |
| 0 - | Legal Questions w/Atty | Conf Calls/Meetings |
| 0 - | Review Daily Cash Flow Tracking | On-Going |
| 0 - | Review Budget vs Actual | On-Going |
| 0 - | Review Required Reporting to Bank | Reporting Requirements |

0 Total Hours

**12/01/1 Notes of time spent** | **Category**

| | | |
|---|---|---|
| 0 - | Phone Conv w/ Atty, WMI Exec's | Conf Calls/Meetings |
| 0 - | Read through/respond to emails | On-Going |
| 0 - | Discussions with Client Personel | Conf Calls/Meetings |
| 0 - | Legal Questions w/Atty | Conf Calls/Meetings |
| 0 - | Review Dec/Jan Budget | Budget |
| 0 - | Review Daily Cash Flow Tracking | On-Going |
| 0 - | Review Budget vs Actual | On-Going |
| 1.5 - | Review Required Reporting to Bank (P&L's, A/R vs Postage) | Reporting Requirements |

1.5 Total Hours

**12/02/1 Notes of time spent** | **Category**

| | | |
|---|---|---|
| 0 - | A/R Analysis/Collection | Budget |
| 0 - | Read through/discuss Motion to Sell | |
| 0 - | Read through/respond to emails | On-Going |
| 0 - | Discussions with Client Personel | Conf Calls/Meetings |
| 0 - | Legal Questions w/Atty | Conf Calls/Meetings |
| 0 - | Review Daily Cash Flow Tracking | On-Going |
| 0 - | Update/Review Budget vs Actual | On-Going |

0 Total Hours

**12/03/1 Notes of time spent** | **Category**

| | | |
|---|---|---|
| 0 - | A/R Analysis/Collection | Budget |
| 0 - | Read through/respond to emails | On-Going |
| 0 - | Discussions with Client Personel | Conf Calls/Meetings |
| 0 - | Legal Questions w/Atty | Conf Calls/Meetings |
| 0 - | Review Daily Cash Flow Tracking | On-Going |
| 0 - | Update/Review Budget vs Actual | On-Going |
| 0 - | Review ERP Unbilled Jobs Report and Followup | On-Going |
| 0 - | Populate All Reporting Templates as required by Bank | Reporting Requirements |

0 Total Hours

**12/04/1 Notes of time spent** | **Category**

| | | |
|---|---|---|
| 0 | | Budget |
| 0.5 - | Read through/respond to emails | On-Going |
| 1 - | Assemble and send Required Reports to Bank | Reporting Requirements |

(1) Insufficient Description

1.5 Total Hours

| 12/8/15 Notes of time spent | | Category | |
|---|---|---|---|
| 0 | | Budget | |
| **0.5 -** | Read through/respond to emails | **On-Going** | (1) Insufficient |
| **0 -** | Assemble and send Required Reports to Bank | **Reporting Requirements** | Description |

0.5 Total Hours

| 12/10/1 Notes of time spent | | Category | |
|---|---|---|---|
| 0 | | Budget | |
| **0.25 -** | Read through/respond to emails | **On-Going** | (1) Insufficient |
| **0 -** | Assemble and send Required Reports to Bank | **Reporting Requirements** | Description |

0.25 Total Hours

| 12/15/1 Notes of time spent | | Category | |
|---|---|---|---|
| 0 | | Budget | |
| **0.5 -** | Read through/respond to emails | **On-Going** | (1) Insufficient |
| **0 -** | Assemble and send Required Reports to Bank | **Reporting Requirements** | Description |

0.5 Total Hours

| 12/17/1 Notes of time spent | | Category | |
|---|---|---|---|
| 0 | | Budget | |
| **0.25 -** | Read through/respond to emails | **On-Going** | (1) Insufficient |
| **0 -** | Assemble and send Required Reports to Bank | **Reporting Requirements** | Description |

0.25 Total Hours

| 12/22/1 Notes of time spent | | Category | |
|---|---|---|---|
| 0 | | Budget | |
| **0.25 -** | Read through/respond to emails | **On-Going** | (1) Insufficient |
| **0 -** | Assemble and send Required Reports to Bank | **Reporting Requirements** | Description |

0.25 Total Hours