# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| *In re* | Chapter 11 |
| WORLD MARKETING CHICAGO, LLC, *et al.*,[1] | Case No. 15-32968 |
| Debtors. | (Jointly Administered) |
| | Honorable Timothy A. Barnes |
| | Hearing:  August 10, 2016 at 10:00 a.m. |

### NOTICE OF MOTION

**To:    See Attached Service List**

*Please take notice* that on **August 10, 2016** at **10:00 a.m.** or as soon thereafter as counsel may be heard, we will appear before the Honorable Timothy A. Barnes, United States Bankruptcy Judge, or any other judge sitting in his stead, in Courtroom 744 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois and then and there present the attached *Third Interim and Final Application of AEG Partners LLC for Compensation & Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors*, at which time and place you may appear as you see fit.

*The Official Committee of Unsecured Creditors of World Marketing Chicago, LLC, et al.*

By:  /s/ Jonathan P. Friedland
       One of Its Attorneys

Jonathan P. Friedland (ARDC 6257902)
Elizabeth B. Vandesteeg (ARDC 6291426)
Michael A. Brandess (ARDC 6299158)
**SUGAR FELSENTHAL GRAIS & HAMMER LLP**
30 N. LaSalle St., Ste. 3000
Chicago, Illinois 60602
Telephone:  312.704.9400
Facsimile:  312.372.7951

---

[1]    The Debtors in these cases are World Marketing Chicago, LLC; World Marketing Atlanta, LLC; and World Marketing Dallas, LLC.

### CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2016, a true and correct copy of the *Third Interim and Final Application of AEG Partners for Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors* was served via the Court's CM/ECF system upon all registered counsel and parties of record and also via First Class U.S. Mail to all the parties identified on the attached US Mail Service List.

Date:  July 22, 2016

By: /s/ Jonathan P. Friedland
One of Its Attorneys

*Via CM/ECF*

Crane Heyman Simon Welch & Clar
Attn: Jeffrey Dan, Brian Welch and David Welch
135 S Lasalle St Ste 3705
Chicago, IL 60603

Courtney J. Hull
Kimberly A. Walsh
Bankruptcy & Collections Division MC 008
P.O. Box 12548
Austin, TX 12548

Katten Muchin Rosenman, LLP
Attn: John P. Sieger and Paul T. Musser
525 W. Monroe St.
Chicago, IL 60661

Stromberg Stock, PLLC
Attn: Mark Stromberg
8750 N. Central Expy., Ste. 625
Dallas, TX 75231

Kirkland & Ellis LLP
Attn: Ryan P. Dahl and Devon M. Largio
300 N. LaSalle
Chicago, IL 60654

Olstein Law LLC
Attn: Joseph M. Olstein
10450 S. Western Ave.
Chicago, IL 60643

Baker Botts L.L.P.
James R. Prince and Patrick J. Tatum
2001 Ross Avenue
Dallas, TX 75201

Latimer LeVay Fyock LLC
Attn: Sheryl A. Fyock and Tejal S. Desai
55 West Monroe St., Ste. 1100
Chicago, Illinois 60603

Reed Smith, LLP
Aaron B. Chapin
10 S. Wacker, 40th Fl.
Chicago, IL 60606

Haynes and Boone, LLP
Attn: Jarom J. Yates and Autum D. Highsmith
2323 Victory Ave., Ste. 700
Dallas, TX 75219

Shaw Fishman Glantz & Towbin, LLC
Attn: John W. Guzzardo and Peter Roberts
321 N. Clark St., Ste. 800
Chicago, IL 60654

Seyfarth Shaw LLP
Attn: Marianne Dickson
560 Mission St., 31st Fl.
San Francisco, CA 94105-2930

Golan & Christie, LLP
Attn: Barbara L. Yong
70 W. Madison St., Ste. 1500
Chicago, IL 60602

Seyfarth Shaw LLP
Attn: Christopher J. Harney
131 S. Dearborn St., Ste. 2400
Chicago, IL 60603

Nigro, Westfall & Gryska, P.C.
Attn: Craig C. Westfall
1793 Bloomingdale Road
Glendale Hts., IL 60139

Byran Cave LLP
c/o Leslie Allen Bayles
161 N. Clark St., Ste. 4300
Chicago, IL 60601

Carlson Dash, LLC
c/o Jeffrey Altschul and Kurt Carlson
216 S. Jefferson St., Ste. 504
Chicago, IL 60661

American Express Travel Related
Services Company Inc.
c/o Becket and Lee LLP
Attn: Larry Butler
P.O. Box 3001
Malvern, PA 19355-0701

Huck Bouma PC
c/o Edward J. Sedlacek
1755 S. Naperville Rd., Ste. 200
Wheaton, IL 60189

A. Keith Logue
Logue Law, P.C.
3423 Weymouth Court
Marietta, GA 30062

Jennifer A. Brust
Bean, Kinney & Korman, P.C.
2300 Wilson Blvd.
Arlington, VA 22201

Fredrikson & Byron, P.A.
c/o Steven R. Kinsella
200 S. Sixth St., Ste. 4000
Minneapolis, MN 55402-1425

Morris James LLP
c/o Carl N. Kunz, III
500 Delaware Ave., Ste. 1500
Wilmington, DE 19801

Vedder Price P.C.
c/o William W. Thorsness
222 North LaSalle St., Ste. 2600
Chicago, IL 60601

Freeborn & Peters LLP
c/o Shelly DeRousse, Devon Eggert
and Elizabeth Janczak
311 S. Wacker Dr., Ste. 3000
Chicago, IL 60606

Coman & Anderson, P.C.
c/o John S. Delnero
650 Warrenville Rd., Ste. 500
Lisle, IL 60532

Allan E. Wulbern
Smith Hulsey & Busey
225 Water St., Ste. 1800
Jacksonville, FL 32202

Jeremy C. Kleinman
FrankGecker LLP
325 N. LaSalle St., STe. 625
Chicago, IL 60654

**Served Via First Class Mail:**
Norman B. Newman
c/o Much Shelist, P.C.
191 N. Wacker Dr., Ste. 1800
Chicago, IL 60606

Kathryn M. Gleason
Office of the U.S. Trustee, Region 11
219 S Dearborn St., Room 873
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re                                                    )
                                                         )
                                                         )          Bankruptcy No. _____
                                                         )
                    Debtor.          )          Chapter          _____

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____

Authorized to Provide Professional Services to: _____

Date of Order Authorizing Employment: _____

Period for Which Compensation is Sought:
From     _____, _____     through _____, _____

Amount of Fees Sought:     $_____

Amount of Expense Reimbursement Sought:     $_____

This is an:          Interim Application _____          Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|

Dated: _____          _____
                                                                              (Counsel)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| *In re*<br><br>WORLD MARKETING CHICAGO, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 15-32968<br><br>(Jointly Administered)<br><br>Honorable Timothy A. Barnes<br><br>Hearing: August 10, 2016 at 10:00 a.m. |

### THIRD INTERIM AND FINAL APPLICATION OF AEG PARTNERS LLC FOR COMPENSATION & REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

AEG Partners LLC ("*AEG*"), financial advisor to the Official Committee of Unsecured Creditors (the "*Committee*") in these chapter 11 cases, submits its *Third Interim and Final Application of AEG Partners LLC for Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors* (the "*Final Application*"). In support of this Final Application, AEG states:

### A.     Introduction

1.     As this Court noted on numerous occasions—these were Committee-driven cases (the "*Cases*"). With the other major constituencies protecting their own interests (at times without Court approval), the Committee, through its professionals, stood alone in fighting for the unsecured creditor body. But for the Committee's extensive involvement, unsecured creditors would have no hope of any meaningful recovery.

---

[1]     The Debtors in these cases are World Marketing Chicago, LLC; World Marketing Atlanta, LLC; and World Marketing Dallas, LLC.

2.      During these Cases, AEG undertook considerable action at the behest of the Committee and to the benefit of the Debtors' estates, including: (a) communicating with the Debtors' management and reviewing corporate records; (b) analyzing bank documents and assisting in preparation of a complaint against Associated Bank, National Association ("*Associated*"); and (c) assisting in preparation of plan documents including comprehensive liquidation analyses.

3.      AEG's services resulted in ascertainable benefits to the Debtors' estates. With AEG's assistance, the Committee effectively policed the Debtors' questionable expenditures, investigated Insiders and Associated for actionable conduct and led the plan process through confirmation.  The net result was a Plan <u>unanimously</u> supported from the estates' non-Insider creditors.

4.      AEG submits that the compensation sought under this Final Application represents a fair and reasonable amount for the services rendered during the Cases given the criteria set forth in §§ 327, 328 and 330 of the Bankruptcy Code for evaluating applications for compensation, namely:

(a)  the nature, extent and value of the services;

(b)  the time spent;

(c)  the rates charged for such services;

(d)  the performance of the services within a reasonable amount of time commensurate with the complexity, importance and the nature of the problem, issue or task addressed; and

(e)  the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters.

### B.    Jurisdiction & Venue

5.    The Court has jurisdiction over this matter under §§ 1334 and 157(a) of title 28 of the United States Code and Local Rule 5082-1.  This is a core proceeding under § 157(b)(2) of title 28 of the United States Code.  Venue is proper in this district under §§ 1408 and 1409 of title 28 of the United States Code.

6.    The statutory predicates for the relief requested in this Third Interim and Final Application are §§ 330, 331, 503(b), and 507(a)(2) of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), and Local Rule 5082-1.

### C.    Prior Fee Applications and Monthly Fee Statements

7.    On November 12, 2015, the Committee and the Debtors filed their *Joint Motion for Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members* (the "*Compensation Procedures*").  An order approving this motion was entered by this Court on December 4, 2015, although the Compensation Procedures do not apply to time spent by professionals before January 1, 2016.[2]

8.    As summarized immediately below, SFGH submitted its First Interim Application on January 27, 2016 (the "*First Interim Application*")[3] on January 27, 2016, which this Court approved on February 17, 2016.[4]  A copy of the First Interim Application is attached to this Application as **<u>Exhibit A</u>**.

---

[2]    (Dkt. # 142).

[3]    (Dkt. # 220).

[4]    (Dkt. # 274) (The request was reduced by $536.00 due to time improperly billed in quarters of an hour).

| Date Filed [Dkt. #] | Period Covered | Fees Requested | Fees Allowed | Expenses Requested | Amount Received |
|---|---|---|---|---|---|
| 1/27/2016 [Dkt. # 220] | 12/2/15 - 12/31/15 | $16,610.00 | $16,074.00 | $0.00 | $16,074.00 |

9.     As summarized immediately below, SFGH submitted its First Interim Application on January 27, 2016 (the "*Second Interim Application*")[5] for the period of January 1, 20, which this Court approved on February 17, 2016.[6]   A copy of the Second Interim Application is attached to this Application as **Exhibit B**.

| Date Filed [Dkt. #] | Period Covered | Fees Requested | Fees Allowed | Expenses Requested | Amount Received |
|---|---|---|---|---|---|
| 4/20/2016 [Dkt. # 379] | 1/1/16 – 3/31/16 | $49,050.00 | $44,475.00 | $0.00 | $44,475.00 |

10.     AEG submitted its April Monthly Fee Statement for the Period of April 2016 (the "*April Monthly Fee Statement*") on May 12, 2016.[7]   A copy of the April Monthly Fee Statement is attached to this Application as **Exhibit C.**

| Date Filed [Dkt. #] | Period Covered | Fees Requested | Expenses Requested | Amount Received |
|---|---|---|---|---|
| 5/12/2016 [Dkt. # 416] | 4/1/16 – 4/30/16 | $25,850.00 | $0.00 | $15,000 |

11.     AEG submitted its May Monthly Fee Statement for the Period of May 2016 (the "*May Monthly Fee Statement*") on June 14, 2016.[8]   A copy of the May Monthly Fee Statement is attached to this Application as **Exhibit D.**

---

[5]     (Dkt. # 379).

[6]     (Dkt. # 502)

[7]     (Dkt. # 416).

[8]     (Dkt. # 482).

4

| Date Filed [Dkt. #] | Period Covered | Fees Requested | Expenses Requested | Amount Received |
|---|---|---|---|---|
| 6/14/2016 [Dkt. # 482] | 5/1/16 – 5/31/16 | $15,950.00 | $9.10 | $12,769.10 |

12.     AEG submitted its June Monthly Fee Statement for the Period of June 2016 (the "*June Monthly Fee Statement*") on July 18, 2016.[9]  AEG anticipates receiving 80% of its fees requested on or around July 25, 2016 pursuant to the Compensation Procedures.  A copy of the June Monthly Fee Statement is attached to this Application as **Exhibit E**.

| Date Filed [Dkt. #] | Period Covered | Fees Requested | Expenses Requested | Amount Anticipated |
|---|---|---|---|---|
| 7/18/2016 [Dkt. # 650] | 6/1/16 – 6/30/16 | $5,500.00 | $0.00 | $4,400.00 |

13.     AEG has incurred fees and in expenses from July 1, 2016 through July 18, 2016 (the "*July Invoices*").  A copy of the July Invoices is attached hereto as **Exhibit F**.

| Period Covered | Fees Requested | Expenses Requested | Amount Received |
|---|---|---|---|
| 7/1/16 – 7/18/16 | $250.00 | $0.00 | $0 |

**D.     Narrative Summary of Services Rendered & Expenses Incurred by AEG**

14.     All of the services for which compensation is requested were rendered to or for the benefit of all general unsecured creditors, as requested by the Committee in connection with these cases.

15.     The time described in the billing statements attached to this Final Application represents the actual amount of time spent or, in certain instances, less than the actual amount of time spent by AEG professionals and paraprofessionals that rendered the described services.  In certain instances, the time reflected in the billing statements has been reduced in an effort by AEG to eliminate excessive, duplicative, or in hindsight, unnecessary or unproductive services.

---

[9]     (Dkt. # 650).

16.     AEG's customary hourly rates of compensation for financial advisors and paraprofessionals during the Application Period range from $200 to $650.  Those rates are comparable to rates charged by other practitioners having the same level of experience, expertise, and standing for similar services.  Under the terms of its engagement agreement, however, AEG agreed to a significantly discounted blended rate cap of $500 per hour for its professionals.

**E.      Summary of Services Rendered**

17.     From December 2, 2015 through July 18, 2016 (the "*Fee Application Period*"), AEG spent a total of **250.82** hours providing professional services on behalf of the Committee in connection with this case.

18.     In an effort to provide the Court and parties in interest with information concerning the nature and amount of services rendered during the Fee Application Period, AEG has provided a line item summary of services rendered, attached to this Final Application as *Exhibits A-F*.

19.     During the Fee Application Period, AEG provided the following services:

- Assisting the Committee and its counsel, Sugar Felsenthal Grais & Hammer LLP ("*SFGH*") in drafting a plan of liquidation and disclosure statement, including the preparation of a liquidation analysis for each Debtor;

- Preparing a comprehensive analysis of potentially avoidable transfers under section 547 of the Bankruptcy Code, including an initial assessment of likely bankruptcy defenses;

- Assisting in the tracing of funds and the related analysis of causes of action against Associated and various of the Debtors' insiders;

- Maintaining routine communication with the Debtors' chief executive officer and financial advisor to provide transparency into the Debtors' operations;

- Reviewing and commenting on the Debtors' draft cash collateral budgets, accounts receivable and related financial information;

- Participating in multiple conferences with the Committee and SFGH to assist the Committee in executing its fiduciary duties; and

- Generally supporting the Committee and SFGH as needed and in the best interests of the Debtors' estates.

**F.     Valuation of Services & Benefit to the Estate**

20.     AEG's professionals and paraprofessionals have expended a total of 250.82 hours in connection with this case during the Application Period.  The time spent and expenses incurred during the Application Period were necessary and appropriate under the circumstances in line with the factors enumerated by 11 U.S.C. § 330.  AEG submits that the amount requested by this Application is fair and reasonable when considering (a) the complexity of these cases; (b) the time expended by AEG's professionals; (c) the nature of the services rendered; (d) the value of those services; and (e) the costs of comparable services for skilled practitioners in other bankruptcy and non-bankruptcy matters, AEG submits that the compensation sought by this Application represents a fair and reasonable amount for the services rendered during the Application Period.

**G.     Notice**

21.     The Compensation Procedures provide that notice of quarterly fee applications in these Cases need only be served on (i) counsel to the Debtors; (ii) the Office of the United States Trustee; (iii) counsel to Associated; and (iv) any parties who have filed a notice of appearance with the Clerk of this Court and requested such notice.[10]  The Committee submits that notice of this Fee Application is sufficient.

22.     Bankruptcy Rule 2002(a)(6) and (c)(2) requires 21 days' notice of "a hearing on any entity's request for compensation or reimbursement of expenses if the request exceeds $1,000." be given to "all creditors.  However, Rule 9006(c) provides that "the court for cause

---

[10]     (Dkt. # 142) at ¶ 5.

shown may in its discretion with or without motion or notice order the period reduced." AEG requests that a hearing on the Applications be held on August 10, 2016 to coincide with the presentment of the *Motion for Allowance of Final Compensation and Reimbursement of Expenses to Debtors' Counsel*. August 10, 2016 is 19 days after the filing of the Applications. SFGH is requesting a mere 2 day reduction of the notice period.

*Wherefore*, AEG requests the entry of an Order: (a) limiting notice of the Final Application; (b) allowing $109,199.00 as final compensation for professional services, plus reimbursement of AEG's actual, reasonable and necessary expenses incurred during the Application Period in the amount of $9.10; (c) authorizing and directing the Debtors and the Liquidating Trust to pay all outstanding amounts allowed and not previously paid in the aggregate amount of $19,790.00; and (d) any other additional relief as the Court deems appropriate under the circumstances.

Date: July 22, 2016

*The Official Committee of Unsecured Creditors of World Marketing Chicago, LLC, et al.*

By: /s/ Jonathan P. Friedland
     One of Its Attorneys

Jonathan P. Friedland (ARDC 6257902)
Elizabeth B. Vandesteeg (ARDC 6291426)
Michael A. Brandess (ARDC 6299158)
**SUGAR FELSENTHAL GRAIS & HAMMER LLP**
30 N. LaSalle St., Ste. 3000
Chicago, Illinois 60602
Telephone:  312.704.9400
Facsimile:   312.372.7951

**E<small>XHIBIT</small> A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *In re*<br><br>WORLD MARKETING<br>CHICAGO, LLC, *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 15-32968<br><br>(Jointly Administered)<br><br>Honorable Timothy A. Barnes<br><br>Hearing:  February 17, 2016 at 11:00 a.m. |

**FIRST INTERIM APPLICATION OF AEG PARTNERS LLC FOR COMPENSATION
& REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

AEG Partners LLC ("*AEG*"), financial advisor to the Official Committee of Unsecured Creditors (the "*Committee*") appointed in the above-captioned chapter 11 cases, submits its *First Interim Application of AEG Partners LLC for Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors* (the "*First Interim Application*," or, the "*Application*") under § 331 of title 11 of the United States Code (the "*Bankruptcy Code*"), Federal Rule of Bankruptcy Procedure 2016, and Local Rule 5082-1.  In support of this Application, AEG states:

**A.     Introduction**

1.     In the days following the Committee's formation, it became aware of certain material issues in these cases, which left unattended would substantially diminish the Debtors' estates.  These matters included: (1) the strong probability of pre- and post-petition insider wrongdoing; (2) considerable deficiencies in the sale process; (3) the pre- and post-petition

---

[1]     The Debtors in these cases are World Marketing Chicago, LLC; World Marketing Atlanta, LLC; and World Marketing Dallas, LLC.

conduct of the Debtors' alleged senior secured lender, Associated Bank, National Association ("*Associated*"); and (4) general issues concerning the Debtors' overall transparency as debtors before this Court. In line with its fiduciary responsibilities to the Debtors' estates, and more specifically to the class of general unsecured creditors, the Committee instructed its professionals to take actions it deemed necessary—including the Committee's motion to appoint a chapter 11 trustee (the "*Trustee Motion*"). The Committee's vigilance in policing the Debtors, preventing further insider wrongdoing and promoting a more robust auction have provided considerable benefits to the Debtors' estates.

2.     The Committee has reviewed and approved this fee application prior to filing. The time expended in these cases has been both necessary and reasonable under the circumstances, and has provided a material benefit to the Debtors' estates.

**B.     Jurisdiction & Venue**

3.     The Court has jurisdiction over this matter under §§ 1334 and 157(a) of title 28 of the United States Code and Local Rule 5082-1. This is a core proceeding under § 157(b)(2) of title 28 of the United States Code. Venue is proper in this district under §§ 1408 and 1409 of title 28 of the United States Code.

4.     The statutory predicates for the relief requested in this First Interim Application are §§ 330, 331, 503(b), and 507(a)(2) of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), and Local Rule 5082-1.

## C.   Background

5.      The Debtors filed these cases on September 28, 2015 (the "*Petition Date*").  On October 14, 2015, the United States Trustee appointed the Committee to represent the interests of unsecured creditors in this case.[2]

6.      On October 26, 2015, the Debtors filed their *Motion for Authority to Sell Assets Outside of the Ordinary Course of Business and Shorten Notice* (the "*Sale Motion*").[3]  Due to numerous issues in the sale process, coupled with potential inside wrongdoing, Associated's pre- and post-petition conduct and a general lack of transparency, the Committee deemed it necessary to retain a financial advisor.

7.      After a lengthy interview process, on November 12, 2015, the Committee retained AEG as its financial advisor.

8.      The Committee filed its application (the "*AEG Retention Application*") to employ AEG as its financial advisor in these cases on November 19, 2015.[4]  The Court entered an order approving the AEG Retention Application on December 2, 2015, effective to AEG's employment date.[5]

9.      On November 12, 2015, the Committee and the Debtors filed their *Joint Motion for Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and Committee Members* (the "*Compensation Procedures*").  An order approving this motion was entered by this

---

[2]  (Dkt. # 30).

[3]  (Dkt. # 52).

[4]  (Dkt. # 39).

[5]  (Dkt.# 115).

3

Court on December 4, 2015, although the Compensation Procedures do not apply to time spent by professionals before January 1, 2016.[6]

10.     Accordingly, this application is AEG's first interim request for allowance of fees and reimbursement of expenses from November 12, 2015 to December 31, 2015 (the "*Fee Application Period*").  By this First Interim Application, AEG seeks an order (a) allowing and approving interim compensation to AEG of **$16,610.00** in compensation for professional services rendered by AEG for the Fee Application Period; and (b) authorizing payment to AEG for amounts approved under the First Interim Application, subject in all respects to subsequent orders of this Court.

## D.     Narrative Summary of Services Rendered & Expenses Incurred by AEG

11.     All of the services for which compensation is requested were rendered to or for the benefit of the Committee in connection with this case.  The time described in the billing statements attached to this First Interim Application represents the actual amount of time spent or, in certain instances, less than the actual amount of time spent by AEG professionals and paraprofessionals that rendered the described services.  In certain instances, the time reflected in the billing statements has been reduced in an effort by AEG to eliminate excessive, duplicative, or in hindsight, unnecessary or unproductive services.

12.     AEG's hourly rates of compensation for financial advisors and paraprofessionals during the Application Period range from $200 to $650.  Those rates are comparable to rates charged by other practitioners having the same level of experience, expertise, and standing for similar services.  AEG consistently and consciously made every reasonable effort to provide services to the Committee in the most economical, efficient, and practical manner possible.

---

[6]    (Dkt. # 142).

4

13.     Under the terms of its engagement agreement with the Committee, and in the interests of preserving estate assets, AEG agreed to a blended rate cap of $500 per hour for its professionals and paraprofessionals.  **During the Fee Application Period, AEG's blended rate cap provided savings to the Debtor's estate totaling $4,983.00.**

14.     AEG submits that the compensation sought under this First Interim Application represents a fair and reasonable amount for the services rendered during the Fee Application Period given the criteria set forth in §§ 327 and 330 of the Bankruptcy Code for evaluating applications for compensation, namely:

(a) the nature, extent and value of the services;

(b) the time spent;

(c) the rates charged for such services;

(d) the performance of the services within a reasonable amount of time commensurate with the complexity, importance and the nature of the problem, issue or task addressed; and

(e) the reasonableness of the services based on the compensation charged by comparably skilled practitioners in other bankruptcy and non-bankruptcy matters.

**E.     Summary of Services Rendered**

15.     During the Fee Application Period, AEG spent a total of **33.22** hours providing professional services on behalf of the Committee in connection with this case.

16.     In an effort to provide the Court and parties in interest with information concerning the nature and amount of services rendered during the Fee Application Period, AEG has provided a line item summary of services rendered, attached to this First Interim Application as *Exhibit A*.

17.     During the Fee Application Period, AEG provided the following services:

- Assisting the Committee and its counsel, Sugar Felsenthal Grais & Hammer LLP ("*SFGH*") in evaluating, preparing and prosecuting the Trustee Motion;

- Maintaining routine communication with the Debtors' chief executive officer and financial advisor to provide transparency into the Debtors' operations;

- Assist in the marketing and sale of the Debtors' assets, including addressing issues as they arose;

- Reviewing and commenting on the Debtors' draft cash collateral budgets, accounts receivable and related financial information;

- Participating in multiple conferences with the Committee and SFGH to assist the Committee in executing its fiduciary duties; and

- Generally supporting the Committee and SFGH as needed and in the best interests of the Debtors' estates.

18.     AEG additionally provided limited services analyzing the *Motion for Relief from Stay* (the "*Setoff Motion*") filed by R.R. Donnelley & Sons Company ("*Donnelley*"), whereby Donnelley sought to setoff its prepetition claims against funds currently held by the Debtors.[7] The Setoff Motion only pertained to World Marketing Chicago, LLC ("*Chicago*") and World Marketing Atlanta, LLC ("*Atlanta*").  As set forth on the attached invoices, fees on this discrete matter have been bifurcated between Atlanta and Chicago.

19.     All other services provided equally benefited all three Debtors.

**F.     Valuation of Services & Benefit to the Estate**

20.     AEG's professionals and paraprofessionals have expended a total of 33.22 hours in connection with this case during the Application Period.  Accordingly, the time spent and expenses incurred during the Application Period were necessary and appropriate under the circumstances in line with the factors enumerated by 11 U.S.C. § 330.  AEG submits that the amount requested by this Application is fair and reasonable when considering (a) the complexity

---

[7]     (Dkt. # 99).

6

of these cases; (b) the time expended by AEG's professionals; (c) the nature of the services rendered; (d) the value of those services; and (e) the costs of comparable services for skilled practitioners in other bankruptcy and non-bankruptcy matters, AEG submits that the compensation sought by this Application represents a fair and reasonable amount for the services rendered during the Application Period.

*Wherefore*, AEG requests that the Court grant this Application and allow AEG's fees in the amount of $16,610.00 in compensation for professional services; and any other additional relief as the Court deems appropriate under the circumstances.

Date:  January 27, 2016

**Sugar Felsenthal Grais & Hammer, LLP**

By  :  /s/ Elizabeth B. Vandesteeg
            One of Its Attorneys

Jonathan P. Friedland, Esq.
Elizabeth B. Vandesteeg, Esq.
Michael A. Brandess, Esq.
SUGAR FELSENTHAL GRAIS & HAMMER LLP
30 N. LaSalle St., Ste. 3000
Chicago, Illinois 60602
Telephone:  312.704.9400
Facsimile:  312.372.7951

*Counsel to the Official Creditors' Committee*

# EXHIBIT A



# invoice

YOUR UNFAIR ADVANTAGE

FEIN: 36-4342564

| Bill To |
|---|
| World Marketing LLC  - Chicago |
| World Marketing LLC - Atlanta |
| World Marketing LLC - Dallas |

| Date | Invoice # |
|---|---|
| 1/22/2016 | AEG20161462 |

| Terms |
|---|
| Due on receipt |

| Description | Amount |
|---|---|
| Professional Services Rendered - AEG Partners  - First Interim Fee Statement for the period November 12  thru December 31, 2015<br>Phil Van Winkle:  32.62 hours @ $650/hr | 21,203.00 |
| Adjustment of fee based on per hour cap rate of $500/hr. | -4,893.00 |

Please Wire Payment to:
The Private Bank - Chicago, IL
ABA Number:
Account Number:
AEG Partners

| **Total Due** | **$16,310.00** |
|---|---|

**AEG Partners LLC**  |  200 W. Madison Street, Suite 2410  |  Chicago, IL 60606  |  T 312.948.5600  F 312.948.5639  |  aegpartners.com

YOUR UNFAIR ADVANTAGE

**AEG**
PARTNERS

| Date | Hours | Weekly Sub Total | | Notes |
|---|---|---|---|---|
| 11/16/2015 | 3.83 | | | Draft and review case pleadings (0.6) |
| | | | | telephone conference with professional working group (0.4); further review case pleadings and draft cash collateral budget (0.5) |
| | | | | prepare for and attend 341 meeting (2.33) |
| 11/17/2015 | 3.75 | | | Telephone conference with committee (0.8); substantively amend AEG retention application (1.3); review case documents (0.9) |
| | | | | Develop information request list (0.75). |
| 11/18/2015 | 2.00 | | | Review and substantively revise AEG retention application (1.6); attention to debtors' records (0.4). |
| 11/19/2015 | 2.25 | | | Telephone conference with Kevin Seiberlich regarding case status and information request (0.9) |
| | | | | revise information request list based upon Kevin Seiberlich following discussion (1.1) |
| | | | | review notes following telephone conference with Kevin Seiberlich (0.25) |
| | | 11.83 | | |
| 11/24/2015 | 2.00 | | | Multiple conferences with professional working group regarding status of information request (1.3); multiple e-mail correspondence with Kevin Seiberlich regarding same (0.7) |
| 11/25/2015 | 1.00 | | | Multiple telephone conferences with Michael Brandess and Jonathan Friedland regarding trustee motion (1.0) |
| | | 3.00 | | |
| 11/29/2015 | 1.25 | | | Review and comment on trustee motion and budget (1.25) |
| 11/30/2015 | 2.65 | | | Provide substantive comment regarding revised trustee motion and budget (2.25); telephone conference with professional working group regarding case status (0.4) |
| 12/1/2015 | 0.35 | | | E-mail correspondence with Jeffrey Dan regarding access to Tyrone Jeffcoat (0.25); telephone conference with Michael Brandess regarding trustee motion (0.1). |
| 12/2/2015 | 1.75 | | | Prepare for and attend hearing on cash collateral and retention of AEG (1.75) |
| 12/3/2015 | 3.00 | | | Telephone conference with Tyrone Jeffcoat regarding debtors' operations (1.4); draft summary regarding same (0.8); telephone conference with professional working group regarding same (0.8). |

Page 2

Case 15-32968    Doc 800    Filed 07/22/16    Entered 07/22/16 12:29:04    Desc Main
Document    Page 24 of 66

**AEG**
PARTNERS
YOUR UNFAIR ADVANTAGE

| Date | Hours | Weekly Sub Total | | Notes |
|---|---|---|---|---|
| 12/4/2015 | 1.43 | | | Draft memorandum regarding operational deficiencies (0.9); telephone conference with professional working group regarding same (0.3)  Telephone conference with Michael Brandess regarding Atlanta warehouse lease rejection (0.23). |
| | | 10.43 | | |
| 12/7/2015 | 1.00 | | | Telephone conference with Jonathan Friedland regarding trustee motion (0.2); telephone conference with Elizabeth Vandesteeg regarding deposition preparation (0.1) |
| | | | | draft proposal for compromise chapter 11 trustee motion (0.3).  Participate in committee conference call (0.4). |
| 12/8/2015 | 0.50 | | | Participate in committee conference call (0.4); e-mail correspondence with professional working group regarding debtors' response to trustee settlement offer (0.1). |
| 12/9/2015 | 0.50 | | | Prepare bi-weekly meeting agenda with Tyrone Jeffcoat (0.5) |
| 12/10/2015 | 0.25 | | | Telephone conference with Elizabeth Vandesteeg regarding bi-weekly meetings and hearing outcome (0.25) |
| | | 2.25 | | |
| 12/14/2015 | 2.83 | | | Prepare and participate in telephone conference with Tyrone Jeffcoat and Kevin Seiberlich regarding debtors' operations (1.4) |
| | | | | Telephone conference with Alex Mazer regarding auction process and issues (0.3) |
| | | | | Review current accounts receivable run (0.73); telephone conference with Michael Brandess and Jonathan Friedland regarding First Edge removal of assets (0.4) |
| 12/17/2015 | 1.58 | | | Telephone conference with Michael Brandess regarding 12/16 hearing (0.4);  reviewrevised budget (0.5); telephone conference with Tyrone Jeffcoat and Kevin Seiberlich regarding debtors' operations (0.68) |
| | | 4.41 | | |
| 12/21/2015 | 0.60 | | | Review updated accounts receivable and potential offsets (0.1); review updated budget and compare to actual (0.1) |
| | | | | exchange-mail correspondence with Alex Mazer regarding auction status(0.1); telephone conference with Tyrone Jeffcoat and Kevin Seiberlich regarding debtors' operations (0.3) |
| 12/23/2015 | 0.10 | | | Attention to e-mial correspondence from Alex Mazer regarding leased equipment. |
| | | 0.70 | | |
| | | | 32.62 | TOTAL |



**invoice**

YOUR UNFAIR ADVANTAGE

**AEG** PARTNERS

FEIN: 36-4342564

| Bill To |
|---|
| World Marketing LLC - Chicago |

| Date | Invoice # |
|---|---|
| 1/22/2016 | AEG2016463 |

| Terms |
|---|
| Due on receipt |

| Description | Amount |
|---|---|
| Professional Services Rendered - AEG Partners - First Interim Fee Statement Phil Van Winkle:  .60 hours @ $650/hr - RR Donnelley issue - World Marketing LLC - Chicago - pro-rata share = .30 @ $650/hr | 195.00 |
| Adjustment of fee based on per hour cap rate of $500/hr | -45.00 |

Please Wire Payment to:
The Private Bank - Chicago, IL
ABA Number:
Account Number:
AEG Partners

| Total Due | $150.00 |
|---|---|

**AEG Partners LLC**   |  200 W. Madison Street, Suite 2410  |  Chicago, IL 60606  |  T 312.948.5600  F 312.948.5639  |  aegpartners.com

YOUR UNFAIR ADVANTAGE

| Date | Hours | Weekly Sub Total | | Notes |
|------|-------|------------------|---|-------|
| 11/30/2015 | .60 | .60 | | Prepare RR Donnelley set-off analysis |

# invoice

YOUR UNFAIR ADVANTAGE



FEIN: 36-4342564

| Bill To |
| --- |
| World Marketing LLC - Atlanta |

| Date | Invoice # |
| --- | --- |
| 1/22/2016 | AEG20161464 |

| Terms |
| --- |
| Due on receipt |

| Description | Amount |
| --- | --- |
| Professional Services Rendered - AEG Partners - First Interim Fee Statement Phi VanWinkle: .60 hours @ $650/hr - RR Donnelley issue - World Marketing LLC - Atlanta - one-half pro-rata share =.30 @ $650/hr | 195.00 |
| | |
| Adjustment of fee based on per hour cap rate @$500/hr | -45.00 |

Please Wire Payment to:
The Private Bank - Chicago, IL
ABA Number:
Account Number:
AEG Partners

| Total Due | $150.00 |
| --- | --- |

**AEG Partners LLC**  |  200 W. Madison Street, Suite 2410  |  Chicago, IL 60606  |  T 312.948.5600  F 312.948.5639  |  aegpartners.com

**AEG** PARTNERS

YOUR UNFAIR ADVANTAGE

| Date | Hours | Weekly Sub Total | | Notes |
|------|-------|------------------|--|-------|
| 11/30/2015 | .60 | .60 | | Prepare RR Donnelley set-off analysis |

## Exhibit B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| *In re*<br><br>WORLD MARKETING<br>CHICAGO, LLC, *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 15-32968<br><br>(Jointly Administered)<br><br>Honorable Timothy A. Barnes<br><br>Hearing:  May 18, 2016 at 11:00 a.m. |

**SECOND INTERIM APPLICATION OF AEG PARTNERS LLC FOR COMPENSATION
& REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

AEG Partners LLC ("*AEG*"), financial advisor to the Official Committee of Unsecured Creditors (the "*Committee*") in these chapter 11 cases, submits its *Second Interim Application of AEG Partners LLC for Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors* (the "*Second Interim Application*," or, the "*Application*").  In support of this Application, AEG states:

**A.      Introduction**

1.      The potential for any meaningful recovery for the general unsecured creditor body in these cases (the "*Cases*") was, at the onset, premised on the robust sale of the Debtors' assets for the highest and best value and a prompt cessation of excessive operational costs once liquidation proved inevitable.

2.      The Committee was instrumental in achieving both of these ends but the sale ultimately resulted in enough proceeds to satisfy the claims of Associated Bank, National

---

[1]      The Debtors in these cases are World Marketing Chicago, LLC; World Marketing Atlanta, LLC; and World Marketing Dallas, LLC.

Association ("*Associated*"), but little more.  Since the sale of the Debtors' assets, the Committee

has led the charge on:

    a.   litigation against Associated Bank, National Association ("*Associated*")
to invalidate certain loan documents and to seek damages for the bank's
role in the Debtors' accelerated decline into insolvency; and

    b.   the investigation and potential litigation against certain of the Debtors'
insiders (the "*Insiders*") concerning their roles in the Debtors' accelerated
decline into insolvency and the pursuit of litigation against Insiders for
any bad acts.

    3.      The Committee has consistently been at the forefront with respect to these issues.

These tasks are neither simple nor uncontested, but they have been necessary.  Although the

Trustee Motion was withdrawn in an effort to reach a consensual resolution that could lead to a

speedy and simple liquidating plan, the allegations in the Trustee Motion were—indeed, are—

well founded.  This necessitated and continues to necessitate an unusual level of involvement by

the Committee and its professionals.  AEG submits that the compensation sought under this

Second Interim Application represents a fair and reasonable amount for the services rendered

during the Fee Application Period given the criteria set forth in §§ 327 and 330 of the

Bankruptcy Code for evaluating applications for compensation, namely:

    (a)  the nature, extent and value of the services;

    (b)  the time spent;

    (c)  the rates charged for such services;

    (d)  the performance of the services within a reasonable amount of time
commensurate with the complexity, importance and the nature of the
problem, issue or task addressed; and

    (e)  the reasonableness of the services based on the compensation charged by
comparably skilled practitioners in other bankruptcy and non-bankruptcy
matters.

**B.      Jurisdiction & Venue**

4.      The Court has jurisdiction over this matter under §§ 1334 and 157(a) of title 28 of the United States Code and Local Rule 5082-1.  This is a core proceeding under § 157(b)(2) of title 28 of the United States Code.  Venue is proper in this district under §§ 1408 and 1409 of title 28 of the United States Code.

5.      The statutory predicates for the relief requested in this Second Interim Application are §§ 330, 331, 503(b), and 507(a)(2) of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), and Local Rule 5082-1.

**C.      Prior Fee Applications and Monthly Fee Statements**

6.      AEG submitted its First Interim Application of AEG for Compensation and Reimbursement of Expenses as financial advisor to the Official Committee of Unsecured Creditors of World Marketing Chicago, LLC, *et al.* (the "*First Interim Fee Application*") on January 27, 2016.[2]  This Court approved the First Interim Fee Application on February 17, 2016.

| Date Filed [Dkt. #] | Period Covered | Fees Requested | Fees Allowed[3] | Expenses Requested | Expenses Allowed |
|---|---|---|---|---|---|
| 1/27/2016 [Dkt. # 220] | 11/12/15 - 12/31/15 | $16,610.00 | $16,074.00 | $0.00 | $0.00 |

7.      To date, AEG has received $16,074.00 on account of its allowed interim compensation and expenses associated with its First Interim Fee Application.

8.      AEG submitted its First Monthly Fee Statement for the Period of January 2016 (the "*January Monthly Fee Statement*") on February 10, 2016.[4]  The Compensation Procedures provided that AEG is entitled to 80% of fees and 100% of expenses.

---

[2]    (Dkt. # 220).

[3]    (Dkt. # 274) (The request was reduced by $536.00 due to time improperly billed in quarters of an hour).

[4]    (Dkt. # 245).

| Date Filed [Dkt. #] | Period Covered | Fees Requested | Expenses Requested | Fees Authorized on Interim Basis | Holdback | Expenses Authorized |
|---|---|---|---|---|---|---|
| 2/10/2016 [Dkt. # 245] | 1/1/16 – 1/31/16 | $8,675.00[5] | $0.00 | $7,760.00 | $915.00 | $0.00 |

9.      To date, AEG has received $7,760.00 on account of its January Monthly Fee Statement and is owed $915.00.

10.      AEG submitted its Second Monthly Fee Statement for the Period of February 2016 (the "*February Monthly Fee Statement*") on March 11, 2016[6]

| Date Filed [Dkt. #] | Period Covered | Fees Requested Net of Blended Rate Cap | Expenses Requested | Fees Authorized on Interim Basis | Holdback | Expenses Authorized |
|---|---|---|---|---|---|---|
| 3/11/2016 [Dkt. # 319] | 2/1/16 – 2/29/16 | $15,975.00 | $0.00 | $12,780.00 | $3,195.00 | $0.00 |

11.      To date, AEG has received $12,780.00 on account of its February Monthly Fee Statement and is owed $3,195.00.

12.      On April 13, 2016, AEG submitted its Third Monthly Fee Statement for the Period of March 2016 (the "*March Monthly Fee Statement*") on April 13, 2016.[7]

| Date Filed [Dkt. #] | Period Covered | Fees Requested Net of Blended Rate Cap | Expenses Requested | Fees Authorized on Interim Basis | Holdback | Expenses Authorized |
|---|---|---|---|---|---|---|
| 4/14/2016 [Dkt. # 367] | 3/1/16 – 3/31/16 | $24,400.00 | $0.00 | Pending | Pending | Pending |

---

[5]      AEG has reduced its fee request from amount set forth in its filed January fee statement to reflect a $500 blended rate cap for professionals only.   AEG's January monthly fee statement mistakenly included paraprofessional in its blended rate cap.

[6]      (Dkt. # 319).

[7]      (Dkt. # 365).

13.     To date, AEG has not received payment on account of its March Monthly Fee Statement and is owed $24,400.00.

**D.     Narrative Summary of Services Rendered & Expenses Incurred by AEG**

14.     All of the services for which compensation is requested were rendered to or for the benefit of all general unsecured creditors, as requested by the Committee in connection with these cases.

15.     The time described in the billing statements attached to this Second Interim Application represents the actual amount of time spent or, in certain instances, less than the actual amount of time spent by AEG professionals and paraprofessionals that rendered the described services.  In certain instances, the time reflected in the billing statements has been reduced in an effort by AEG to eliminate excessive, duplicative, or in hindsight, unnecessary or unproductive services.

16.     AEG's customary hourly rates of compensation for financial advisors and paraprofessionals during the Application Period range from $200 to $650.  Those rates are comparable to rates charged by other practitioners having the same level of experience, expertise, and standing for similar services.  Under the terms of its engagement agreement, however, AEG agreed to a significantly discounted blended rate cap of $500 per hour for its professionals.

**E.     Summary of Services Rendered**

17.     During the Fee Application Period, AEG spent a total of **122.5** hours providing professional services on behalf of the Committee in connection with this case.

18.     In an effort to provide the Court and parties in interest with information concerning the nature and amount of services rendered during the Fee Application Period, AEG

has provided a line item summary of services rendered, attached to this Second Interim Application as *Exhibit A*.

19. During the Fee Application Period, AEG provided the following services:

- Assisting the Committee and its counsel, Sugar Felsenthal Grais & Hammer LLP ("*SFGH*") in drafting a plan of liquidation and disclosure statement, including the preparation of a liquidation analysis for each Debtor;

- Preparing a comprehensive analysis of potentially avoidable transfers under section 547 of the Bankruptcy Code, including an initial assessment of likely bankruptcy defenses;

- Maintaining routine communication with the Debtors' chief executive officer and financial advisor to provide transparency into the Debtors' operations;

- Reviewing and commenting on the Debtors' draft cash collateral budgets, accounts receivable and related financial information;

- Participating in multiple conferences with the Committee and SFGH to assist the Committee in executing its fiduciary duties; and

- Generally supporting the Committee and SFGH as needed and in the best interests of the Debtors' estates.

## F.   Valuation of Services & Benefit to the Estate

20. AEG's professionals and paraprofessionals have expended a total of 122.5 hours in connection with this case during the Application Period. The time spent and expenses incurred during the Application Period were necessary and appropriate under the circumstances in line with the factors enumerated by 11 U.S.C. § 330. AEG submits that the amount requested by this Application is fair and reasonable when considering (a) the complexity of these cases; (b) the time expended by AEG's professionals; (c) the nature of the services rendered; (d) the value of those services; and (e) the costs of comparable services for skilled practitioners in other bankruptcy and non-bankruptcy matters, AEG submits that the compensation sought by this Application represents a fair and reasonable amount for the services rendered during the Application Period.

6

**G.    Notice**

21.    The Compensation Procedures provide that notice of quarterly fee applications in these Cases need only be served on (i) counsel to the Debtors; (ii) the Office of the United States Trustee; (iii) counsel to Associated; and (iv) any parties who have filed a notice of appearance with the Clerk of this Court and requested such notice.[8]  The Committee submits that notice of this Fee Application is sufficient.

*Wherefore*, AEG requests that the Court grant this Application and allow AEG's fees in the amount of $49,050.00 in compensation for professional services; and any other additional relief as the Court deems appropriate under the circumstances.

Date:  April 20, 2016                    **Sugar Felsenthal Grais & Hammer, LLP**

                                         By:  /s/ Aaron L. Hammer
                                              One of Its Attorneys

                                         Aaron L. Hammer, Esq.
                                         Michael A. Brandess, Esq.
                                         SUGAR FELSENTHAL GRAIS & HAMMER LLP
                                         30 N. LaSalle St., Ste. 3000
                                         Chicago, Illinois 60602
                                         Telephone:    312.704.9400
                                         Facsimile:    312.372.7951

                                         *Counsel to the Official Creditors' Committee*

---

[8]    (Dkt. # 142) at ¶ 5.

**EXHIBIT A**

January Monthly Fee Statement

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| World Marketing Chicago, LLC, *et al.*[1] | ) | Case No. 15-32968 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Honorable Timothy A. Barnes |

**FIRST MONTHLY FEE STATEMENT OF AEG PARTNERS LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JANUARY 2016**

| | |
|---|---|
| Name of Applicant: | AEG Partners LLC |
| Authorized to provide services to: | The Official Committee of Unsecured Creditors of World Marketing Chicago, LLC, *et al.* |
| Date of order authorizing employment: | December 2, 2015 [Dkt. # 134] |
| Period for which compensation is sought: | January 1, 2016 through January 31, 2016 |
| Total amount of fees for January 2016: | $10,205.00 |
| Committee blended rate cap credit: | ($505.00)[2] |
| Total amount of fees requested for April 2014 after applying credit: | $9,700.00<br>80% = $7,760.00<br>20% = $1,940.00 |
| Amount of expense reimbursement sought: | $0.00 |
| Total interim request for January 2016: | $7,760.00 |
| This is AEG Partners LLC's First Monthly Fee Statement | |
| Date:   February 10, 2016 | SUGAR FELSENTHAL GRAIS & HAMMER LLP<br><br>By: _____/s/ Aaron L. Hammer_____ |

---

[1]    The Debtors in these cases are World Marketing Chicago, LLC; World Marketing Atlanta, LLC; and World Marketing Dallas, LLC.

[2]    Blended rate cap of $500 per hour.



# invoice

YOUR UNFAIR ADVANTAGE

FEIN: 36-4342564

| Bill To | | Date | Invoice # |
|---|---|---|---|

**Bill To**
World Marketing LLC  - Chicago
World Marketing LLC - Atlanta
World Marketing LLC - Dallas

| Date | Invoice # |
|---|---|
| 2/8/2016 | AEG20161470 |

| Terms |
|---|
| Due on receipt |

| Description | Amount |
|---|---|
| Professional Services Rendered - AEG Partners - Second Interim Fee Statement for the period January 1 thru January 31, 2016 Phil VanWinkle (15.3) hours @$600/hr; M. Devereux (4.1 hrs) @$250/hr | 10,205.00 |
| Adjustment for discounted fee based on blended per hour cap rate of $500/hr. | -505.00 |

Please Wire Payment to:
The Private Bank - Chicago, IL
ABA Number:   071006486
Account Number:  2162573
AEG Partners

| Total Due | $9,700.00 |
|---|---|

**AEG Partners LLC**   |  200 W. Madison Street, Suite 2410  |  Chicago, IL 60606  |  T 312.948.5600  F 312.948.5639  |  aegpartners.com



YOUR UNFAIR ADVANTAGE

| Date | Hours | Weekly Sub Total | Fees | Prof. | Notes |
|------|-------|------------------|------|-------|-------|
| 1/4/2016 | 1.50 | | $900.00 | PVW | Bi-weekly telephone conference with Tyrone Jeffcoat and Kevin Seiberlich (.3); telephone conference with Michael Brandess and Elizabeth Vandesteeg regarding weekly update, lease rejection motion, account receivable set-offs (.2); review bank records regarding preference analysis (1.0) |
| 1/5/2016 | 1.4 | | $840.00 | PVW | Review January and February cash collateral budget (.5); Review bank statements regarding potentially preferential transfers (.5); participate in conference call with committee (.4) |
| 1/7/2016 | 1.50 | | $900.00 | PVW | Review bank statements regarding potentially preferential transfers (1.0) Bi-weekly telephone conference with Tyrone Jeffcoat and Kevin Seiberlich (.5) |
| 1/8/2016 | 3.7 | | $2,200.00 | PVW | Analyze transfers in preparation for complaint against Associated Bank (2.5); telephone conference with Sandy Knodl and Kevin Seiberlich regarding debtor cash movements (.2); review and provide comment regarding complaint against Associated Bank (0.4), telephone with Michael Brandess and Elizabeth Vandersteeg regarding same (0.6) |
| | | 8.10 | | | |
| 1/10/2016 | 1.00 | | $600.00 | PVW | Review and comment on complaint against Associated Bank (0.7); telephone conference with Michael Brandess, Elizabeth Vandesteeg, Aaron Hammer and Mark Melickian (0.3) |
| 1/11/2016 | .8 | | $480.00 | PVW | Review complaint filed by American Funds (.5); telephone conference with Alex Mazer and Kevin Seiberlich regarding post-auction activities (.3) |
| 1/14/2016 | .3 | | $180.00 | PVW | Review and discuss Tyrone Jeffcoat emails to Alex Mazer regarding staffing for Auction (.3) |
| | | 2.10 | | | |
| 1/18/2016 | .6 | | $360.00 | PVW | Multiple telephone conference and e-mail correspondence with Kevin Seiberlich regarding PPL Group attendance at auction (.3); bi-weekly telephone conference with Tyrone Jeffcoat and Kevin Seiberlich (.3) |
| 1/19/2016 | .6 | | $360.00 | PVW | Telephone conference with committee regarding case status (.3); telephone conference with Michael Brandess regarding fee applications, preference analysis and hearing status (.3) |
| | 3.5 | | $875.00 | MD | Prepare summary for 3 months of transactions from Operating and Postage bank accounts (3.5) |
| 1/20/2016 | .8 | | $480.00 | PVW | Prepare analysis of preferential transfers (.8) |
| | .6 | | $150.00 | MD | Draft update to postage account summaries (.6) |
| 1/21/2016 | 1.8 | | $1,080.00 | PVW | Bi-weekly telephone conference with Tyrone Jeffcoat and Kevin Seiberlich (.5); draft update email to professional working group regarding auction (.3); conference with professional working group regarding avoidance actions (1.0) |

| Date | Hours | Weekly Sub Total | Fees | Prof. | Notes |
|------|-------|------------------|------|-------|-------|
| 1/22/2016 | .5 | | $300.00 | PVW | Review outstanding accounts receivable status (.5) |
| | | 8.40 | | | |
| 1/25/2016 | .3 | | $180.00 | PVW | Telephone conference with Tyrone Jeffcoat regarding operations update and preference info request (.3) |
| 1/28/2016 | .5 | | $300.00 | PVW | Bi-Weekly telephone conference with Tyrone Jeffcoat and Kevin Seiberlich (0.3); email correspondence with professionals regarding Committee information requests (.2) |
| | | .8 | | | |
| | | 19.4 | | | Total |

## EXHIBIT B

February Monthly Fee Statement

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| World Marketing Chicago, LLC, *et al.*[1] | ) | Case No. 15-32968 |
| | ) | |
|      Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Honorable Timothy A. Barnes |

**SECOND MONTHLY FEE STATEMENT OF AEG PARTNERS LLC FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF FEBRUARY 2016**

| | |
|---|---|
| Name of Applicant: | AEG Partners LLC |
| Authorized to provide services to: | The Official Committee of Unsecured Creditors of World Marketing Chicago, LLC, *et al.* |
| Date of order authorizing employment: | December 2, 2015 [Dkt. # 134] |
| Period for which compensation is sought: | February 1, 2016 through February 29, 2016 |
| Total amount of fees for February 2016: | $15,975.00 |
| Committee blended rate cap credit: | ($500.00)[2] |
| Total amount of fees requested for February 2016 after applying credit: | $15,975.00<br>80% = $12,780.00<br>20% = $3,195.00 |
| Amount of expense reimbursement sought: | $0.00 |
| Total interim request for February 2016: | $12,780.00 |
| This is AEG Partners LLC's Second Monthly Fee Statement | |

Date:  March 11, 2016

SUGAR FELSENTHAL GRAIS & HAMMER LLP

By: _____/s/ Aaron L. Hammer_____

---

[1]  The Debtors in these cases are World Marketing Chicago, LLC; World Marketing Atlanta, LLC; and World Marketing Dallas, LLC.

[2]  Blended rate cap of $500 per hour.

# invoice

YOUR UNFAIR ADVANTAGE



FEIN: 36-4342564

| Bill To |
| --- |
| World Marketing LLC  - Chicago |
| World Marketing LLC - Atlanta |
| World Marketing LLC - Dallas |

| Date | Invoice # |
| --- | --- |
| 3/4/2016 | AEG20161490 |

| Terms |
| --- |
| Due on receipt |

| Description | Amount |
| --- | --- |
| Professional Services Rendered for the period February 1 through February 29, 2016: | |
| | |
| Phil VanWinkle - 22.7 hours $600/hr   = $13,620 | |
| Phil VanWinkle - 22.7 hours at discounted cap rate of $500/hr | 11,350.00 |
| Phil VanWinkle - adjusted discount  = $2,270 | |
| | |
| Maire Devereux - 18.5  hours @ $250/hr  ($4,625) | 4,625.00 |

Please Wire Payment to:
The Private Bank - Chicago, IL
ABA Number:   071006486
Account Number:  2162573
AEG Partners

| Total Due | $15,975.00 |
| --- | --- |

**AEG Partners LLC**  |  200 W. Madison Street, Suite 2410  |  Chicago, IL 60606  |  T 312.948.5600  F 312.948.5639  |  aegpartners.com

| Date | Hours | Weekly Sub Total | | Notes |
|---|---|---|---|---|
| 2/2/2016 | .6 | | PVW | Participate in telephone conference with committee (.3); telephone conference with Michael Brandess and Elizabeth Vandesteeg regrading bank litigation analysis (.3) |
| 2/3/2016 | 3.5 | | MD | Prepare spreadsheet summary for DDA activity of Chicago bank account (3.3); e-mail correspondence with Phillip Van Winkle regarding same (0.2) |
| 2/3/2016 | .8 | | PVW | Analyze debtor cash movements regarding bank litigation (.8) |
| 2/4/2016 | .5 | | PVW | Participate in bi-weekly telephone conference with Tyrone Jeffcoat (.5) |
| 2/4/2016 | 3.0 | | MD | Prepare spreadsheet summary for DDA activity of Dallas bank account (2.8); e-mail correspondence with Phillip Van Winkle regarding same (0.2) |
| 2/5/2016 | 3.2 | | MD | Prepare spreadsheet summary for DDA activity of Atlanta bank account (3.0); e-mail correspondence with Phillip Van Winkle regarding same (0.2) |
| | | 11.6 | | |
| 2/9/2016 | .8 | | PVW | Telephone conference with Michael Brandess and Mark Melickian regarding plan and bank litigation (.8) |
| 2/10/2016 | .8 | | PVW | Analyze cash movements and debtor financial statements (.8) |
| 2/11/2016 | .6 | | MD | Revision to DDA combined spreadsheet (.6) |
| 2/12/2016 | 2.1 | | PVW | Telephone conference with Mark Melickian and Dave Madden: regarding information received from debtors and plan of liquidation (.3); telephone conference with Tyrone Jeffcoat and Kevin Seiberlich regarding cash flow and follow up information requests (.3); telephone conference with Sandra Knodl and Kevin Seiberlich regarding cash flow movements of the companies (.5); analysis of debtors historic financial performance regarding substantive consolidation analysis (1.0) |
| | | 4.3 | | |
| 2/16/2016 | .7 | | MD | Review Atlanta bank statement for other deposits and update spreadsheet  regarding same (.7) |
| 2/16/2016 | 1.5 | | PVW | Analysis of debtors historic financial performance regarding substantive consolidation analysis (1.5) |
| 2/18/2016 | 1.0 | | PVW | Analysis of bank sweeps (.5); telephone conference with Michael Brandess regarding  cash movements (.5) |
| 2/19/2016 | 1.0 | | PVW | Analyze debtors' accounts payable regarding substantive consolidation analysis (1.0) |
| 2/19/2016 | 2.4 | | MD | Prepare summary of all sites accounts payable outstanding (2.4) |
| | | 6.6 | | |
| 2/22/2016 | 3.0 | | PVW | Telephone conference with Michael Brandess and Elizabeth Vandesteeg about flow of funds and debtors usage of the loan (.5); analyze debtors historic cash flow generation regarding need for capital and loan (2.5) |

YOUR UNFAIR ADVANTAGE

AEG
PARTNERS

| Date | Hours | Weekly Sub Total | | Notes |
|---|---|---|---|---|
| 2/23/2016 | .2 | | MD | Conference with Phillip Van Winkle regarding summary of Dallas accounts payable and schedule F (.2) |
| 2/23/2016 | 3.0 | | PVW | Prepare guarantee benefit and cash flow analyses (3.0) |
| 2/24/2016 | 3.5 | | MD | Prepare summary spreadsheet of Dallas schedule F (3.5) |
| 2/25/2016 | 5.0 | | PVW | Prepare plan waterfall and Guarantee Benefit analyses (5.0) |
| 2/25/2016 | 1.4 | | MD | Draft guarantor benefit power point presentation (1.4) |
| 2/26/2016 | 2.5 | | PVW | Draft plan waterfall analysis (2.5) |
| 2/27/2016 | .1 | | PVW | Review guarantee benefit document (.1) |
| | | 18.7 | | |
| | | | 41.2 | Total |

## Exhibit C

March Monthly Fee Statement

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| World Marketing Chicago, LLC, *et al.*[1] | ) | Case No. 15-32968 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Honorable Timothy A. Barnes |

**THIRD MONTHLY FEE STATEMENT OF AEG PARTNERS LLC FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF MARCH 2016**

| | |
|---|---|
| Name of Applicant: | AEG Partners LLC |
| Authorized to provide services to: | The Official Committee of Unsecured Creditors of World Marketing Chicago, LLC, *et al.* |
| Date of order authorizing employment: | December 2, 2015 [Dkt. # 134] |
| Period for which compensation is sought: | March 1, 2016 through March 31, 2016 |
| Total amount of fees for March 2016: | $24,400.00 |
| Committee blended rate cap credit: | ($500.00)[2] |
| Total amount of fees requested for March 2016 after applying credit: | $24,400.00<br>80% = $19,520.00<br>20% = $4,880.00 |
| Amount of expense reimbursement sought: | $0.00 |
| Total interim request for March 2016: | $19,520.00 |

This is AEG Partners LLC's Third Monthly
Fee Statement

Date:   April 13, 2016

SUGAR FELSENTHAL GRAIS & HAMMER LLP

By: _____ /s/ Aaron L. Hammer _____

---

[1]     The Debtors in these cases are World Marketing Chicago, LLC; World Marketing Atlanta, LLC; and World Marketing Dallas, LLC.

[2]     Blended rate cap of $500 per hour.

# invoice

YOUR UNFAIR ADVANTAGE



| Bill To |
|---|
| World Marketing LLC  - Chicago |
| World Marketing LLC - Atlanta |
| World Marketing LLC - Dallas |

| Date | Invoice # |
|---|---|
| 4/5/2016 | AEG2016494 |

| Terms |
|---|
| Due on receipt |

| Description | Amount |
|---|---|
| Professional services rendered for the period March1 through March 31, 2016: | |
| Phil VanWinkle - 35.7 hours @ $600/hr = $21,420 | |
| Phil VanWinkle - 35.7 hours at discounted rate of $500/hr = $17,850 | 17,850.00 |
| Maire Devereux - 26.2 hours @$250/hr = $6,550 | 6,550.00 |

Please Wire Payment to:
The Private Bank - Chicago, IL
ABA Number:   071006486
Account Number:  2162793
AEG Partners Retainer

| **Total Due** | $24,400.00 |
|---|---|

**AEG Partners LLC**  |  200 W. Madison Street, Suite 2410  |  Chicago, IL 60606  |  T 312.948.5600  F 312.948.5639 | aegpartners.com

| Date | Hours | | Notes |
|---|---|---|---|
| 3/3/2016 | 2.00 | PVW | Preference analysis preparation meeting with Mark Melickian, Michael Brandess and David Madden (2.0) |
| 3/4/2016 | 0.80 | MD | Updated AP spreadsheet with check cleared dates-Dallas (.8) |
| | | | |
| 3/7/2016 | 2.10 | MD | Continue recording check cleared date on Dallas AP for preference analysis (2.1) |
| 3/8/2016 | 2.50 | PVW | Prepare analysis of substantive consolidation related issues (2.1); telephone conference with Mark Melickian and Mark Brandess regarding same (.4) |
| 3/8/2016 | .80 | MD | Continued work on recording cleared check date for Dallas AP (.8) |
| 3/9/2016 | 3.00 | PVW | Claims and liquidation analysis for each of the three Debtors for Plan (3.0) |
| 3/9/2016 | 1.60 | MD | Finalize Dallas check cleared date project thru September 2015 (1.6) |
| 3/10/2016 | 2.00 | PVW | Claims and liquidation analysis for each of the three Debtors for Plan (2.0) |
| 3/10/2016 | 4.40 | MD | Enter check cleared date on Atlanta AP for preference analysis (4.4) |
| 3/11/2016 | 2.50 | MD | Enter check clear date on Chicago AP for preference analysis (2.5) |
| | | | |
| 3/15/2016 | 0.20 | MD | Entered check clear date for Chicago AP for preference analysis (.2) |
| 3/16/2016 | 1.00 | PVW | Telephone conference with Michael Brandess regarding liquidation analysis (.5); substantively revise same (.5 |
| 3/16/2016 | 1.00 | MD | Finalized check cleared date entry for Chicago and e-mail correspondence with Phillip Van Winkle regarding same (1.0) |
| | | | |
| 3/22/2016 | 1.20 | PVW | Analysis and revisions to  Plan liquidation exhibits (1.2) |
| 3/24/2016 | 2.50 | PVW | Analysis and revisions to  Plan liquidation exhibits (2.5) |
| 3/25/2016 | 3.50 | PVW | Prepare preference analysis (3.5) |
| | | | |
| 3/28/2016 | 4.00 | PVW | Prepare preference analysis (4.0) |
| 3/28/2016 | 4.20 | MD | Added check clear date to AP –Dallas (4.2) |
| 3/29/2016 | 4.50 | PVW | Prepare preference analysis (4.5) |
| 3/29/2016 | 4.10 | MD | Added check clear date to AP –Atlanta (4.1) |
| 3/30/2016 | 5.00 | PVW | Prepare preference analysis (5.0) |
| 3/30/2016 | 2.90 | MD | Added check clear date to AP-Chicago (2.9) |
| 3/31/2016 | 4.50 | PVW | Prepare preference analysis (4.5) |
| 3/31/2016 | 1.60 | MD | Finalize adding check clear date to AP-Chicago for preference analysis (1.6) |
| | | | |

**EXHIBIT C**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| World Marketing Chicago, LLC, *et al.*[1] | ) | Case No. 15-32968 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Honorable Timothy A. Barnes |

**FOURTH MONTHLY FEE STATEMENT OF AEG PARTNERS LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF APRIL 2016**

Name of Applicant:                                    AEG Partners LLC

Authorized to provide services to:              The Official Committee of Unsecured
                                                                 Creditors of World Marketing Chicago, LLC,
                                                                 *et al.*

Date of order authorizing employment:      December 2, 2015 [Dkt. # 134]

Period for which compensation is sought:   April 1, 2016 through April 30, 2016

Total amount of fees for April 2016:          $25,850.00

Committee blended rate cap credit:            ($500.00)[2]

Total amount of fees requested for            $25,850.00
April 2016 after applying credit:                80% = $20,680.00
                                                                 20% = $5,170.00

Amount of expense reimbursement sought:  $0.00

Total interim request for April 2016:          $20,680.00

This is AEG Partners LLC's Fourth
Monthly Fee Statement

Date:  May 12, 2016                                   SUGAR FELSENTHAL GRAIS & HAMMER LLP

                                                                 By:  _____/s/ Aaron L. Hammer_____

---

[1]     The Debtors in these cases are World Marketing Chicago, LLC; World Marketing Atlanta, LLC; and World Marketing Dallas, LLC.

[2]     Blended rate cap of $500 per hour.

# invoice

YOUR UNFAIR ADVANTAGE



| Bill To |
| --- |
| World Marketing LLC  - Chicago |
| World Marketing LLC - Atlanta |
| World Marketing LLC - Dallas |

| Date | Invoice # |
| --- | --- |
| 5/3/2016 | AEG20161500 |

| Terms |
| --- |
| Due on receipt |

| Description | Amount |
| --- | --- |
| Professional services rendered for the period April 1 through April 30, 2016:<br><br>Phil VanWinkle:  31.2 hours @$600/hr. = $18,720<br>Jon Morrison: 20.5 hours @$600/hr. = $12.300<br><br>Phil Van Winkle and Jon Morrison combined total hours (51.7 hours) at discounted rate of $500/hr = $25,850 | 25,850.00 |

Please Wire Payment to:
The Private Bank - Chicago, IL
ABA Number:   071006486
Account Number:  2162793
AEG Partners Retainer

| **Total Due** | $25,850.00 |
| --- | --- |

**AEG Partners LLC**  |  200 W. Madison Street, Suite 2410  |  Chicago, IL 60606  |  T 312.948.5600  F 312.948.5639 | aegpartners.com

| Date | Hours | Weekly Sub Total | | Notes |
|------|-------|------------------|---|-------|
| 4/01/16 | 5.00 | | PVW | Prepare preference analysis per debtors' and committee's request |
| 4/02/16 | 3.00 | | PVW | Prepare preference analysis per debtors' and committee's request |
| 4/03/16 | 3.00 | | PVW | Prepare preference analysis per debtors' and committee's request |
| 4/04/16 | 3.00 | | PVW | Prepare preference analysis per debtors' and committee's request |
| 4/05/16 | 3.50 | | PVW | Prepare preference analysis per debtors' and committee's request |
| 4/06/16 | 5.00 | | PVW | Prepare preference analysis per debtors' and committee's request (2.4); prepare for 2004 examination of debtors (2.6) |
| 4/07/16 | 3.00 | | PVW | Prepare preference analysis per debtors' and committee's request (2.6); telephone conference with Michael Brandess and Elizabeth Vandesteeg regarding 2004 examination preparation (0.4) |
| 4/08/16 | 2.00 | | PVW | Prepare preference analysis per debtors' and committee's request |
| | | 27.5 | | |
| 4/12/16 | 1.50 | | PVW | Prepare preference analysis per debtors' and committee's request |
| 4/13/16 | 1.50 | | PVW | Prepare for meeting with debtors regarding committee preference analysis |
| 4/14/16 | 1.00 | | JM | Review of case materials and recently filed pleadings |
| 4/15/16 | 2.00 | | JM | Review and further development of preference claims analysis (2.0) |
| | | 6.0 | | |
| 4/18/16 | .70 | | PVW | Discussions with Michael Brandess, Mark Melickian and Jon Morrison about revisions to liquidation analysis |
| 4/18/16 | 4.00 | | JM | Development of preference analysis for Atlanta vendors (2.5); final review and development of committee preference analysis; communication with counsel regarding same (1.5) |
| 4/19/16 | 2.10 | | JM | Attention to open issues and key areas to address regarding plan of liquidation (.6); review and analyze receivables and liabilities associated with Production Solutions, Inc. (1.5) |
| 4/20/16 | 3.60 | | JM | Telephone conference with debtors, financial advisor, and accounting representative regarding case status (.4); prepare for and participate in call with debtors and committee counsel regarding preference analysis (.8); review and further analysis of liquidation analysis (1.6); Review of Production Solutions, Inc. related data and |

| Date | Hours | Weekly Sub Total | | Notes |
|------|-------|------------------|---|-------|
| | | | | proposed settlement (.8) |
| 4/22/16 | 2.30 | | JM | Discussion with debtors' counsel regarding Production Solutions, Inc. settlement and asset sale proceeds (.5); further development of preference analysis per follow-up request (1.8) |
| | | 12.7 | | |
| 4/24/16 | 5.00 | | JM | Further review and analysis of potential preference payments for Atlanta, Chicago and Dallas (2.6); review and further development of liquidation analysis of each debtors (2.4) |
| 4/26/16 | .5 | | JM | Preparation for and participation in call with committee and counsel |
| | | 5.5 | | |
| | | 51.70 | | Total |

## EXHIBIT D

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| World Marketing Chicago, LLC, *et al.*[1] | ) | Case No. 15-32968 |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Honorable Timothy A. Barnes |

**FIFTH MONTHLY FEE STATEMENT OF AEG PARTNERS LLC FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF MAY 2016**

| | |
|---|---|
| Name of Applicant: | AEG Partners LLC |
| Authorized to provide services to: | The Official Committee of Unsecured Creditors of World Marketing Chicago, LLC, *et al.* |
| Date of order authorizing employment: | December 2, 2015 [Dkt. # 134] |
| Period for which compensation is sought: | May 1, 2016 through May 31, 2016 |
| Total amount of fees for May 2016: | $15,950.00 |
| Committee blended rate cap credit: | ($500.00)[2] |
| Total amount of fees requested for April 2016 after applying credit: | $15,950.00<br>80% = $12,760.00<br>20% = $3,190.00 |
| Amount of expense reimbursement sought: | $9.10 |
| Total interim request for May 2016: | $12,769.10 |
| This is AEG Partners LLC's Fifth Monthly Fee Statement | |
| Date:   June 14, 2016 | SUGAR FELSENTHAL GRAIS & HAMMER LLP<br><br>By:    /s/ Aaron L. Hammer |

---

[1]    The Debtors in these cases are World Marketing Chicago, LLC; World Marketing Atlanta, LLC; and World Marketing Dallas, LLC.

[2]    Blended rate cap of $500 per hour.

# invoice



YOUR UNFAIR ADVANTAGE

FEIN: 36-4342564

| Bill To |
|---|
| World Marketing LLC  - Chicago |
| World Marketing LLC - Atlanta |
| World Marketing LLC - Dallas |

| Date | Invoice # |
|---|---|
| 6/6/2016 | AEG20161506 |

| Terms |
|---|
| Due on receipt |

| Description | Amount |
|---|---|
| Professional services rendered for the period May 1 through 31, 2016 | |
| | |
| Jon Morrison:  31.9 hours at $600/hr = $19,140 | 0.00 |
| Jon Morrison: 31.9 hours at discounted rate of $500/hr  (31.9 hrs @ $500/hr) | 15,950.00 |
| | |
| Photocopy expense | 9.10 |

Please Wire Payment to:
The Private Bank - Chicago, IL
ABA Number:   071006486
Account Number:  2162573
AEG Partners

| Total Due | $15,959.10 |
|---|---|

**AEG Partners LLC**  |  200 W. Madison Street, Suite 2410  |  Chicago, IL 60606  |  T 312.948.5600  F 312.948.5639  |  aegpartners.com

**AEG**
PARTNERS
YOUR UNFAIR ADVANTAGE

| Date | Hours | Weekly Sub Total | | Notes |
|---|---|---|---|---|
| 5/02/16 | .20 | | JM | Telephone conference with committee counsel regarding plan documents (0.2) |
| 5/03/16 | 5.70 | | JM | Communication to Debtor and Debtor counsel regarding plan documents (0.2); further development of waterfall analysis per request of committee counsel (2.5); meeting with committee counsel regarding disclosure statement and materials upcoming hearing (0.5); review of disclosure statement and refinement of liquidation analysis based on new information (2.5) |
| 5/04/16 | 3.80 | | JM | Update waterfall analysis per request of counsel (3.8) |
| 5/05/16 | .70 | | JM | Analysis of cash on hand and potential admin expenses per request of counsel (0.5); telephone conference with committee counsel regarding same (0.2) |
| 5/06/16 | 5.00 | | JM | Review of objection from debtor counsel regarding disclosure statement (0.7); update of waterfall analysis based on feedback from debtors' counsel and new claim information (4.3) |
| 5/07/16 | 2.30 | | JM | Assist committee counsel in revising disclosure statement in response to objection (2.3) |
| | | 17.7 | | |
| 5/08/16 | 2.10 | | JM | Update waterfall analysis per request of counsel (2.1) |
| 5/09/16 | 2.70 | | JM | Prepare liquidation analysis inclusive of chapter 7 scenario (2.7) |
| 5/10/16 | 3.00 | | JM | Preparation for and participation in court hearing regarding disclosure statement (3.0) |
| 5/11/16 | 2.50 | | JM | Review of Grizzard Communication claim information and proposed settlement at the request of counsel (2.1); communication with committee counsel regarding same (0.4) |
| 5/12/16 | 1.80 | | JM | Update of waterfall analysis regarding certain claims and offsets at the request of committee counsel (1.3); communication with committee counsel regarding same (0.5) |
| 5/13/16 | .30 | | JM | Telephone conference with counsel regarding disclosure statement and waterfall analysis (0.3) |
| | | 12.4 | | |
| 5/16/16 | .80 | | JM | Review and update of final waterfall analysis for disclosure statement at the request of committee counsel (0.8) |
| | | .80 | | |
| 5/24/16 | .60 | | JM | Communication with counsel regarding claim treatment (0.6) |
| | | .60 | | |

| Date | Hours | Weekly Sub Total | | Notes |
|------|-------|------------------|------|-------|
| 5/31/16 | .40 | | JM | Preparation for and participate in conference call with the committee (0.4) |
| | | **.40** | | |
| | | | **31.9** | **Total** |

# Exhibit E

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| World Marketing Chicago, LLC, *et al.*[1] | ) | Case No. 15-32968 |
| | ) | |
|       Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Honorable Timothy A. Barnes |

**SIXTH MONTHLY FEE STATEMENT OF AEG PARTNERS LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JUNE 2016**

| | |
|---|---|
| Name of Applicant: | AEG Partners LLC |
| Authorized to provide services to: | The Official Committee of Unsecured Creditors of World Marketing Chicago, LLC, *et al.* |
| Date of order authorizing employment: | December 2, 2015 [Dkt. # 134] |
| Period for which compensation is sought: | June 1, 2016 through June 30, 2016 |
| Total amount of fees for June 2016: | $6,600.00 |
| Committee blended rate cap credit: | ($500.00)[2] |
| Total amount of fees requested for June 2016 after applying credit: | $5,500.00 <br> 80% = $4,400.00 <br> 20% = $1,100.00 |
| Amount of expense reimbursement sought: | $0.00 |
| Total interim request for June 2016: | $4,400.00 |

This is AEG Partners LLC's Sixth Monthly Fee Statement

Date:  July 18, 2016

SUGAR FELSENTHAL GRAIS & HAMMER LLP

By:  _____/s/ Aaron L. Hammer_____

---

[1]    The Debtors in these cases are World Marketing Chicago, LLC; World Marketing Atlanta, LLC; and World Marketing Dallas, LLC.

[2]    Blended rate cap of $500 per hour.

# invoice

YOUR UNFAIR ADVANTAGE



FEIN:  36-4342564

| Bill To |
| --- |
| World Marketing LLC  - Chicago |
| World Marketing LLC - Atlanta |
| World Marketing LLC - Dallas |

| Date | Invoice # |
| --- | --- |
| 7/6/2016 | AEG20161509 |

| Terms |
| --- |
| Due on receipt |

| Description | Amount |
| --- | --- |
| Professional services rendered for the period June 1 thru 30, 2016 | |
| | |
| Jon Morrison:  11.0 hours at $600/hr. =  $6,600 | |
| Jon Morrison:  11.0 hours at discounted rate of $500/hr. (11.0 hrs @ $500) | 5,500.00 |

Please Wire Payment to:
The Private Bank - Chicago, IL
ABA Number:   071006486
Account Number:  2162573
AEG Partners

| **Total Due** | $5,500.00 |
| --- | --- |

**AEG Partners LLC**  |  200 W. Madison Street, Suite 2410  |  Chicago, IL 60606  |  T 312.948.5600  F 312.948.5639  |  aegpartners.com

YOUR UNFAIR ADVANTAGE

**AEG** PARTNERS

| Date | Hours | Weekly Sub Total | | Notes |
|---|---|---|---|---|
| 6/17/16 | .80 | | JM | Review of payment schedule and preference analyses at the request of counsel (0.8) |
| | | .80 | | |
| 6/22/16 | .70 | | JM | Review of preference term and payments with counsel (0.3); participation on committee call (0.4) |
| | | .70 | | |
| 6/27/16 | 5.50 | | JM | Call with counsel re preference letters and amounts (0.4); review of transfer spreadsheets and response to questions from counsel (1.3); update of preference analysis and consolidation of select vendors (3.8) |
| 6/28/16 | 4.00 | | JM | Preparation for and participation in confirmation hearing (4.0) |
| | | 9.5 | | |
| | | 11.00 | | Total |

**EXHIBIT F**

**AEG**
PARTNERS

YOUR UNFAIR ADVANTAGE

| Date | Hours | Weekly Sub Total | | Notes |
|------|-------|------------------|------|-------|
| 7/08/16 | .50 | | JM | Review, further analysis and discussion of transfer payments with counsel |
| | | .50 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | .50 | | Total |

AEG Partners LLC  |  200 W. Madison Street, Suite 2410  |  Chicago, IL 60606  |  T 312.948.5600   F 312.948.5639  |  aegpartners.com