IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 15-32968 |
| WORLD MARKETING CHICAGO, LLC, et al. | ) | Chapter 11 |
| | ) | Judge Timothy A. Barnes |
| | ) | (Jointly Administered) |
| Debtors/Debtors-in-Possession. | ) | |

## NOTICE OF MOTION

TO:   ATTACHED SERVICE LIST:

PLEASE TAKE NOTICE that on the 24th day of August, 2016 at 10:00 a.m. or as soon thereafter as counsel can be heard, I shall appear before the Honorable Timothy A. Barnes, Bankruptcy Judge, in the room usually occupied by him as courtroom 744 in the United States Bankruptcy Court in the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, or before any other Judge who may be sitting in his place and stead and shall present the **Motion For Allowance of Final Compensation to Debtors' Financial Consultant,** copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

AT WHICH TIME and place you may appear if you so see fit.

/s/Jeffrey C. Dan
Crane, Heyman, Simon, Welch & Clar
135 S. LaSalle St., Suite 3705
Chicago, Illinois 60603
(312) 641-6777

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath deposes and states that a copy of the foregoing Notice and Motion was caused to be served via the Court's Electronic Filing System (ECF) and via First Class Mail properly addressed and postage prepaid to all parties listed on the attached service list, on August 3, 2016.

/s/Jeffrey C. Dan

## SERVICE LIST

Kathryn M. Gleason
Office of the U.S. Trustee
219 S. Dearborn St., #873
Chicago, IL 60604

Associated Bank, N.A.
330 E. Kilbourn Ave., #200
Milwaukee, WI 53202

John P. Sieger, Esq.
Paul T. Musser, Esq.
Katten Muchin Rosenman, LLP
525 W. Monroe St.
Chicago, IL 60661

Ryan P. Dahl, Esq.
Devon M. Largio, Esq.
Kirkland & Ellis, LLP
300 N. LaSalle Street
Chicago, IL 60654

Joseph M. Olstein
Olstein Law LLC
10450 S. Western Ave.
Chicago, IL 60643

Mark S. Melickian
Aaron L. Hammer
Michael A. Brandess
Jonathan Friedland
Elizabeth B. Vandesteeg
Sugar Felsenthal Grais & Hammer LLP
30 N. LaSalle St., Suite 3000
Chicago, IL 60602

Mark Stromberg
Stromberg Stock, PLLC
8750 N. Central Expy., # 625
Dallas, TX 75231

Craig C. Westfall
Nigro, Westfall & Gryska, PC
1793 Bloomingdale Road
Glendale Hts. IL 60139

Barbara L. Yong
Golan & Christie, LLP
70 W. Madison Street, #1500
Chicago, IL 60602

Courtney J. Hull
Kimberly A. Walsh
Bankruptcy & Collections
Division MC 008
P.O. Box 12548
Austin, TX 12548

Sheryl A. Fyock
Tejal S. Desai
Latimer LeVay Fyock LLC
55 W. Monroe St., #1100
Chicago, IL 60603

Jeremy C. Kleinman
FrankGecker LLP
325 N. LaSalle St., #625
Chicago, IL 60654

Marianne Dickson
Seyfarth Shaw, LLP
560 Mission St., 31st Floor
San Francisco, CA 94105-2930

Jarom J. Yates
Autumn D. Highsmith
John W. Guzzardo
Haynes and Boone, LLP
2323 Victory Ave, Suite 700
Dallas, TX 75219

Aaron B. Chapin
Reed Smith, LLP
10 S. Wacker, 40th Fl.
Chicago, IL 60606

Jennifer A. Brust
Bean, Kinney & Korman, PC
2300 Wilson Blvd.
Arlington, VA 22201

Carl N. Kunz, III
Morris James LLP
500 Delaware Ave., Suite 1500
Wilmington, DE 19801

Leslie Allen Bayles
Bryan Cave LLP
161 N. Clark Street, Suite 4300
Chicago, IL 60601

Steven R. Kinsella
Clinton E. Cutler
Fredrikson & Byron, P.A.
200 South Sixth St., # 4000
Minneapolis, MN 55402-1425

William W. Thorsness
Vedder Price, P.C.
222 N. LaSalle St., Suite 2600
Chicago, IL 60601

Jeffrey E. Altshul
Kurt M. Carlson
Carlson Dash, LLC
216 S. Jefferson Street, Suite 504
Chicago, IL 60661

American Express Travel Related
Services Company, Inc.
C/o Becket & Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

John S. Delnero
Coman & Anderson, PC
650 Warrenville Road, #500
Lisle, IL 60532

Shelly A. DeRousse
Devon J. Eggert
Elizabeth L. Janczak
Freeborn & Peters LLP
311 S. Wacker Dr., Suite 3000
Chicago, IL 60606

Allan E. Wulbern
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, FL 32202

Edward J. Sedlacek
Huck Bouma PC
1755 S. Naperville Road, #200
Wheaton, IL 60189

A. Keith Logue
Logue Law, PC
3423 Weymouth Court
Marietta, GA 30062

Peter J. Roberts
Shaw Fishman Glantz & Towbin LLC
321 N. Clark St., Suite 800
Chicago, IL 60654

James R. Prince
Patrick J. Tatum
Baker Botts, LLP
2001 Ross Ave., Suite 600
Dallas, TX 75201-2980

Christopher J. Harney
Seyfarth Shaw, LLP
131 S. Dearborn St., Suite 2400
Chicago, IL 60603

Norman Newman
Much Shelist
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                 )
                                                       )      Case No. 15-32968
WORLD MARKETING CHICAGO, LLC, et al.                   )      Chapter 11
                                                       )      Judge Timothy A. Barnes
                                                       )      (Jointly Administered)
                                                       )      Hearing: May 18, 2016 @ 11:00 a.m.
                Debtors/Debtors-in-Possession.         )

**MOTION FOR FINAL ALLOWANCE OF INTERIM COMPENSATION
TO DEBTORS' FINANCIAL CONSULTANT**

WORLD MARKETING CHICAGO, LLC, WORLD MARKETING DALLAS, LLC, and

WORLD MARKETING ATLANTA, LLC, Debtors/Debtors-in-Possession herein ("Debtors"), by

and through their Attorneys, make their Motion pursuant to Section 330 of the Bankruptcy Code,

Rules 2002(a) and 2016(a) of the Federal Rules of Bankruptcy Procedure, and Rule 5082-1 of the

Local Rules of this Court for  Allowance of Final Compensation for financial consulting services

rendered to the Debtors by Optimus Financial Services, LLC ("Optimus") during the period

September 28, 2015 through March 31, 2016; and in support thereof, state as follows:

**Introduction**

1.      On September 28, 2015, the Debtors filed their separate voluntary petitions for relief

under Chapter 11 of the Bankruptcy Code ("Petition Date").

2.      The Debtors operated their businesses (in modified orderly liquidation mode)  and

managed their financial affairs as Debtors-in-Possession.  A committee of unsecured creditors

("Committee") was appointed to serve in these reorganization cases.

3.      On October 14, 2015, this Court entered Orders providing for the joint administration

of all three of the Debtors' Chapter 11 cases.  However, these Chapter 11 cases have not been

substantively consolidated.

4.      On June 30, 2016, this Court entered an order confirming the Third Amended Plan

of Liquidation filed by the Committee.

1

5.      By this Motion, the Debtors request the prior interim allowances of fees to Optimus be granted final approval pursuant to Section 330 of the Bankruptcy Code.

6.      Optimus has received two prior allowances of interim compensation in these Chapter 11 cases. Optimus received a prior interim allowance on March 2, 2016 of $100,881.00 and on June 9, 2016, a second interim allowance of $14,040.00. Optimus also received a pre-petition retainer in the aggregate amount $60,000.00 from the three (3) Debtors which was applied to the first interim allowance of fees.

7.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334. This matter is a "core" proceeding within the meaning of 28 U.S.C. Section 157(b)(2)(A) and (O).

8.      The statutory predicates for the relief requested in this Motion are Section 330 of the Bankruptcy Code, Rules 2002(a) and 2016(a) of the Federal Rules of Bankruptcy Procedure and Rule 5082-1 of the Local Rules of this Court.

**Relevant Factual Background**

9.      As of the Petition Date, the Debtors were engaged in the business of direct mail, fulfillment and critical document solutions that provide processing, fulfillment, lettershop, data and list solutions to their customers. The Debtors had clients in the retail, financial services, nonprofit, travel and technology industries. The Debtors operated their business from leased facilities in McCook, Illinois, Dallas, Texas, and Smyrna, Georgia.

10.     The Debtors were acquired from BH Media Group in September, 2014. The failure to obtain sufficient capital and long-term financing to continue to operate and turn around the business, as well as certain setoffs made by Associated Bank, N.A., the Debtor's primary secured creditor ("Lender"), caused the Debtors to file these Chapter 11 cases.

11.     Since the Petition Date, the Debtors had been winding up their business operations with a view toward an orderly liquidation of their assets. In implementing this strategy, the Debtors

2

systematically scaled down their business operations, substantially reduced their work force and conducted a liquidation auction sale designed to maximize the proceeds of the sale for the Debtors assets.

12.     The Lender asserted first position liens on all of the assets of the Debtors, which purportedly secured an indebtedness as of the Petition Date due jointly and severally from the Debtors in an amount of approximately $1,600,000.00. Since the Petition Date, pursuant to the Orders of this Court, the Debtors paid the Lender provisional adequate protection payments in the aggregate amount of $500,000.00 and a final payoff of the principal and interest due on the secured claim, not including attorneys fees and cost, in an amount of $1,093,027.58.

13.     On or about January 19, 2016, pursuant to a Motion filed by the Debtors, an auction was conducted of substantially all of the Debtors' tangible assets. The net proceeds of this auction were approximately $1,350,000.00.

14.     This Court entered a series of Orders authorizing the Debtors' use of cash collateral and providing for adequate protection of the Lender's secured interests. These Cash Collateral Orders enabled the Debtors to continue with limited operations while focusing on the liquidation of their assets and the formulation of an exit strategy from these Chapter 11 cases.

**Final Compensation
and Expenses Requested**

15.     The financial consulting services provided to the Debtors primarily related to assisting the Debtors in the following areas:

A.     Preparing Schedules and statements of financial affairs;

B.     Preparing budgets for cash collateral motions and hearings;

C.     Preparing reports required by the Lender pursuant to cash collateral orders;

D.     Assisting with general management issues regarding payables and receivables;

E.     Marketing the Debtors' assets for sale - including developing contact with

3

and communicating with potential buyers and auctioneers to obtain offers to purchase the assets and to serve as auctioneers for the Debtor, which resulted in a sale at auction that obtained approximately $1,350,000.00 for the Debtors' estates; and

F.   Providing information and documentation to the Committee's financial consultant for review and analysis.

16.   The financial consulting services rendered by Optimus have been essential to the business operations of the Debtors, as well as to selling the Debtors' assets through the auction that obtained approximately $1,350,000.00 for the Debtors' estates. Furthermore, the financial consulting services facilitated the Debtors' reorganization/liquidation efforts in these Chapter 11 cases.

## Conclusion

17.   Other than as provided in Section 504(b) of the Bankruptcy Code, Optimus has not shared, nor agreed to share, any compensation as a result of these cases with any person, firm or entity. The sole and exclusive source of compensation was the funds of the Debtors

18.   The final compensation sought in this Motion is reasonable compensation for the actual and necessary financial consulting services rendered based upon the time, nature, extent and value of such professional services. The cost of the financial consulting services rendered for and on behalf of the Debtors is comparable to the cost of similar services in matters other than under the Bankruptcy Code.

19.   The final compensation requested is fair, reasonable and warranted under the circumstances.

WHEREFORE, for the foregoing reasons, WORLD MARKETING CHICAGO, LLC, WORLD MARKETING DALLAS, LLC, and WORLD MARKETING ATLANTA, LLC, Debtors/Debtors-in-Possession herein, request the entry of an Order allowing the prior interim

4

allowances of compensation to Optimus as final allowances under Section 330 of the Bankruptcy

Code and granting such other relief as may be just and appropriate.

<div style="margin-left:40%">

World Marketing Chicago, LLC, World Marketing
Dallas, LLC, and World Marketing Atlanta, LLC
Debtors/Debtors-in-Possession

By: /s/ Jeffrey C. Dan
    One of Their Attorneys

</div>

**DEBTORS' COUNSEL**:
JEFFREY C. DAN, ESQ. (Atty. No. 06242750)
DAVID K. WELCH, ESQ. (Atty. No. 06183621)
BRIAN P. WELCH, ESQ. (Atty. No. 6307292)
CRANE, HEYMAN, SIMON, WELH & CLAR
135 S. LaSalle St., Suite 3705
Chicago, IL 60603
(312) 641-6777
W:\Jeff\World Marketing\Pay Consultant Final.MOT.wpd