# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| *In re* <br><br> WORLD MARKETING <br> CHICAGO, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 15-32968 <br><br> (Jointly Administered) <br><br> Honorable Timothy A. Barnes <br><br> Hearing:    October 18, 2016 at 10:30 a.m. |

## NOTICE OF MOTION

*Please take notice* that on October 18, 2016 at 10:30 a.m. Central time, the undersigned shall appear before the Honorable Timothy A. Barnes in Courtroom 744, or any judge sitting in his stead, at the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois and will then and there present the *Motion for Leave to File Limited Reply in Support of Objection to Motion for Allowance of Final Compensation and Reimbursement of Expenses to Debtors' Counsel Instanter* (the "*Motion*"), a copy of which is attached here and served upon you.

Responses to the Motion must be filed and delivered to the undersigned no later than the time set for the hearing. **Unless a response opposing the motion is timely filed, the Court may grant the Motion without a hearing**.

| | |
|---|---|
| Date: October 11, 2016 | *Norman B. Newman, solely as Liquidating Trustee of the World Marketing Liquidating Trust* <br><br> By:  /s/ Elizabeth B. Vandesteeg <br>       One of Its Attorneys <br><br> Jonathan P. Friedland, Esq. (6257902) <br> Elizabeth B. Vandesteeg, Esq. (6291426) <br> Michael A. Brandess, Esq. (6299158) <br> **SUGAR FELSENTHAL GRAIS & HAMMER LLP** <br> 30 N. LaSalle St., Ste. 3000 <br> Chicago, Illinois 60602 <br> Telephone:  312.704.9400 <br> Facsimile:    312.372.7951 |

---

[1]   The Debtors in these cases are World Marketing Chicago, LLC; World Marketing Atlanta, LLC; and World Marketing Dallas, LLC.

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 11, 2016, a true and correct copy of the *Motion for Leave to File Limited Reply in Support of Objection to Motion for Allowance of Final Compensation and Reimbursement of Expenses to Debtors' Counsel Instanter* was served via the Court's CM/ECF system upon all registered counsel and parties of record and also via First Class U.S. Mail to all the parties identified on the attached US Mail Service List on October 11, 2016.

Date: October 11, 2016                               By: /s/ Elizabeth B. Vandesteeg
                                                                 One of Its Attorneys

*Via U.S. Mail*

| | |
|---|---|
| Crane, Heyman, Simon, Welch, & Clar<br>Attn: Jeffrey Dan, Brian Welch and David Welch<br>135 S Lasalle St Ste 3705<br>Chicago, IL 60603 | Kathryn M. Gleason<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St., Room 873<br>Chicago, IL 60604 |
| Katten Muchin Rosenman, LLP<br>Attn: John P. Sieger and Paul T. Musser<br>525 W. Monroe St.<br>Chicago, IL 60661 | Norman B. Newman, solely as Liquidating Trustee of the World Marketing Liquidating Trust<br>c/o Much Shelist, P.C.<br>191 N. Wacker Dr., Ste. 1800<br>Chicago, IL 60606 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| *In re* <br><br> WORLD MARKETING <br> CHICAGO, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 15-32968 <br><br> (Jointly Administered) <br><br> Honorable Timothy A. Barnes <br><br> Hearing:    October 18, 2016 at 10:30 a.m. |

**MOTION FOR LEAVE TO FILE LIMITED REPLY IN SUPPORT OF OBJECTION
TO MOTION FOR ALLOWANCE OF FINAL COMPENSATION AND
REIMBURSEMENT OF EXPENSES TO DEBTORS' COUNSEL INSTANTER**

Norman B. Newman, solely as Liquidating Trustee (the "*Liquidating Trustee*") of the World Marketing Liquidating Trust (the "*Trust*") appointed in the above-captioned chapter 11 cases (the "*Cases*"), files this motion ("*Motion*") for leave to file a limited reply (the "*Reply*")[2] in support of the Liquidating Trustee's Objection (the "*Objection*") [Dkt. # 678] to the motion of Debtors' counsel for allowance of compensation and reimbursement of expenses (the "*Final Fee Application*") [Dkt. # 648]. In support thereof, the Liquidating Trustee states as follows:

**JURISDICTION**

1.    The Court has jurisdiction over this matter under §§ 1334 and 157(a) of title 28 of the United States Code. This is a core proceeding under § 157(b)(2)(A) of title 28 of the United States Code. Venue is proper in this district under §§ 1408 and 1409 of title 28 of the United States Code.

---

[1]    The Debtors in these cases are World Marketing Chicago, LLC; World Marketing Atlanta, LLC; and World Marketing Dallas, LLC.

[2]    A copy of the Reply is attached hereto as **Exhibit A**.

**RELIEF REQUESTED**

2.     On July 11, 2016, Crane, Heyman, Simon, Welch & Clar ("*Crane Heyman*"), the Debtors' counsel in these cases, filed their Final Fee Application.

3.     On August 8, 2016, the Liquidating Trustee filed his Objection on two general bases, including

- There exists potential legal claims against Crane Heyman for their role as Debtors' counsel in these Cases, including but not limited to malpractice liability arising under the WARN Act, negligence, breach of duty, or any similar theory. The Liquidating Trustee must preserve its rights, and the rights of third parties, to pursue such claims.

- Crane Heyman's billing practices appears to have resulted in triple billing in many instances and some fees appear to have provided no benefit to the estates.

4.     On August 10, 2016, the Court entered an order allowing interim compensation and reimbursement of expenses to Crane Heyman (the "*Interim Order*"). [Dkt. # 685]. The Interim Order provided Crane Heyman until September 14, 2016 to respond to the Objection. That response date was subsequently changed to September 26, 2016 with the consent of the Liquidating Trustee. The Court further provided at the August 10, 2016 hearing that the Liquidating Trustee could seek leave to file a reply to Crane Heyman's response at a later date.

5.     On September 26, 2016, Crane Heyman filed its response to the Objection (the "*Response*") [Dkt. # 713]. Therein, Crane Heyman argues that any cause of action against Crane Heyman, including any malpractice claim related to a failure to provide notice under the WARN Act, was not explicitly preserved in the Plan and is therefore barred by the doctrines of *res judicata* and judicial estoppel. This argument is factually inaccurate.

2

6. The Liquidating Trustee seeks leave to file a reply on the limited issue concerning whether causes of action against Crane Heyman related to any potential WARN liability were preserved under the Plan.

WHEREFORE, the Liquidating Trustee respectfully requests that this Court enter an order: (a) authorizing the Liquidating Trustee to file his Reply instanter; and (b) granting such other and further relief that this case may require and the Court deems just and proper.

Date: October 11, 2016

*Norman B. Newman, solely as Liquidating Trustee of the World Marketing Liquidating Trust*

By: /s/ Elizabeth B. Vandesteeg
         One of Its Attorneys

Jonathan P. Friedland, Esq. (6257902)
Elizabeth B. Vandesteeg, Esq. (6291426)
Michael A. Brandess, Esq. (6299158)
**SUGAR FELSENTHAL GRAIS & HAMMER LLP**
30 N. LaSalle St., Ste. 3000
Chicago, Illinois 60602
Telephone:  312.704.9400
Facsimile:  312.372.7951